

**TAYLOR PORTER**
ATTORNEYS AT LAW
*Founded 1912*

Taylor, Porter, Brooks & Phillips L.L.P.
P.O. Box 2471
Baton Rouge, LA 70821
(225) 387-3221
Fed ID# 72-0402904

## INVOICE

March 14, 2013

LSU A&M College
Attn: L. Robert Kuhn
311 Thomas Boyd Hall
Baton Rouge, LA  70803

Invoice#  186423    RWB
Our file#   0905       05000
Billing through  02/28/2013

Bo Bahnsen, Athletics Department,
Senior Associate Athletics Director
General
Request Identifier No. LSU-AD-208-00

APPROVED
*[signature]*

Balance forward as of invoice dated        February 15, 2013
Payments received since last invoice
Accounts receivable balance carried forward

PROFESSIONAL SERVICES

[Content redacted]

| | | | | |
|---|---|---|---|---|
| 02/28/2013 | RWB | (6:00 p.m.) Telephone conference with Miriam re: potential HR issues. | 0.30 hrs | $52.50 |

EXPENSES

BILLING SUMMARY

$175.00 /hr

TOTAL FEES

LSU A&M College                              Invoice#   186423      Page   3

TOTAL PROFESSIONAL SERVICES
TOTAL EXPENSES
TOTAL CHARGES FOR THIS INVOICE

**TOTAL BALANCE NOW DUE**



Please remit payment within 30 days of invoice date.  Please include our file number and invoice number on the payment.



**TAYLOR PORTER**
ATTORNEYS AT LAW
*Founded 1912*

Taylor, Porter, Brooks & Phillips L.L.P.
P.O. Box 2471
Baton Rouge, LA 70821
(225) 387-3221
Fed ID# 72-0402904

## INVOICE

April 10, 2013

LSU A&M College
Attn: L. Robert Kuhn
330 Thomas Boyd Hall
Baton Rouge, LA 70803

Invoice# 187153   RWB
Our file#  0905    05000
Billing through  03/31/2013

Bo Bahnsen, Athletics Department,
Senior Associate Athletics Director
General
Request Identifier No. LSU-AD-208-00

APPROVED

Balance forward as of invoice dated       March 14, 2013
Payments received since last invoice
Accounts receivable balance carried forward

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/2013 | RWB | (11:00) Conference with VMC, Joe and Miriam re: football HR complaint. Review materials re: same. Conference with VMC re: same. ▮ ▮ Multiple telephone conferences re: complaint. (Miles) | 2.30 hrs | $402.50 |
| 03/02/2013 | RWB | (8:30 a.m.) Meet with Joe Alleva, Les Miles and Ed Hardin. Telephone conferences with WSM, VMC, Miriam Segar and Dr. Jenkins re: same. Emails with Ed Hardin and VMC re: meetings this week. Emails with Board of Supervisors. ▮ ▮ | 2.20 hrs | $385.00 |
| 03/02/2013 | RWB | (10:00 a.m.) Multiple emails and telephone conferences with VMC, WSM and Joe Alleva re: HR issue. | 1.00 hrs | $175.00 |
| 03/04/2013 | RWB | (9:00 a.m.) Conference with VMC and Miriam to discuss witness interviews. Conference with LSU contacts and VMC to discuss plan of action, interviews and meetings to be conducted and related matters. Emails re: interviews. ▮ ▮ Receive and review articles on HR issues. | 3.20 hrs | $560.00 |
| 03/05/2013 | RWB | (8:30 a.m.) Meet with VMC to prepare for meeting. Conference with VMC, Miriam, student and her father to discuss investigation. Interview | 5.80 hrs | $1,015.00 |

| | | LSU A&M College | Invoice# 187153 | Page 2 |
|---|---|---|---|---|
| | | of student. Telephone conferences with Joe Alleva and with WSM to discuss interview and status of investigation. ███████████████ ████████████████████████ Emails with LSU contacts re: all of above. Review Coach's contract provisions. | | |
| 03/06/2013 | RWB | (8:00 a.m.) Emails re: interviews yesterday, setting interview of Coach and meeting with Board members. Telephone conference with VMC and WSM re: same. Telephone conferences with Joe Alleva re: same. Telephone conference with VMC re: interview tomorrow. Review notes of prior interviews. Telephone conferences with Coach's counsel. Emails and telephone conferences re: Coach's contract. | 2.60 hrs | $455.00 |
| 03/07/2013 | RWB | ███████████████████████████████ ███████████████████████████████ ███████████████████ Telephone conferences with VMC and Joe Alleva re: status and re: interview tonight. ██████ ███████████████████████████████ ███████████████████████████ Telephone conferences with Joe and Miriam re: interview of Coach. Conference with VMC re: same. Interview of Coach with VMC and Miriam. Telephone conferences with NJoe Alleva re: same. ███████████████████████████████ ███████████████ | 5.40 hrs | $945.00 |
| 03/08/2013 | RWB | (4:00 p.m.) Emails re: media inquiries and concerns of complainants father. | 0.30 hrs | $52.50 |
| 03/08/2013 | RWB | (9:00 a.m.) Emails re: contract provisions. Conference with VMC, Miriam, Joe and Shelby to review status and prepare for meeting with Board. Update meeting with Board, Shelby and Chancellor. Emails and telephone conferences with Coach's counsel and complainant re: status and continuing work. | 4.30 hrs | $752.50 |
| 03/10/2013 | RWB | (10:00 a.m.) Emails with VMC and Miriam re: planned action/strategy for next week. | 0.30 hrs | $52.50 |
| 03/11/2013 | RWB | (8:00 a.m.) Emails with VMC and Miriam Segar re: status. Telephone conference with VMC and Miriam re: developments. Emails re: interview of student tomorrow. Emails and telephone conferences with Ed Hardin and Peter Ginsby re: status. Telephone conference with WSM. Telephone conference with Joe and Miriam. ███████████████████████████ Emails re: student workers - potential interviews. | 2.10 hrs | $367.50 |
| 03/12/2013 | RWB | (9:00 a.m.) Telephone conference with WSM re: status update. Emails with VMC and Miriam re: interviews this week. Telephone conference with VMC re: summary of interview today. Emails with WSM. | 0.90 hrs | $157.50 |

| | LSU A&M College | | Invoice# 187153 | Page 3 |
|---|---|---|---|---|
| 03/13/2013 | RWB | (2:00 p.m.) Emails re: witness meetings. ▮▮▮ | 0.20 hrs | $35.00 |
| 03/14/2013 | RWB | (9:00 a.m.) Conference with VMC re: summary of interviews. Telephone conference with WSM re: status, Board meeting on Monday, and meetings with lawyers and Board members. Emails with Board members re: same. Email with Joe and Miriam. | 1.30 hrs | $227.50 |
| 03/15/2013 | RWB | (7:45 a.m.) Conference with VMC and Miriam re: summary of interviews today and yesterday. Emails re: follow-up telephone conference with witnesses and complainant. ▮▮▮ | 1.10 hrs | $192.50 |
| 03/18/2013 | RWB | (9:00 a.m.) Prepare for and attend meeting with Coach's counsel. Telephone conferences with Joe, Miriam and WSM re: same. Emails re: meeting this afternoon. Meet with VMC, WSM, Joe and Miriam re: update and date for update of B of S. ▮▮▮ | 4.00 hrs | $700.00 |
| 03/19/2013 | RWB | (8:30 a.m.) Emails with VMC and WSM re: status of investigation. ▮▮▮ Telephone conference with VMC and WSM re: status of investigation. Receive and review letter from Coach's attorney re: meeting with Chancellor and contact with complainant's father. | 1.40 hrs | $245.00 |
| 03/20/2013 | RWB | (9:00 a.m.) Emails and telephone conferences with WSM, VMC, Joe and Miriam re: interviews, status and meeting with B of S. Receive and review letter from counsel re: meeting with father and with Chancellor. Emails and telephone conferences re: same. Emails re: response to Ginsberg letter. Review research on legal issues. ▮▮▮ | 1.80 hrs | $315.00 |
| 03/20/2013 | RWB | (3:30) Emails re: meeting with Chancellor and with Board of Supervisors. Emails and telephone conference re: meeting with Coach's counsel. | 0.40 hrs | $70.00 |
| 03/21/2013 | RWB | (9:00 a.m.) Emails and telephone conferences re: telephone conference with Ginsburg tomorrow. | 0.20 hrs | $35.00 |
| 03/22/2013 | RWB | (9:00 a.m.) Telephone conference with VMC re: status and re: interview yesterday. Telephone conference with Joe Alleva re: same. Telephone conference with Coach's counsel re: meetings with father and with Chancellor. Emails with WSM re: same. Emails with Joe and Miriam re: same. Emails re: meeting with board of Supervisors. | 1.80 hrs | $315.00 |
| 03/25/2013 | RWB | (9:00 a.m.) Emails with WSM, VMC and Miriam Segar re: meeting with David on Wednesday. Telephone conference with VMC and with Miriam | 0.60 hrs | $105.00 |

LSU A&M College                                    Invoice#   187153        Page   4

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | re: meeting with student and telephone conference with father today. | | |
| 03/26/2013 | RWB | (2:00 p.m.) Emails with Joe Alleva re: meeting tomorrow and update. Emails and telephone conferences with VMC and WSM re: same. Emails with Coach's counsel re: meeting with student and father. | 0.80 hrs | $140.00 |
| 03/27/2013 | RWB | (10:00 a.m.) Telephone conference with VMC re: meeting this afternoon. Meet with WSM, Dr. Jenkins, Joe, Miriam and Board members to discuss investigation and general status/plan. | 2.40 hrs | $420.00 |
| 03/28/2013 | RWB | (1:00 p.m.) Emails with VMC and Coach's counsel re: meeting next week to discuss next steps. | 0.30 hrs | $52.50 |
| 03/28/2013 | VMC | (9:30 a.m.) Correspondence to Gnsberg. | 0.60 hrs | $105.00 |
| 03/29/2013 | RWB | (3:00 p.m.) Emails with VMC and WSM re: developments in investigation. Emails with counsel re: meeting next week. Emails with Joe re: status update. | 0.70 hrs | $122.50 |

                                                                                     $8,697.50

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 03/31/2013 | Copy | 18.60 |

                                                                                     $18.60

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Barton, Robert W. | 49.10 hrs | $175.00 /hr | $8,592.50 |
| Crochet, Vicki M. | 0.60 hrs | $175.00 /hr | $105.00 |
| TOTAL FEES | 49.70 hrs | | $8,697.50 |

TOTAL PROFESSIONAL SERVICES
TOTAL EXPENSES
TOTAL CHARGES FOR THIS INVOICE
PLUS NET BALANCE FORWARD
**TOTAL BALANCE NOW DUE**





**TAYLOR PORTER**
ATTORNEYS AT LAW
*Founded 1912*

Taylor, Porter, Brooks & Phillips L.L.P.
P.O. Box 2471
Baton Rouge, LA 70821
(225) 387-3221
Fed ID# 72-0402904

## INVOICE

April 10, 2013

LSU A&M College
Attn: L. Robert Kuhn
330 Thomas Boyd Hall
Baton Rouge, LA 70803

Invoice#  187154   RWB
Our file#  0905     05005
Billing through  03/31/2013

APPROVED

*[signature]*

Employment Issue
LSU Contact: Mark Ewing
Request ID: LSU-AD-112-01

Balance forward as of invoice dated    March 14, 2013
Payments received since last invoice
Accounts receivable balance carried forward

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/2013 | VMC | (11:00 a.m.) Meeting with Alleva, Segal - personnel issue (1.50); ▮▮▮ McKenzie; conference with RWB (1.30). | 2.80 hrs | $490.00 |
| 03/02/2013 | VMC | (10:30 a.m.) Multiple telephone conferences with Barton, Segar - re: personnel issue. | 2.00 hrs | $350.00 |
| 03/03/2013 | VMC | (10:15 a.m.) Telephone conference with McKenzie; conference call with Segar, et al (1.00); telephone conference with Segar (.30). | 1.30 hrs | $227.50 |
| 03/03/2013 | VMC | (1:30 p.m.) Review documents - re: investigation; correspondence to McKenzie. | 2.00 hrs | $350.00 |
| 03/04/2013 | VMC | (8:00 a.m.) Prepare for meeting (1.00); witness interviews; meeting with Jenkins, et al (8.30). | 9.30 hrs | $1,627.50 |
| 03/05/2013 | VMC | (8:00 a.m.) Meetings regarding personnel issue (6.50); telephone conference with Normand, Monaco, McKenzie, Alleva (.50); ▮▮▮ correspondence to Alleva, et al (.30). | 7.30 hrs | $1,277.50 |
| 03/06/2013 | VMC | (1:00 p.m.) Telephone conference with Alleva, WSM, Hardin; conference with RWB; review | 5.80 hrs | $1,015.00 |

LSU A&M College          Invoice#  187154   Page  2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | contract (2.00); review notes (.80); prepare for meeting (3.00). | | |
| 03/07/2013 | VMC | (9:00 a.m.) ▮▮▮▮ prepare for meeting; meeting regarding personnel matter. | 5.60 hrs | $980.00 |
| 03/08/2013 | VMC | (8:00 a.m.) Prepare for meeting; meeting with Alleva, et al; telephone conference with Hardin; correspondence to Alleva. | 5.00 hrs | $875.00 |
| 03/08/2013 | VMC | (3:00 p.m.) Telephone conference with Alleva, McKenzie, Hardin; ▮▮▮▮ | 1.00 hrs | $175.00 |
| 03/10/2013 | VMC | (10:00 a.m.) Review file, re: investigation research - media. | 2.00 hrs | $350.00 |
| 03/11/2013 | VMC | (1:00 p.m.) Prepare for meeting (1.00); meeting with MLF - re: research (.50); correspondence to Segar (.30); ▮▮▮▮ | 2.10 hrs | $367.50 |
| 03/12/2013 | VMC | (9:00 a.m.) Correspondence regarding investigation; conference with RWB; meeting (3.50); ▮▮▮▮ | 5.80 hrs | $1,015.00 |
| 03/13/2013 | VMC | (10:00 a.m.) Prepare for interviews (1.50); interviews (2.00). | 3.50 hrs | $612.50 |
| 03/14/2013 | VMC | (8:00 a.m.) Conference call - RWB, WSM; prepare for interviews (1.50); interviews (3.50). | 5.00 hrs | $875.00 |
| 03/15/2013 | VMC | (8:30 a.m.) Interviews (2.50); review Segar correspondence (.30). | 2.80 hrs | $490.00 |
| 03/15/2013 | VMC | (3:30 p.m.) Prepare for meeting; review file and correspondence of Segar. | 1.00 hrs | $175.00 |
| 03/18/2013 | VMC | (10:00 a.m.) Meeting with Hardin, et al (1.80); review file (.50); meeting with Alleva, et al (1.30). | 3.60 hrs | $630.00 |
| 03/19/2013 | VMC | (3:00 p.m.) Research; review file - re: investigation (.50); conference call with WSM (.50); review Ginsberg correspondence; correspondence to WSM (.50). | 1.50 hrs | $262.50 |
| 03/20/2013 | VMC | (8:30 a.m.) Review multiple correspondence regarding meeting; correspondence to WSM, | 3.10 hrs | $542.50 |

| | LSU A&M College | | Invoice# 187154 | Page 3 |
|---|---|---|---|---|
| | | Segar; conference with RWB (1.60); telephone conference with Segar, Hardin; research regarding burden of proof (1.50). | | |
| 03/21/2013 | VMC | (1:00 p.m.) Prepare for interview and conference call; review file (1.50); interview (1.00). | 2.50 hrs | $437.50 |
| 03/22/2013 | VMC | (8:30 a.m.) Conference with RWB regarding interview (.30); correspondence with WSM regarding meeting (.30); conference call - Ginsberg; correspondence with WSM (.80). | 1.40 hrs | $245.00 |
| 03/22/2013 | VMC | (3:15 p.m.) Telephone conference with Segar. | 0.30 hrs | $52.50 |
| 03/25/2013 | VMC | (1:15 p.m.) Prepare for meeting, interviews. | 0.80 hrs | $140.00 |
| 03/25/2013 | VMC | (3:00 p.m.) Meeting. | 1.50 hrs | $262.50 |
| 03/26/2013 | VMC | (10:00 a.m.) Correspondence to Ginsberg, McKenzie; prepare for meeting. | 1.50 hrs | $262.50 |
| 03/27/2013 | VMC | (10:00 a.m.) Meeting - re: status (2.30); file memo and review (.50). | 2.80 hrs | $490.00 |
| 03/29/2013 | VMC | (2:30 p.m.) Correspondence to Segar, McKenzie (.30); correspondence to Ginsberg (.30). | 0.60 hrs | $105.00 |
| | | | | $16,905.00 |

## EXPENSES

| 03/31/2013 | Copy | 13.40 |
|---|---|---|
| | | $13.40 |

## BILLING SUMMARY

| Barton, Robert W. | 2.10 hrs | $175.00 /hr | $367.50 |
|---|---|---|---|
| Crochet, Vicki M. | 88.30 hrs | $175.00 /hr | $15,452.50 |
| Feeney, M. Lenore | 6.20 hrs | $175.00 /hr | $1,085.00 |
| TOTAL FEES | 96.60 hrs | | $16,905.00 |

TOTAL PROFESSIONAL SERVICES
TOTAL EXPENSES
TOTAL CHARGES FOR THIS INVOICE
PLUS NET BALANCE FORWARD
**TOTAL BALANCE NOW DUE**






**TAYLOR PORTER**
ATTORNEYS AT LAW
*Founded 1912*

Taylor, Porter, Brooks & Phillips L.L.P.
P.O. Box 2471
Baton Rouge, LA 70821
(225) 387-3221
Fed ID# 72-0402904

## INVOICE

May 8, 2013

LSU A&M College
Attn: L. Robert Kuhn
330 Thomas Boyd Hall
Baton Rouge, LA 70803

Invoice# 188090   RWB
Our file#  0905     05000
Billing through  04/30/2013

Bo Bahnsen, Athletics Department,
Senior Associate Athletics Director
General
Request Identifier No. LSU-AD-208-00

APPROVED

Balance forward as of invoice dated      April 10, 2013
Payments received since last invoice
Accounts receivable balance carried forward


PROFESSIONAL SERVICES

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/2013 | RWB | (10:00 a.m.) Emails with Joe Alleva re: status of investigation. Emails with WSM and VMC re: telephone conference with counsel. | 0.50 hrs | $87.50 |
| 04/02/2013 | RWB | [redacted] Telephone conference with VMC and coach's counsel re: [redacted] and meeting next week. Emails re: same. Telephone conferences with Joe and Miriam re: same. | 2.40 hrs | $420.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 04/05/2013 | RWB | (10:00 a.m.) Emails re: meeting with Ginsberg on 4/10. Emails re: discussions with Board. | 0.40 hrs | $70.00 |
| 04/08/2013 | RWB | (10:00) Emails re: reporting to Board and Chancellor. Emails re: meeting on Wednesday. | 2.50 hrs | $437.50 |
| 04/09/2013 | RWB | (9:00) Emails with WSM and Board re: meeting with Miles' counsel tomorrow. | 0.30 hrs | $52.50 |
| 04/10/2013 | RWB | (11:30) Emails re: meeting today. Conference with VMC. Meet with VMC and Coach's counsel re: ▮▮▮▮ issues. Telephone conferences with Joe Alleva re: same. Telephone conference with WSM re: same. Emails re: Board meeting next week. | 3.70 hrs | $647.50 |
| 04/11/2013 | RWB | ▮▮▮▮ Emails from WSM re: communications to Board of Supervisors. ▮▮▮▮ | 1.40 hrs | $245.00 |
| 04/15/2013 | RWB | (11:30) Telephone conference with Miriam re: meeting with Chancellor and counsel's meeting with student's father. Emails with VMC re: status. | 0.50 hrs | $87.50 |
| 04/16/2013 | RWB | (1:00 p.m.) Emails with WSM, VMC, Joe and Miriam re: meeting with Board of Supervisors, status report and talks with father/attorney. | 2.40 hrs | $420.00 |

|            |     | Telephone conference with Joe Alleva re: update. Telephone conference with Miriam and VMC re: same. Emails re: meeting with Board. | | |
|------------|-----|---|---|---|
| 04/17/2013 | RWB | (9:00 a.m.) Emails with Coach's counsel re: update and telephone conference. Emails with VMC and LSU contacts re: same. Emails with counsel re: meeting with father. Telephone conferences with Miriam Segar re: discussions with father and student. Telephone conferences with VMC, Joe and WSM re: same. Conference with Joe A. re: status of investigation and potential resolutions. | 2.00 hrs | $350.00 |
| 04/18/2013 | RWB | (9:00 a.m.) Telephone conference with VMC and Coach's lawyer re: telephone conference with father, update and possible resolutions. Telephone conferences with Joe Alleva, Miriam Segar and WSM re: same. | 1.30 hrs | $227.50 |
| 04/19/2013 | RWB | (2:00 p.m.) Emails with Joe, Miriam, VMC and WSM re: status of discussions with Coach's counsel and possible resolution. Emails re: written legal opinion and policies/procedures. | 0.40 hrs | $70.00 |
| 04/22/2013 | RWB | (1:00 p.m.) Telephone conference with VMC re: plan for report to client. Emails with VMC and Miriam re: same. | 0.30 hrs | $52.50 |
| 04/23/2013 | RWB | (3:00 p.m.) Emails with VMC, Miriam and WSM re: telephone conference with father and report to Board. Emails with counsel re: meeting next week and prep for same. | 0.50 hrs | $87.50 |
| 04/24/2013 | RWB | (11:00 a.m.) Emails with VMC and WSM re: report to Board of Supervisors. Telephone conference with VMC re: same. | 0.20 hrs | $35.00 |
| 04/25/2013 | RWB | (4:00 p.m.) Emails with VMC and WSM re: policies. Meeting with Miriam and report to Board and meeting on Monday. | 0.30 hrs | $52.50 |
| 04/26/2013 | RWB | (8:00 a.m.) Emails with WSM, Joe and VMC re: status of investigation. | 0.20 hrs | $35.00 |
| 04/29/2013 | RWB | (2:00 p.m.) Emails with VMC and Miriam re: policies suggested by Coach's counsel. Telephone conference with VMC re: meeting with Coach's counsel. Prep for and attend meeting with Coach's counsel. Telephone conference with WSM, Joe and Miriam re: same. | 3.80 hrs | $665.00 |
| 04/30/2013 | RWB | (1:00 p.m.) Review and revise draft report to Board relative to coach. | 1.40 hrs | $245.00 |

LSU A&M College                             Invoice#   188090        Page   4
                                                                     $5,162.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Barton, Robert W. | 29.20 hrs | $175.00 /hr | $5,110.00 |
| Crochet, Vicki M. | 0.30 hrs | $175.00 /hr | $52.50 |
| TOTAL FEES | 29.50 hrs | | $5,162.50 |

TOTAL PROFESSIONAL SERVICES
TOTAL CHARGES FOR THIS INVOICE
PLUS NET BALANCE FORWARD
**TOTAL BALANCE NOW DUE**



Please remit payment within 30 days of invoice date.  Please include our file number and invoice number on the payment.



**TAYLOR PORTER**
ATTORNEYS AT LAW

Founded 1912

Taylor, Porter, Brooks & Phillips L.L.P.
P.O. Box 2471
Baton Rouge, LA 70821
(225) 387-3221
Fed ID# 72-0402904

## INVOICE

May 8, 2013

LSU A&M College
Attn: L. Robert Kuhn
330 Thomas Boyd Hall
Baton Rouge, LA 70803

Invoice# 188091   RWB
Our file# 0905   05005
Billing through 04/30/2013

APPROVED


Employment Issue
LSU Contact: Mark Ewing
Request ID: LSU-AD-112-01

Balance forward as of invoice dated       April 10, 2013
Payments received since last invoice
Accounts receivable balance carried forward

### PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/2013 | VMC | (8:30 a.m.) Telephone conference with Segar; correspondence to McKenzie regarding meeting with Jenkins (.80); review file, re: conference call (.30). | 1.10 hrs | $192.50 |
| 04/02/2013 | VMC | (3:30 p.m.) Conference call Ginsberg; telephone conference with Alleva; correspondence to McKenzie; file memo. | 1.00 hrs | $175.00 |
| 04/03/2013 | VMC | (10:00 a.m.) Correspondence to Ginsberg regarding meeting (.30); correspondence to WSM; research (.50). | 0.80 hrs | $140.00 |
| 04/04/2013 | VMC | (8:30 a.m.) Research. | 0.30 hrs | $52.50 |
| 04/05/2013 | VMC | (9:00 a.m.) Correspondence to Ginsberg regarding meeting; research. | 0.50 hrs | $87.50 |
| 04/08/2013 | VMC | (8:30 a.m.) Correspondence to McKenzie; Ginsberg (.30); telephone conference with Jacobs (.30). | 0.60 hrs | $105.00 |
| 04/09/2013 | VMC | (8:30 a.m.) Research (.30); correspondence to McKenzie (.30). | 0.60 hrs | $105.00 |
| 04/10/2013 | VMC | (3:15 p.m.) Review file regarding meeting; telephone conference with Segar, McKenzie. | 1.00 hrs | $175.00 |
| 04/10/2013 | VMC | (8:30 a.m.) Review WSM correspondence; prepare for meeting (1.00); review LSU policies; meeting with Ginsberg (2.50). | 3.50 hrs | $612.50 |
| 04/11/2013 | VMC | (10:00 a.m.) Review McKenize correspondence. | 0.30 hrs | $52.50 |
| 04/15/2013 | VMC | (1:15 p.m.) Review file regarding status; | 0.80 hrs | $140.00 |

| | LSU A&M College | | Invoice# 188091 | Page 2 | |
|---|---|---|---|---|---|
| | | | correspondence from Segar. | | |
| 04/16/2013 | VMC | (1:30 p.m.) Correspondence to Ginsberg, WSM - re: status; telephone conference with Segar. | | 0.60 hrs | $105.00 |
| 04/17/2013 | VMC | (1:00 p.m.) Multiple telephone conferences with Segar and correspondence with WSM (1.50); telephone conference with WSM (.50). | | 2.00 hrs | $350.00 |
| 04/17/2013 | VMC | (10:00 a.m.) Multiple correspondence with Ginsberg; telephone conferences with Segar (1.00); correspondence to McKenzie (.30). | | 1.30 hrs | $227.50 |
| 04/18/2013 | VMC | (8:30 a.m.) Conference call Ginsberg; telephone conference with Alleva (1.30); research (.50). | | 1.80 hrs | $315.00 |
| 04/19/2013 | VMC | (1:15 p.m.) Telephone conference with McKenzie; correspondence to Alleva (.50); correspondence to McKenzie (.30). | | 0.80 hrs | $140.00 |
| 04/19/2013 | VMC | (10:00 a.m.) Review Alleva correspondence and file; correspondence to WSM. | | 1.00 hrs | $175.00 |
| 04/22/2013 | VMC | (4:30 p.m.) Correspondence to Segar. | | 0.30 hrs | $52.50 |
| 04/23/2013 | VMC | (2:00 p.m.) Correspondence to Hardin, Segar - re: status. | | 0.80 hrs | $140.00 |
| 04/24/2013 | VMC | (1:30 p.m.) Research; draft opinion (2.00); prepare for Segar meeting (.50). | | 2.50 hrs | $437.50 |
| 04/25/2013 | VMC | (1:00 p.m.) Draft opinion; review McKenzie correspondence (.80); meeting with Segar; telephone conference with Segar (2.30); correspondence to McKenzie (.30). | | 3.40 hrs | $595.00 |
| 04/26/2013 | VMC | (8:30 a.m.) Review McKenzie, Alleva correspondence (.80); revise opinion; correspondence to Segar (.80). | | 1.60 hrs | $280.00 |
| 04/29/2013 | VMC | (4:45 p.m.) Review Jenkins correspondence; telephone conference with McKenzie. | | 0.50 hrs | $87.50 |
| 04/29/2013 | VMC | (1:00 p.m.) Revise opinion; meeting with Ginsberg; conference call - McKenzie; conference call, Alleva, Segar (3.00); telephone conferences with Segar, McKenzie; correspondence to Segar (1.50). | | 4.50 hrs | $787.50 |
| 04/29/2013 | VMC | (8:45 a.m.) Correspondence to Segar (.80); telephone conference with Normand (.30). | | 1.10 hrs | $192.50 |
| 04/30/2013 | VMC | (1:00 p.m.) Meeting with wtiness; correspondence regarding meeting (2.10); correspondence to Segar, re: student issue (.30). | | 2.40 hrs | $420.00 |

$6,212.50

EXPENSES

04/30/2013   Telephone                                                                                                    0.12