LSU A&M College                        Invoice#   188091        Page   3
                                                                         $0.12

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Barton, Robert W. | 0.10  hrs | $175.00 /hr | $17.50 |
| Crochet, Vicki M. | 35.40  hrs | $175.00 /hr | $6,195.00 |
| TOTAL FEES | 35.50  hrs | | $6,212.50 |

TOTAL PROFESSIONAL SERVICES

TOTAL EXPENSES

TOTAL CHARGES FOR THIS INVOICE

PLUS NET BALANCE FORWARD

**TOTAL BALANCE NOW DUE**



Please remit payment within 30 days of invoice date.  Please include our file number and invoice
number on the payment.



# TAYLOR PORTER
### ATTORNEYS AT LAW
*Founded 1912*

Taylor, Porter, Brooks & Phillips L.L.P.
P.O. Box 2471
Baton Rouge, LA 70821
(225) 387-3221
Fed ID# 72-0402904

## INVOICE

June 20, 2013

LSU A&M College
Attn: L. Robert Kuhn
330 Thomas Boyd Hall
Baton Rouge, LA 70803

Invoice#  189139   RWB
Our file#  0905    05000
Billing through  05/31/2013

Bo Bahnsen, Athletics Department,
Senior Associate Athletics Director
General
Request Identifier No. LSU-AD-208-00

APPROVED

Balance forward as of invoice dated     May 8, 2013
Payments received since last invoice
Accounts receivable balance carried forward

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 05/01/2013 | RWB | (1:00 p.m.)  Further revisions to report to Board. Telephone conference and emails with VMC and WSM re: same.  Emails re: meeting with Board on 5/15. | 1.20 hrs | $210.00 |
| 05/03/2013 | RWB | (10:00 a.m.)  Emails with Coach's counsel and Miriam re: status. | 0.30 hrs | $52.50 |
| 05/06/2013 | RWB | Emails with coach's counsel re: status of review. | 1.20 hrs | $210.00 |
| 05/08/2013 | RWB | (1:00 p.m.)  Telephone conference with Joe Alleva re: status of review. | 1.30 hrs | $227.50 |
| 05/13/2013 | RWB | Emails re: contact | 2.70 hrs | $472.50 |

LSU A&M College                              Invoice#  189139       Page   2

with student and father.  Emails re: report to Board
and meeting.

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 05/14/2013 | RWB | (8:45 a.m.)  Meet with Miriam, Joe and VMC to review report to Board. ██████████████ ██████████████ | 2.20  hrs | $385.00 |
| 05/15/2013 | RWB | █████████ Review of report to Board.  Meet with VMC, WSM, Board members, Dr. Jenkins, Joe and Miriam to review report and discuss appropriate actions. | 3.50  hrs | $612.50 |
| 05/16/2013 | RWB | ████████████████ ████████████████ ███████████ Emails with coach's counsel re: telephone conference next week. | 2.20  hrs | $385.00 |
| 05/17/2013 | RWB | ████████████████ ███████████ Emails with coach's counsel, VMC and LSU contacts re: telephone conference next week.  Emails re: memo of meeting with coach Monday.  Receive and review memo.  Emails re: draft and revisions of memo. | 3.40  hrs | $595.00 |

██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 05/28/2013 | RWB | (9:00 a.m.)  Receive and review draft directive to coach's counsel.  Revisions to same.  Emails and telephone conferences with VMC re: same.  Emails re: named counselor from coach's counsel.  Emails re: attempted talks with family. ██████████ | 1.50  hrs | $262.50 |
| 05/29/2013 | RWB | (10:00)  Telephone conference and email with | 3.80  hrs | $665.00 |

LSU A&M College                                     Invoice#  189139      Page   3

counsel for family re: compliant against coach.
███████████████████
Multiple emails and telephone conferences with
LSU contacts re: same.  Telephone conference with
Board members and WSM.  Telephone conference
with coach's counsel re: same.  Telephone
conference with Joe Alleva re: status.  Review
information on family's counsel.

███████████████████████████████████████████████

| Date | | Description | Hours | Amount |
|------|------|------|------|------|
| 05/30/2013 | RWB | (8:00 a.m.) Telephone conference with contacts and Board members re: update of events. Conference with VMC. ███████ Telephone conference with VMC and coach's counsel re: █████meeting with student's counsel and general status.  Telephone conference with Joe Alleva re: status. ██████ ████████████ ██████████Telephone conferences and emails with LSU contacts, coach's counsel and student's counsel re: meeting on Tuesday and general status. | 4.20  hrs | $735.00 |
| 05/31/2013 | RWB | (9:00)  Emails with WSM and VMC re: meeting with President Alexander on Friday, 6/7. Telephone conference with Joe Alleva re: status. | 0.50  hrs | $87.50 |
| | | | | $6,160.00 |

EXPENSES

| Date | Description | Amount |
|------|------|------|
| 05/31/2013 | Copy | 18.00 |
| 05/31/2013 | Reimburse Bob Barton for tip to driver for meeting ██████ with coach's counsel. | 20.00 |
| | | $38.00 |

BILLING SUMMARY

| | | | | |
|------|------|------|------|------|
| Barton, Robert W. | 35.20  hrs | $175.00 /hr | $6,160.00 |
| TOTAL FEES | 35.20  hrs | | $6,160.00 |

LSU A&M College                                    Invoice#   189139          Page   4

    TOTAL PROFESSIONAL SERVICES

    TOTAL EXPENSES

    TOTAL CHARGES FOR THIS INVOICE

**TOTAL BALANCE NOW DUE**



Please remit payment within 30 days of invoice date.  Please include our file number and invoice
number on the payment.



# TAYLOR PORTER
## ATTORNEYS AT LAW
*Founded 1912*

**Taylor, Porter, Brooks & Phillips L.L.P.**
**P.O. Box 2471**
**Baton Rouge, LA 70821**
**(225) 387-3221**
**Fed ID# 72-0402904**

---

## INVOICE

June 20, 2013

LSU A&M College
Attn: L. Robert Kuhn
330 Thomas Boyd Hall
Baton Rouge, LA  70803

Invoice#  189140    RWB
Our file#  0905       05005
Billing through  05/31/2013

APPROVED

Employment Issue
LSU Contact:  Mark Ewing
Request ID: LSU-AD-112-01

Balance forward as of invoice dated    May 8, 2013
Payments received since last invoice

Accounts receivable balance carried forward

### PROFESSIONAL SERVICES

| Date | | Description | Hours | | Amount |
|------|-----|-------------|-------|---|--------|
| 05/01/2013 | VMC | (8:30 a.m.) Telephone conference with McKenzie, Jenkins (.80); correspondence to McKenzie (.30); multiple correspondence; finalize draft opinion (.80). | 1.90 | hrs | $332.50 |
| 05/01/2013 | VMC | (2:00 p.m.) Telephone conference with McKenzie; revise opinion (.50); finalize opinion; review interview notes (.80). | 1.30 | hrs | $227.50 |
| 05/02/2013 | VMC | (9:00 a.m.) Review Segar correspondence, re: student grade (.30); review correspondence, re: board report (.60). | 0.90 | hrs | $157.50 |
| ▮▮▮▮▮ | | | | | |
| 05/03/2013 | VMC | (1:30 p.m.) Correspondence with Ginsberg, Segar. | 0.30 | hrs | $52.50 |
| 05/06/2013 | VMC | (1:15 p.m.) Correspondence to Segar, Hardin; review proposal and Segar comments. | 0.50 | hrs | $87.50 |
| ▮▮▮▮▮ | | | | | |
| 05/13/2013 | VMC | (1:00 p.m.) Correspondence with Segar regarding status; revise report (1.30); correspondence with WSM (.30). | 1.60 | hrs | $280.00 |
| ▮▮▮▮▮ | | | | | |
| 05/14/2013 | VMC | (3:00 p.m.) Revise opinion; ▮▮▮▮▮ correspondence to Segar (.30). | 1.30 | hrs | $227.50 |

LSU A&M College                                    Invoice#    189140        Page    2

| | | | | |
|---|---|---|---|---|
| 05/14/2013 | VMC | (9:00 a.m.) Meeting Alleva, Segar. | 2.00 hrs | $350.00 |
| 05/15/2013 | VMC | (2:30 p.m.) Meeting with WSM, et al regarding personnel issue. | 1.80 hrs | $315.00 |
| ███████████████████████████████████ | | | | |
| 05/16/2013 | VMC | (1:00 p.m.) Correspondence to Ginsberg (.30); revise policies; correspondence to Segar (1.50); file memo regarding meeting (.30). | 2.10 hrs | $367.50 |
| ███████████████████████████████████ | | | | |
| 05/20/2013 | VMC | (12:30 p.m.) Conference call - Ginsberg; correspondence to Segar (1.60) ███████ | 2.60 hrs | $455.00 |
| ███████████████████████████████████ | | | | |
| 05/28/2013 | VMC | ████████████ correspondence to Ginsberg; conference with RWB (1.30); draft directive (.50); correspondence to Segar (.30). | 2.60 hrs | $455.00 |
| 05/29/2013 | VMC | (8:30 a.m.) Correspondence to McKenzie (.30); multiple telephone conferences with Segar, McKenzie, Barton, ████ (1.50); research regarding demand (.50); review ████ correspondence (.30). | 2.60 hrs | $455.00 |
| 05/29/2013 | VMC | (4:15 p.m.) Conference call - WSM, et al; telephone conference with McKenzie; correspondence to Ginsberg, Alleva (1.30); correspondence to Ginsberg (.30); telephone conference with Segar (.30). | 1.90 hrs | $332.50 |
| 05/29/2013 | VMC | (6:30 p.m.) Telephone conference with Ginsberg. | 0.50 hrs | $87.50 |
| 05/30/2013 | VMC | (8:30 a.m.) Conference call - WSM, et al; ████ conference call - Ginsberg; telephone conference with WSM (.30). | 1.80 hrs | $315.00 |
| 05/30/2013 | VMC | (1:00 p.m.) Telephone conference with ████; conference with RWB; correspondence to Ginsberg (1.00); telephone conference with WSM; conference with RWB; review statement (.80); review file (1.00). | 2.80 hrs | $490.00 |

| | LSU A&M College | | Invoice# | 189140 | Page | 3 |
|---|---|---|---|---|---|---|
| 05/31/2013 | VMC | (10:00 a.m.) Telephone conference with McKenzie. | | 0.30 hrs | | $52.50 |

$7,035.00

EXPENSES

| 05/31/2013 | Copy | | | 3.20 |
|---|---|---|---|---|

$3.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Barton, Robert W. | 0.40 hrs | $175.00 /hr | $70.00 |
| Crochet, Vicki M. | 39.80 hrs | $175.00 /hr | $6,965.00 |
| TOTAL FEES | 40.20 hrs | | $7,035.00 |



TOTAL PROFESSIONAL SERVICES
TOTAL EXPENSES
TOTAL CHARGES FOR THIS INVOICE

**TOTAL BALANCE NOW DUE**



Please remit payment within 30 days of invoice date. Please include our file number and invoice number on the payment.



# TAYLOR PORTER
**ATTORNEYS AT LAW**

*Founded 1912*

Taylor, Porter, Brooks & Phillips L.L.P.
P.O. Box 2471
Baton Rouge, LA 70821
(225) 387-3221
Fed ID# 72-0402904

## INVOICE

July 12, 2013

LSU A&M College
Attn: L. Robert Kuhn
330 Thomas Boyd Hall
Baton Rouge, LA  70803

Invoice#  189622    RWB
Our file#  0905    05000
Billing through  06/30/2013

APPROVED

Bo Bahnsen, Athletics Department,
Senior Associate Athletics Director
General
Request Identifier No. LSU-AD-208-00

Balance forward as of invoice dated    June 20, 2013
Payments received since last invoice

Accounts receivable balance carried forward

## PROFESSIONAL SERVICES

| 06/03/2013 | RWB | (1:00 p.m.)  Emails with VMC, WSM and coach's counsel re: meeting tomorrow.  Telephone conference with VMC re: same.  Emails with coach's counsel. ▮ | 1.80 hrs | $315.00 |
|---|---|---|---|---|
| 06/04/2013 | RWB | (4:00 p.m.)  Emails with client contacts re: meeting ▮.  Prepare for and attend meeting in ▮ with VMC, coach's counsel and student's counsel.  Telephone conference with WSM re: same.  Emails re: conference tomorrow morning. ▮ | 6.50 hrs | $1,137.50 |
| 06/05/2013 | RWB | (9:00 a.m.)  Prepare for and attend meeting with MVC, WSM, Joe, Miriam, Dr. Jenkins and Board Members to discuss status.  Revisions to policies/procedures. ▮ Telephone conference with Herb re: same. Telephone conference with family's counsel and telephone conference with coach's counsel re: ▮ Conference with Miriam re: same. Emails with coach's counsel re: meeting tomorrow. ▮ | 4.80 hrs | $840.00 |

LSU A&M College                    Invoice#  189622      Page   2

| | | | | |
|---|---|---|---|---|
| 06/06/2013 | RWB | ████ ████ ████ Emails with board members.  Meet with coach's counsel and VMC to discuss status and plan for resolution. | 2.80  hrs | $490.00 |
| 06/07/2013 | RWB | (9:00 a.m.)  Multiple telephone conferences and emails with VMC, HJP, WSM, Joe and Miriam to discuss status.  Emails with Herb re: same. Telephone conference with coach's counsel re: discussions with family's co8unsel.  Telephone conference with LSU contacts re: status. Conference with Dr. Alexander and VMC re: update. | 3.50  hrs | $612.50 |
| 06/10/2013 | RWB | (2:00 p.m.)  Emails with VMC, Joe and Miriam re: update. | 0.40  hrs | $70.00 |
| ████████████████████ | | | | |
| 06/12/2013 | RWB | (10:00 a.m.)  Emails with VMC and WSM re: status of talks with family and coach. | 0.20  hrs | $35.00 |
| 06/13/2013 | RWB | (1:00 p.m.)  Emails with VMC and LSU contacts re: talks with ████ and Ginsberg.  Telephone conference with VMC and LSU contacts re: status update and planned action.  Emails with Heardin and Ginsberg re: meeting next week.  Emails with LSU contacts re: telephone conference on 6/21. | 1.60  hrs | $280.00 |
| 06/14/2013 | RWB | (2:00 p.m.)  Receive and review email from ████ ████.  Email with VMC re: same. | 0.30  hrs | $52.50 |
| 06/14/2013 | RWB | (1:00 p.m.)  Emails with Joe re: assessment of situation.  Emails re: meeting with Ginsberg and Hardin. | 0.30  hrs | $52.50 |
| 06/17/2013 | RWB | (1:00 p.m.)  Multiple emails with VMC, ████ and Ginsberg re: meeting on July 1. | 0.50  hrs | $87.50 |
| 06/18/2013 | RWB | (3:00 p.m.)  Telephone conference and emails with VMC re: sharing documents with Ginsberg and ████.  Meet with Miriam to review draft letter agreement.  ████████████ ████████ | 1.20  hrs | $210.00 |
| 06/19/2013 | RWB | (4:00 p.m.)  Emails with Miriam and VMC re: letter to coach's counsel.  Telephone conference with VMC re: same. | 0.30  hrs | $52.50 |
| 06/20/2013 | RWB | (9:00)  Revisions to letter agreement with coach. Meet with coach's counsel and VMC to discuss steps toward resolution.  Telephone conference with Miriam re: same.  Emails with Herb Vincent re: status. | 2.10  hrs | $367.50 |
| 06/21/2013 | RWB | (10:00)  Telephone conference with VMC and LSU contacts to provide status update.  Emails re: same.  Emails with Joe Alleva and King Alexander. | 1.20  hrs | $210.00 |

LSU A&M College                          Invoice#   189622        Page   3

| Date | | | | | |
|------|------|------|------|------|------|
| 06/24/2013 | RWB | (2:00 p.m.) Emails with VMC and WSM re: status of investigation. | 0.20 hrs | | $35.00 |
| 06/25/2013 | RWB | (2:00 p.m.) Emails with VMC re: telephone conference with proposed counselor. Emails with all counsel re: meeting on July 1. Emails with Joe Alleva re: status and developments. | 0.30 hrs | | $52.50 |
| 06/26/2013 | RWB | (3:00 p.m.) Emails re: VMC's talks with proposed counselor. Emails re: meeting on 7/1 and conference call on 7/2. | 0.30 hrs | | $52.50 |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| | | | | | |
|------|------|------|------|------|------|
| 06/28/2013 | RWB | (9:00 a.m.) Emails re: meeting with counsel on Monday. | 0.30 hrs | | $52.50 |

$5,145.00

EXPENSES

| | | | |
|------|------|------|------|
| 06/27/2013 | 6 color copy pgs @ $ 1.00 per pg | | 6.00 |

$6.00

BILLING SUMMARY

| | | | |
|------|------|------|------|
| Barton, Robert W. | 29.40 hrs | $175.00 /hr | $5,145.00 |
| TOTAL FEES | 29.40 hrs | | $5,145.00 |

TOTAL PROFESSIONAL SERVICES

TOTAL EXPENSES

TOTAL CHARGES FOR THIS INVOICE

**TOTAL BALANCE NOW DUE**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Please remit payment within 30 days of invoice date. Please include our file number and invoice number on the payment.

# TAYLOR PORTER
### ATTORNEYS AT LAW
*Founded 1912*

**Taylor, Porter, Brooks & Phillips L.L.P.**
**P.O. Box 2471**
**Baton Rouge, LA 70821**
**(225) 387-3221**
**Fed ID# 72-0402904**

---

## INVOICE

July 12, 2013

LSU A&M College
Attn: L. Robert Kuhn
330 Thomas Boyd Hall
Baton Rouge, LA 70803

**APPROVED**

Invoice#   189623    RWB
Our file#   0905       05005
Billing through   06/30/2013

Employment Issue
LSU Contact: Mark Ewing
Request ID: LSU-AD-112-01

Balance forward as of invoice dated      June 20, 2013
Payments received since last invoice

Accounts receivable balance carried forward

---

## PROFESSIONAL SERVICES

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 06/03/2013 | VMC | (10:30 a.m.) Correspondence to WSM, Ginsberg (.30); ███████ | 0.60 hrs | $105.00 |
| 06/04/2013 | VMC | (3:00 p.m.) ███████; meeting with attorneys. | 7.00 hrs | $1,225.00 |
| 06/05/2013 | VMC | (8:30 a.m.) Meeting with Alleva, WSM, et al. | 2.30 hrs | $402.50 |
| 06/05/2013 | VMC | (11:00) Telephone conference with ███████ | 0.30 hrs | $52.50 |
| 06/05/2013 | VMC | (1:00 p.m.) Review file (.50); conference call - ███████; telephone conference with Alleva, McKenzie (2.00); review file (.80). | 3.30 hrs | $577.50 |
| 06/06/2013 | VMC | (8:30 a.m.) Meeting with Jenkins; telephone conference with Jacobs; research (2.00); conference with HJP (.50). | 2.50 hrs | $437.50 |
| 06/06/2013 | VMC | (4:00 p.m.) Meeting with Ginsberg. | 1.00 hrs | $175.00 |
| 06/07/2013 | VMC | (8:30 a.m.) Telephone conference with Jacobs; conference with RWB; prepare for meeting (1.30); conference with RWB; correspondence to | 1.60 hrs | $280.00 |

LSU A&M College                                    Invoice#  189623      Page   2

|            |     | ████ (.30). | | |
|------------|-----|-------------|-----------|-----------|
| 06/07/2013 | VMC | (1:00 p.m.) Meeting with Alexander, et al. | 2.00 hrs | $350.00 |
| 06/10/2013 | VMC | (10:00 a.m.) Update file; correspondence to Segar, ████ (1.30); telephone conference with ████ (.30). | 1.60 hrs | $280.00 |
| 06/10/2013 | VMC | (2:15 p.m.) Correspondence regarding meeting and status. | 0.30 hrs | $52.50 |
| 06/11/2013 | VMC | (9:15 a.m.) Correspondence to Alleva regarding status (.30); telephone conferences with Segar regarding records (.50). | 0.80 hrs | $140.00 |
| 06/13/2013 | VMC | (8:30 a.m.) Telephone conference with Alleva; Ginsberg, ████; multiple correspondence to Alleva, et al (1.80); telephone conference with Jenkins office (.30). | 2.10 hrs | $367.50 |
| 06/13/2013 | VMC | (3:00 p.m.) Conference call Alleva/Bd/Jenkins; telephone conference with Jacobs. | 1.30 hrs | $227.50 |
| 06/14/2013 | VMC | (9:30 a.m.) Review and reply to correspondence - Alleva; telephone conference with Alleva (.80); review ████ correspondence (.30). | 1.10 hrs | $192.50 |
| 06/17/2013 | VMC | (2:15 p.m.) Multiple correspondence regarding meeting (1.50); conference with RWB (.30). | 1.80 hrs | $315.00 |
| 06/19/2013 | VMC | (4:00 p.m.) Prepare for meeting. | 0.30 hrs | $52.50 |
| 06/20/2013 | VMC | (4:00 p.m.) Meeting with Ginsberg; telephone conference with Segar. | 1.50 hrs | $262.50 |
| 06/21/2013 | VMC | (2:00 p.m.) Review Alleva correspondence; correspondence to Hardin. | 0.30 hrs | $52.50 |
| 06/21/2013 | VMC | (10:00 a.m.) Conference call - Alleva, et al; telephone conference with Jenkins (1.50); correspondence to ████, et al re: meeting; update file (.50). | 2.00 hrs | $350.00 |
| 06/24/2013 | VMC | (2:45 p.m.) Research (.30); correspondence to Painter (.30). | 0.60 hrs | $105.00 |

| 06/25/2013 | VMC | (8:30 a.m.) Telephone conference with Hardin (.30); review file; telephone conference with McKenzie; review correspondence regarding meeting (1.30); telephone conference with Painter, Danos (.30) | 1.90 hrs | $332.50 |
|---|---|---|---|---|
| 06/26/2013 | VMC | (9:15 a.m.) Correspondence to Segar, McKenzie; telephone conference with Segar. | 0.80 hrs | $140.00 |
| 06/27/2013 | VMC | (1:15 p.m.) Review Segar correspondence regarding training; correspondence to Segar, WSM regarding meeting; conference with RWB; telephone conference with WSM. | 1.10 hrs | $192.50 |
| 06/30/2013 | VMC | (2:00 p.m.) Prepare for meeting. | 1.00 hrs | $175.00 |

$9,152.50

## EXPENSES

| 06/07/2013 | Invoice #CONS000323065 dated 6/3/13 - Conference call made on 5/30/13 by attorney Robert Barton | 40.23 |
|---|---|---|
| 06/07/2013 | Invoice #CONS000323065 dated 6/3/13 - Conference calls made on 5/20/13 and 5/29/13 by attorney Vicki Crochet | 91.55 |
| 06/28/2013 | FiveStar Conferencing Invoice #CONS000325004 - Conference call charges for the month of June 2013 made by attorney Vicki Crochet | 258.55 |
| 06/30/2013 | Copy | 0.20 |
| 06/30/2013 | Telephone | 5.52 |

$396.05

## BILLING SUMMARY

| Barton, Robert W. | 0.40 hrs | $175.00/hr | $70.00 |
|---|---|---|---|
| Crochet, Vicki M. | 51.90 hrs | $175.00/hr | $9,082.50 |
| TOTAL FEES | 52.30 hrs | | $9,152.50 |

TOTAL PROFESSIONAL SERVICES
TOTAL EXPENSES
TOTAL CHARGES FOR THIS INVOICE





# TAYLOR PORTER
### ATTORNEYS AT LAW
*Founded 1912*

**Taylor, Porter, Brooks & Phillips L.L.P.**
**P.O. Box 2471**
**Baton Rouge, LA 70821**
**(225) 387-3221**
**Fed ID# 72-0402904**

| INVOICE |
|---------|

August 13, 2013

LSU A&M College
Attn: L. Robert Kuhn
311 Thomas Boyd Hall
Baton Rouge, LA 70803

Invoice#  190462   RWB
Our file#  0905    05000
Billing through  07/31/2013

APPROVED

Bo Bahnsen, Athletics Department,
Senior Associate Athletics Director
General
Request Identifier No. LSU-AD-208-00

Balance forward as of invoice dated        July 12, 2013
Payments received since last invoice

Accounts receivable balance carried forward

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 07/01/2013 | RWB | (10:00) Meeting in New Orleans with VMC, coach's counsel and family's counsel to discuss ███████████ Telephone conferences with WSM, Joe Alleva and Miriam Segar re: same. | 6.10 hrs | $1,067.50 |
| 07/02/2013 | RWB | (1:30 p.m.) Emails re: telephone conference this afternoon.  Telephone conference with Joe Alleva re: meeting yesterday.  Meeting at LSU to update Dr. Alexander and board members. ████████ ███████ Emails with Ginsberg re: new offer.  Telephone conferences with Joe and Miriam re: same. | 2.20 hrs | $385.00 |
| 07/03/2013 | RWB | (11:00 a.m.) Emails with VMC re: HC meeting in August.  Emails and telephone conferences with counsel and with LSU contacts re: status of ████████████ Telephone conference with family's counsel.  Telephone conferences with WSM and VMC re: same. | 1.30 hrs | $227.50 |
| 07/05/2013 | RWB | (11:00 a.m.)  Telephone conferences with VMC and coach's counsel.  Telephone conference with VMC and family's counsel.  Telephone conference with WSM and Joe Alleva.  Emails with LSU contacts re: status.  Emails with counsel. | 1.20 hrs | $210.00 |
| 07/05/2013 | RWB | (1:00 p.m.)  Emails with coach's counsel and with family's counsel ██████████ | 1.00 hrs | $175.00 |

LSU A&M College                          Invoice#    190462        Page    2



|            |      | Telephone conference with Joe Alleva re: same. Emails with LSU contacts. | | |
| 07/08/2013 | RWB | (2:00 p.m.) Emails with VMC, WSM and counsel re: demand of LSU. ███ Emails with family's counsel ███ ███ Conferences with VMC re: same. Emails with coach's counsel. Emails re: revisions to policies. | 2.00 hrs | $350.00 |
| 07/09/2013 | RWB | (3:00 p.m.) Multiple emails and telephone conferences with VMC, Joe, Miriam and coach's counsel re: ███ LSU's position. | 1.80 hrs | $315.00 |
| 07/10/2013 | RWB | (2:00 p.m.) ███ Telephone conferences with VMC and coach's counsel and with family's counsel. | 1.30 hrs | $227.50 |
| 07/11/2013 | RWB | (2:00 p.m.) Telephone conference with Joe Alleva re: status of resolution talks. Telephone conference with Herb Vincent re: same. | 1.20 hrs | $210.00 |
| 07/12/2013 | RWB | (2:00 p.m.) Telephone conference with VMC and Coach's counsel re: | 1.20 hrs | $210.00 |