LSU A&M College                    Invoice#  190462        Page   3

| Date | | | Hours | Amount |
|---|---|---|---|---|
| | | family's counsel. Emails with VMC re: ▮▮▮ Telephone conference with WSM. Emails with LSU contacts re: status. ▮▮▮ | | |
| 07/16/2013 | RWB | (2:00 p.m.) Emails with VMC, Joe Alleva and WSM ▮▮▮ | 0.30 hrs | $52.50 |
| 07/17/2013 | RWB | (9:00 a.m.) Emails with Herb Vincent re: status of investigation. | 0.20 hrs | $35.00 |
| 07/18/2013 | RWB | (10:00 a.m.) Emails with Joe Alleva re: status. | 0.20 hrs | $35.00 |
| | | ▮▮▮ | | |
| 07/23/2013 | RWB | (10:00 a.m.) Emails with Coach's counsel ▮▮▮ | 1.60 hrs | $280.00 |
| | | ▮▮▮ | | |
| 07/26/2013 | RWB | (2:00) Telephone conference with VMC and coach's counsel re: ▮▮▮ emails and telephone conferences with WSM and Joe Alleva re: same. | 0.60 hrs | $105.00 |
| | | ▮▮▮ | | |
| 07/29/2013 | RWB | (3:00 p.m.) Emails with coach's counsel re: status ▮▮▮ | 0.20 hrs | $35.00 |
| 07/30/2013 | RWB | (1:00 p.m.) Emails with coach's counsel. | 0.20 hrs | $35.00 |
| | | ▮▮▮ | | |
| | | | | $5,390.00 |

EXPENSES

| 07/02/2013 | Reimburse Bob Barton for parking while in New Orleans for meeting with coach's counsel and family's counsel. | 5.00 |
|---|---|---|
| 07/02/2013 | Mileage - Reimburse Bob Barton for mileage to New Orleans for meeting with coach's counsel and family's counsel. | 93.23 |
| | | $98.23 |

BILLING SUMMARY

| Barton, Robert W. | 25.10 hrs | $175.00 /hr | $4,392.50 |
|---|---|---|---|

LSU A&M College                    Invoice#  190462        Page  4

TOTAL FEES                          30.80 hrs              $5,390.00

TOTAL PROFESSIONAL SERVICES
TOTAL EXPENSES
TOTAL CHARGES FOR THIS INVOICE

**TOTAL BALANCE NOW DUE**



Please remit payment within 30 days of invoice date. Please include our file number and invoice number on the payment.





SEP 16 2013

OFFICE OF VICE CHANCELLOR
FOR FINANCE AND ADMIN. SERVICES



**TAYLOR PORTER**
ATTORNEYS AT LAW
*Founded 1912*

Taylor, Porter, Brooks & Phillips L.L.P.
P.O. Box 2471
Baton Rouge, LA 70821
(225) 387-3221
Fed ID# 72-0402904

## INVOICE

August 13, 2013

LSU A&M College
Attn: L. Robert Kuhn
311 Thomas Boyd Hall
Baton Rouge, LA 70803

Invoice# 190463   RWB
Our file# 0905   05005
Billing through 07/31/2013

APPROVED



Employment Issue
LSU Contact: Mark Ewing
Request ID: LSU-AD-112-01

Balance forward as of invoice dated    July 12, 2013
Payments received since last invoice
Accounts receivable balance carried forward

PROFESSIONAL SERVICES

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 07/01/2013 | VMC | (1:00 p.m.) Meeting in New Orleans, LA with ▮, et al; telephone conference with WSM, Segar, Alleva. | 6.00 hrs | $1,050.00 |
| 07/02/2013 | VMC | (4:00 p.m.) Meeting with WSM, et al; conference call (1.50); memo to file (.30); review Ginsberg correspondence (.30). | 2.10 hrs | $367.50 |
| 07/02/2013 | VMC | (9:45 a.m.) Telephone conference with WSM; correspondence to Jenkins; prepare for conference call; correspondence to Ginsberg (1.00); ▮ | 1.30 hrs | $227.50 |
| 07/03/2013 | VMC | (8:30 a.m.) Review and respond to Ginsberg correspondence; correspondence to RWB. | 0.90 hrs | $157.50 |
| 07/03/2013 | VMC | (4:15 p.m.) Multiple email correspondence; telephone conference with ▮, McKenzie, RWB. | 1.00 hrs | $175.00 |
| 07/05/2013 | VMC | (9:45 a.m.) Telephone conference with Jacobs; correspondence to Ginsberg; (.50) review chronology; correspondence to ▮ (.50). | 1.00 hrs | $175.00 |
| 07/05/2013 | VMC | (2:00 p.m.) Correspondence to Ginsberg, ▮ board group; telephone conference with Jacobs (1.00); ▮ | 1.80 hrs | $315.00 |
| 07/06/2013 | VMC | (9:30 a.m.) Multiple telephone conferences with ▮, Ginsberg, WSM, Jacobs. | 1.80 hrs | $315.00 |

LSU A&M College                                    Invoice#   190463       Page   2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | correspondence to Ginsberg (.20). | | |
| 07/08/2013 | VMC | (2:15 p.m.) Correspondence to ▮; ▮ ▮ multiple correspondence - ▮, Ginsberg, WSM (.80); telephone conference with WSM (.20). | 1.50 hrs | $262.50 |
| 07/09/2013 | VMC | (9:15 a.m.) Conference with RWB (.30); review Segar correspondence (.30); telephone conference with Ginsberg, Jacobs, WSM (1.30). | 1.90 hrs | $332.50 |
| 07/10/2013 | VMC | (3:15 p.m.) Telephone conference with ▮, Ginsberg, WSM; file memo. | 1.00 hrs | $175.00 |
| ▮ | | | | |
| 07/12/2013 | VMC | (9:45 a.m.) ▮ conference with WSM (.30); telephone conference with Ginsberg, WSM; ▮ correspondence to Ginsberg (1.30). | 1.60 hrs | $280.00 |
| 07/15/2013 | VMC | (2:30 p.m.) ▮ correspondence to Ginsberg; telephone conference with Segar. | 1.10 hrs | $192.50 |
| 07/16/2013 | VMC | (8:30 a.m.) Telephone conference with Segar; correspondence to WSM. | 0.50 hrs | $87.50 |
| 07/17/2013 | VMC | (9:30 a.m.) Telephone conference with Jacobs. | 0.30 hrs | $52.50 |
| 07/22/2013 | VMC | (10:15 a.m.) Correspondence with Ginsberg regarding status. | 0.30 hrs | $52.50 |
| 07/23/2013 | VMC | (2:00 p.m.) Review Ginsberg correspondence. | 0.30 hrs | $52.50 |
| 07/25/2013 | VMC | (2:15 p.m.) Telephone conference with Jacobs; correspondence to Ginsberg (.50); conference with RWB; update file (.30). | 0.80 hrs | $140.00 |
| 07/26/2013 | VMC | (8:30 a.m.) Multiple correspondence with WSM; telephone conference with Ginsberg; correspondence to Ginsberg. | 1.30 hrs | $227.50 |
| 07/30/2013 | VMC | (9:45 a.m.) Review Ginsberg correspondence; telephone conference with Jacobs. | 0.50 hrs | $87.50 |
| 07/31/2013 | VMC | (2:00 p.m.) Telephone conference with Jacobs, Segar; ▮ | 1.00 hrs | $175.00 |

$5,267.50

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 07/31/2013 | Copy | 1.80 |
| 07/31/2013 | Telephone | 1.20 |

$3.00

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Crochet, Vicki M. | 30.10 hrs | $175.00 /hr | $5,267.50 |
| TOTAL FEES | 30.10 hrs | | $5,267.50 |

LSU A&M College                              Invoice#   190463        Page   3

TOTAL PROFESSIONAL SERVICES
TOTAL EXPENSES
TOTAL CHARGES FOR THIS INVOICE

**TOTAL BALANCE NOW DUE**



Please remit payment within 30 days of invoice date.  Please include our file number and invoice number on the payment.



**TAYLOR PORTER**
ATTORNEYS AT LAW

Founded 1912

Taylor, Porter, Brooks & Phillips L.L.P.
P.O. Box 2471
Baton Rouge, LA 70821
(225) 387-3221
Fed ID# 72-0402904

## INVOICE

September 13, 2013

LSU A&M College
Attn: L. Robert Kuhn
311 Thomas Boyd Hall
Baton Rouge, LA 70803

Bo Bahnsen, Athletics Department,
Senior Associate Athletics Director
General
Request Identifier No. LSU-AD-208-00

Invoice# 191507   RWB
Our file# 0905    05000
Billing through 08/31/2013

APPROVED

Balance forward as of invoice dated    August 13, 2013
Payments received since last invoice
Accounts receivable balance carried forward

PROFESSIONAL SERVICES

| 08/01/2013 | RWB | | 2.40 hrs | $420.00 |

| 08/02/2013 | RWB | Emails with coach's counsel re: review of certain ▓▓▓ terms. ▓▓▓ | 1.30 hrs | $227.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/07/2013 | RWB | (3:00 p.m.) Telephone conference with VMC and coach's counsel ▮▮▮ Multiple emails and telephone conferences with LSU contacts re: same. Emails with WSM re: notifying Board members. ▮▮▮ | 2.00 hrs | $350.00 |
| 08/08/2013 | RWB | (2:00 p.m.) Emails with VMC, WSM and coach's counsel re: agreement of coach, counseling sessions and meeting with counsels. ▮▮▮ | 1.20 hrs | $210.00 |
| 08/09/2013 | RWB | ▮▮▮ Emails re: coach's counselor and meeting with her. | 0.70 hrs | $122.50 |
| 08/12/2013 | RWB | (9:00 a.m.) Emails re: meeting with coach's counsel. ▮▮▮ | 0.40 hrs | $70.00 |
| 08/13/2013 | RWB | (3:00 p.m.) Emails re: meeting with counselor and ▮▮▮ | 0.30 hrs | $52.50 |
| 08/14/2013 | RWB | (9:00 a.m.) Emails re: draft directive to coach. | 0.40 hrs | $70.00 |
| 08/15/2013 | RWB | ▮▮▮ Emails with LSU contacts re: revisions to directive letter proposed by coach's counsel. | 0.70 hrs | $122.50 |
| 08/19/2013 | RWB | ▮▮▮ Emails with VMC. ▮▮▮ | 4.00 hrs | $700.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | ▮▮▮▮ Meet with coach's counsel to discuss directive. Meet with Ann Marie Painter to discuss counseling plan and LSU perspective. Emails re: telephone conference with Miriam. Emails with WSM. | | |
| 08/20/2013 | RWB | ▮▮▮▮ Emails with WSM and Miriam Segar re: meeting with Ginsberg. | 0.60 hrs | $105.00 |
| 08/22/2013 | RWB | ▮▮▮▮ Emails and conferences with VMC re: directive. Multiple emails with Ginsberg re: proposed revisions to directive. Emails with LSU contacts re: same. | 1.60 hrs | $280.00 |
| 08/23/2013 | RWB | ▮▮▮▮ Emails re: final revisions to directive to coach. ▮▮▮▮ | 3.60 hrs | $630.00 |
| 08/26/2013 | RWB | ▮▮▮▮ Emails re: directive to Coach and execution of same. | 3.20 hrs | $560.00 |
| 08/27/2013 | RWB | (10:00 a.m.) Emails re: execution of directive letter. | 0.20 hrs | $35.00 |
| 08/28/2013 | RWB | (2:00 p.m.) Emails re: execution of directive letter. | 0.20 hrs | $35.00 |
| 08/29/2013 | RWB | ▮▮▮▮ Emails with counsel and clients re: execution of directive. ▮▮▮▮ | 1.00 hrs | $175.00 |

                                                                    $6,755.00

**EXPENSES**

| | | | | |
|---|---|---|---|---|
| 08/19/2013 | 58 color copy pgs @ $ 1.00 per pg | | | 58.00 |
| 08/21/2013 | 10 color copy pgs @ $ 1.00 per pg | | | 10.00 |
| 08/31/2013 | Copy | | | 7.40 |
| | | | | $96.13 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Barton, Robert W. | 32.40 hrs | $175.00 /hr | $5,670.00 |
| | | | |
| Shelby, David J. | 0.30 hrs | $175.00 /hr | $52.50 |
| TOTAL FEES | 38.60 hrs | | $6,755.00 |

TOTAL PROFESSIONAL SERVICES
TOTAL EXPENSES
TOTAL CHARGES FOR THIS INVOICE

**TOTAL BALANCE NOW DUE**



Please remit payment within 30 days of invoice date. Please include our file number and invoice number on the payment.



**TAYLOR PORTER**
ATTORNEYS AT LAW
Founded 1912

Taylor, Porter, Brooks & Phillips L.L.P.
P.O. Box 2471
Baton Rouge, LA 70821
(225) 387-3221
Fed ID# 72-0402904

## INVOICE

September 13, 2013

LSU A&M College
Attn: L. Robert Kuhn
311 Thomas Boyd Hall
Baton Rouge, LA 70803

Invoice# 191508   RWB
Our file# 0905   05005
Billing through 08/31/2013

APPROVED

Employment Issue
LSU Contact: Mark Ewing
Request ID: LSU-AD-112-01

Balance forward as of invoice dated         August 13, 2013
Payments received since last invoice
Accounts receivable balance carried forward

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/2013 | VMC | (2:30 p.m.) Telephone conference with Ginsberg; conference with RWB; | 1.80 hrs | $315.00 |
| 08/02/2013 | VMC | ▇▇▇▇; telephone conference with Hardin (.50); correspondence to Ginsberg (.30); correspondence to Segar (.50). | 2.60 hrs | $455.00 |
| 08/05/2013 | VMC | (8:30 a.m.) Telephone conference with Jacobs; review Segar correspondence (.50). | 0.50 hrs | $87.50 |
| 08/06/2013 | VMC | (3:00 p.m.) Telephone conference with WSM; conference with RWB; correspondence to Ginsberg. | 0.80 hrs | $140.00 |
| 08/06/2013 | VMC | ▇▇▇▇ directive; correspondence to Ginsberg (1.30); revise directive; correspondence to Segar, WSM, and Ginsberg (1.00). | 2.30 hrs | $402.50 |
| 08/07/2013 | VMC | (4:30 p.m.) Telephone conference with Ginsberg, McKenzie. | 1.00 hrs | $175.00 |
| 08/07/2013 | VMC | (2:00 p.m.) Multiple correspondence - Ginsberg; telephone conference with Jacobs (.50); correspondence to Segar (.30). | 0.80 hrs | $140.00 |
| 08/07/2013 | VMC | (9:00 a.m.) Correspondence to WSM regarding ▇▇▇▇ | 0.30 hrs | $52.50 |

LSU A&M College                                            Invoice#   191508       Page   2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 08/08/2013 | VMC | (8:45 a.m.) Telephone conferences with Segar; review contract; (2.50); update file (.30); revise directive; correspondence with WSM (.50); telephone conference with WSM; correspondence to Ginsberg (.50). | 3.80 hrs | $665.00 |
| 08/09/2013 | VMC | (9:00 a.m.) Conference with RWB (.30); correspondence to Ginsberg; revise letter (.80); correspondence to Hardin regarding meeting (.30). | 1.40 hrs | $245.00 |
| 08/12/2013 | VMC | (9:30 a.m.) Correspondence to Hardin, re: meeting with Painter. | 0.30 hrs | $52.50 |
| 08/13/2013 | ■■■ | ■■■ correspondence to Hardin. | 0.90 hrs | $157.50 |
| 08/15/2013 | VMC | (10:00 a.m.) Review Ginsberg correspondence; correspondence and telephone conference with WSM; revise letter (1.20); correspondence to Segar (.30). | 1.50 hrs | $262.50 |
| 08/19/2013 | VMC | (10:00 a.m.) Revise directive; telephone conference with WSM; conference with RWB; prepare for meeting. | 2.00 hrs | $350.00 |
| 08/19/2013 | VMC | (1:15 p.m.) Correspondence to Ginsberg; revise letter; correspondence with WSM; meeting with Ginsberg, Painter. | 3.00 hrs | $525.00 |
| 08/20/2013 | VMC | (2:00 p.m.) Review and respond to WSM correspondence (.30); correspondence to Segar, re: letter (.30). | 0.60 hrs | $105.00 |
| 08/21/2013 | VMC | (9:30 a.m.) Conference call Segar, re: training (.50); correspondence to Ginsberg (.30); correspondence to Segar (.50). | 1.30 hrs | $227.50 |
| 08/22/2013 | VMC | (8:30 a.m.) Multiple correspondence with Segar and Ginsberg; ■■■ review Ginsberg correspondence and revision; telephone conference with Segar; correspondence to WSM (.50). | 2.50 hrs | $437.50 |
| 08/22/2013 | VMC | (5:00 p.m.) Multiple revisions - directive; multiple correspondence - Ginsberg. | 1.50 hrs | $262.50 |
| 08/23/2013 | VMC | (2:00 p.m.) Finalize directive; correspondence to Ginsberg; ■■■ | 0.80 hrs | $140.00 |
| 08/26/2013 | VMC | ■■■ ; correspondence to Ginsberg, Alleva (.30). | 2.60 hrs | $455.00 |
| 08/27/2013 | VMC | (8:30 a.m.) Correspondence to Hardin (.30); correspondence to Segar (.30). | 0.60 hrs | $105.00 |
| 08/28/2013 | VMC | (8:30 a.m.) Finalize directive (.50); meeting with | 1.80 hrs | $315.00 |

| | | LSU A&M College | Invoice# | 191508 | Page | 3 |
|---|---|---|---|---|---|---|
| | | Alleva, Segar (1.00); correspondence to Ginsberg (.30). | | | | |
| 08/28/2013 | VMC | (3:00 p.m.) Telephone conference with Hardin. | 0.30 hrs | | | $52.50 |
| 08/29/2013 | VMC | (1:00 p.m.) Meeting with Hardin; correspondence to Ginsberg, WSM; update file. | 1.00 hrs | | | $175.00 |

$7,300.00

**EXPENSES**

| 08/31/2013 | Copy | 5.00 |
|---|---|---|
| 08/31/2013 | Telephone | 0.84 |

$5.84

**BILLING SUMMARY**

| Crochet, Vicki M. | 40.40 hrs | $175.00 /hr | $7,070.00 |
|---|---|---|---|
| ███████████████████████████████████████████████ | | | |
| TOTAL FEES | 42.70 hrs | | $7,300.00 |



TOTAL PROFESSIONAL SERVICES
TOTAL EXPENSES
TOTAL CHARGES FOR THIS INVOICE

**TOTAL BALANCE NOW DUE**

Please remit payment within 30 days of invoice date. Please include our file number and invoice number on the payment.



**TAYLOR PORTER**
ATTORNEYS AT LAW
Founded 1912

Taylor, Porter, Brooks & Phillips L.L.P.
P.O. Box 2471
Baton Rouge, LA 70821
(225) 387-3221
Fed ID# 72-0402904

## INVOICE

October 15, 2013

LSU A&M College
Attn: L. Robert Kuhn
311 Thomas Boyd Hall
Baton Rouge, LA 70803

Invoice# 192083 RWB
Our file# 0905  05005
Billing through 09/30/2013

APPROVED

Employment Issue
LSU Contact: Mark Ewing
Request ID: LSU-AD-112-01

Balance forward as of invoice dated    September 13, 2013
Payments received since last invoice
Accounts receivable balance carried forward

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/03/2013 | VMC | (1:15 p.m.) Correspondence to Hardin. | 0.30 hrs | $52.50 |
| 09/04/2013 | VMC | [redacted]; review and reply to Ginsberg correspondence; conference with RWB (.50). | 0.80 hrs | $140.00 |
| 09/05/2013 | VMC | (9:00 a.m.) Telephone conference with Hardin (.30); [redacted] | 0.60 hrs | $105.00 |
| 09/09/2013 | VMC | (9:30 a.m.) Telephone conference with Hardin; correspondence to Ginsberg. | 0.50 hrs | $87.50 |
| 09/10/2013 | VMC | (8:30 a.m.) Correspondence to Ginsberg, Yarborough; review multiple correspondence; update file. | 1.30 hrs | $227.50 |



## EXPENSES

| | | |
|---|---|---|
| 09/04/2013 | Fivestar Conferencing Invoice #CONS000326909 dated 8/1/13 - Conference call charges made by attorney Vicki Crochet in July 2013 | 96.28 |
| 09/16/2013 | Fivestar Conferencing Invoice #CONS000328815 dated 9/3/13 - Conference call made by attorney Vicki Crochet on 8/7/13 | 52.77 |
| 09/30/2013 | Copy | 4.40 |
| | | $153.45 |

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Barton, Robert W. | 1.40 hrs | $175.00 /hr | $245.00 |
| Crochet, Vicki M. | 11.90 hrs | $175.00 /hr | $2,082.50 |
| TOTAL FEES | 13.30 hrs | | $2,327.50 |

TOTAL PROFESSIONAL SERVICES
TOTAL EXPENSES
TOTAL CHARGES FOR THIS INVOICE

**TOTAL BALANCE NOW DUE**



Please remit payment within 30 days of invoice date.  Please include our file number and invoice number on the payment.

LSU A&M College                          Invoice#   192797        Page   2



| 10/28/2013 | VMC | (3:30 p.m.) Review correspondence from Hardin, re: personnel issue. | 0.30 hrs | $52.50 |

### EXPENSES

| 10/31/2013 | Copy | | 10.80 |

$10.80

### BILLING SUMMARY

| Barton, Robert W. | 1.50 hrs | $175.00 /hr | $262.50 |
| Crochet, Vicki M. | 23.70 hrs | $175.00 /hr | $4,147.50 |
| TOTAL FEES | 25.20 hrs | | $4,410.00 |

LSU A&M College                                    Invoice#   192797      Page   3

TOTAL PROFESSIONAL SERVICES
TOTAL EXPENSES
TOTAL CHARGES FOR THIS INVOICE

**TOTAL BALANCE NOW DUE**



Please remit payment within 30 days of invoice date.  Please include our file number and invoice number on the payment.