UNITED STATED DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHARON LEWIS

VERSUS

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY
AND A&M COLLEGE, ET AL.

CIVIL ACTION NO.

21-198-SDD-EWD

## ORDER OF RECUSAL

**IT IS ORDERED** that Magistrate Judge Erin Wilder-Doomes is **RECUSED** from this matter.

Signed in Baton Rouge, Louisiana, on April 8, 2021.

ERIN WILDER-DOOMES
UNITED STATES MAGISTRATE JUDGE