# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHARON LEWIS | CIVIL ACTION |
| VERSUS | NO. 21-198-UNA-RLB |
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL. | |

## EN BANC ORDER

Pursuant to 28 U.S.C. § 455(a), all the district judges of this Court have been recused from this proceeding. Considering the Honorable Susie Morgan of the Eastern District of Louisiana is currently designated to hear matters filed within the Middle District of Louisiana, and with her consent,

It is hereby **ORDERED** that this matter is transferred to the Honorable Susie Morgan of the Eastern District of Louisiana.

Baton Rouge, Louisiana, this __19th__ day of May 2021.

_____
**SHELLY D. DICK, CHIEF JUDGE**
**FOR THE EN BANC COURT**