UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHARON LEWIS,**<br><br>　　　　　Plaintiff<br><br>v.<br><br>**BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY, ET AL.,**<br><br>　　　　　Defendants | **CIVIL ACTION NO. 3:21-cv-00198**<br><br>**DISTRICT JUDGE**<br>**SUSIE MORGAN**<br><br>**MAGISTRATE JUDGE**<br>**RICHARD L. BOURGEOIS, JR.** |

## ORDER

Considering the Unopposed Voluntary Motion to Dismiss with Prejudice Defendant Taylor Porter Brooks & Phillips, L.L.P, filed by Plaintiff Sharon Lewis;

**IT IS HEREBY ORDERED** that Defendant Taylor, Porter, Brooks & Phillips, L.L.P. be dismissed with prejudice.

**New Orleans, Louisiana, this 9th day of August, 2021.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**