**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SHARON LEWIS,** | **CIVIL ACTION NO. 3:21-cv-00198** |
| Plaintiff | |
| | **DISTRICT JUDGE** |
| v. | **SUSIE MORGAN** |
| | |
| **LOUISIANA STATE** | **MAGISTRATE JUDGE** |
| **UNIVERSITY, ET AL** | **RICHARD L. BOURGEOIS, JR.** |
| Defendants | |

## MOTION FOR RULE 11 SANCTIONS

**NOW COME**, through undersigned counsel, Defendants, W. Shelby McKenzie, Vicki M. Crochet, and Robert W. Barton (hereinafter collectively the "TP Defendants"), who respectfully move this Honorable Court to impose appropriate sanctions against plaintiff, Sharon Lewis, and her counsel, Tammye C. Brown, Bridgett Brown, and Larry English, pursuant to Federal Rule of Civil Procedure 11, all for the reasons set forth in the attached Memorandum in Support of Motion for Rule 11 Sanctions.

Filed this 17th day of September, 2021.

| | |
|---|---|
| **WALTERS, PAPILLION,** | **JONES WALKER LLP** |
| **THOMAS, CULLENS, LLC** | |
| | |
| _/s/ J. E. Cullens, Jr._ | _/s/ Brandon K. Black_ |
| J. E. CULLENS, JR. (La. #23011) | BRANDON K. BLACK (La. #24298) |
| DARREL J. PAPILLION (La. #23243) | PAULINE F. HARDIN (La. # 6542) |
| RENEE C. CRASTO (La. #31657) | JOHN GUENARD (La. #36483) |
| 12345 Perkins Road, Bldg. 1 | 445 North Blvd., Suite 800 |
| Baton Rouge, Louisiana 70810 | Baton Rouge, Louisiana 70802 |
| Tel: (225) 236-3636 | Tel: (225) 248-2128 |
| Fax: (225) 236-3650 | Fax: (225) 248-3128 |
| cullens@lawbr.net | bblack@joneswalker.com |
| papillion@lawbr.net | phardin@joneswalker.com |
| crasto@lawbr.net | jguenard@joneswalker.com |

*Counsel for Defendants, W. Shelby McKenzie, Vicki M. Crochet, and Robert W. Barton*

## CERTIFICATE OF SERVICE
## UPON PLAINTIFF AND HER COUNSEL

Pursuant to Rule 11(c)(2) and Rule 5(b), the undersigned counsel certifies that a copy of the foregoing Motion for Rule 11 Sanctions and Memorandum in Support of Motion for Rule 11 Sanctions was served on plaintiff, Sharon Lewis, and her counsel, Tammye C. Brown, Bridgett Brown, and Larry English, via Certified U.S. Mail, via U.S. Mail, postage pre-paid, and via email to the following addresses:

> Larry English
> Attorney at Law
> 423 W. 127 Street, 7th Floor
> New York, New York 10027
> 917-531-3909
> englishlaw2008@gmail.com
>
> Tammye C. Brown
> Campbell Brown Law & Consulting
> 1220 E. Northside Drive, Suite 170-176
> Jackson, Mississippi 39211
> 601-703-8911
> 601-703-8999 (fax)
> tbrown@campbellbrownlaw.com
>
> Bridgett Brown
> BROWN & ASSOCIATES
> 418 DeSoto Street
> Alexandria, Louisiana 71301
> lawyer4u.bridgett@gmail.com

On the 26th day of August, 2021.

/s/ J.E. Cullens, Jr.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all counsel of record using the Court's CM/ECF system, and on any co-defendants who have not yet appeared by U.S. Mail, this 17th day of September, 2021.

/s/ J.E. Cullens, Jr.
J. E. Cullens, Jr.