**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**SHARON LEWIS,**
    **Plaintiff**

**CIVIL ACTION**

**VERSUS**

**NO. 21-198-SM-RLB**

**LOUISIANA STATE UNIVERSITY**
**BOARD OF SUPERVISORS, ET AL.,**
    **Defendants**

### ORDER FOR VOLUNTARY PARTIAL DISMISSAL

Considering the Motion for Voluntary Partial Dismissal WITHOUT Prejudice of claims solely and individually against Defendant, Felton King Alexander, filed by Plaintiff Sharon Lewis;

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that individual RICO Defendant, Felton King Alexander, and only as a RICO defendant, be and is hereby dismissed WITHOUT prejudice.

New Orleans, Louisiana, this 23rd day of September, 2021.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**