UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**SHARON LEWIS,**      **CIVIL ACTION**
    Plaintiff

**VERSUS**     **NO. 21-198-SM-RLB**

**LOUISIANA STATE UNIVERSITY**
**BOARD OF SUPERVISORS, ET AL**
    Defendants

### PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT

Plaintiff Sharon Lewis by and through undersigned counsel, respectfully moves this court under Rule 59(e) of the Federal Rules of Civil Procedure to alter or amend its judgment entered on December 2, 2021 (Doc. No. 165). In support of this motion, the Plaintiff relies on the accompanying Memorandum. As explained in the accompanying Memorandum, the Court's decision is an obvious legal error. For this reason, the Plaintiff respectfully requests that this motion be granted and (1) that the Court's Order and Reasons of December 2, 2021 be vacated, and (2) Leslie Miles, Garrett Danos, Robert Yarbrough, Stanley Jacobs and William Jenkins motion to dismiss be denied as to Plaintiff's § 1962 (c ) and § 1962 (d) civil RICO claims that are not time barred.

Respectfully submitted:

*/s/ Larry English*
Larry English, LSB No. 22772
LARRY ENGLISH, ATTORNEY AT LAW
423 W. 127 Street, 7th Floor
New York, New York 10027
917-531-3909
englishlaw2008@gmail.com


*/s/ Tammye C. Brown*

1

2

        Tammye C. Brown, LSB No. 29108
        CAMPBELL BROWN LAW & CONSULTING
        1220 E. Northside Drive, Suite 170-176
        Jackson, Mississippi 39211
        601-703-8911
        601-703-8999 (fax)
        tbrown@campbellbrownlaw.com

        */s/ Bridget Brown*
        Bridgett Brown, LSB No. 18815
        BROWN & ASSOCIATES
        418 DeSoto Street
        Alexandria, Louisiana 71301
        lawyer4u.bridgett@gmail.com

*Counsels for Plaintiff Sharon Lewis*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all counsel of record using the Court's CM/ECF system on December 17, 2021.

        */s/ Larry English*