MINUTE ENTRY
MORGAN, J.
December 20, 2021

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

SHARON LEWIS,                                         CIVIL ACTION
    Plaintiff

VERSUS                                                NO. 21-198-SM-RLB

LOUISIANA STATE UNIVERSITY, ET AL.,
    Defendants

### MINUTE ENTRY

A telephone status conference was held on December 20, 2021, at 2:00 p.m. in the chambers of Judge Susie Morgan.

    Present:    Tammye Brown and Larry English, counsel for Plaintiff, Sharon Lewis;

                    Susan Furr and Molly McDiarmid, counsel for Defendants, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, James Williams, and Mary Leach Werner;

                      Jimmy Faircloth, counsel for Defendants, Garrett "Hank" Danos, Robert "Bobby" Yarborough, and Stanley Jacobs;

                      Wayne Stewart, counsel for Defendant, Felton King "King" Alexander;

                      Robin Sylvester, counsel for Defendant, William Jenkins;

                      Joseph Cullens, Darrel Papillion, Renee' Crasto, Brandon Black, Pauline Hardin, Avery Pardee, and John Guenard, counsel for Defendants, Taylor Porter Brooks & Phillips LLP, William Shelby McKenzie, Vicki Crochet, and Robert "Bob" Barton;

>Christopher Zainey and Peter Ginsberg, counsel for Defendant, Leslie Edwin "Les" Miles;
>
>Brooke Barnett-Bernal, Michael Patterson, and Seth Lawrence, counsel for Defendant, Joseph "Joe" Alleva;
>
>Rodolfo Aguilar, counsel for Defendant, Scott Woodward;
>
>Darren Patin, counsel for Defendant, Verge Ausberry; and
>
>John Walsh and Jeffrey Cody, counsel for Defendant, Miriam Segar.

On December 17, 2021, Plaintiff filed a "Motion to Alter or Amend Judgment."[1] Any opposition to the Plaintiff's "Motion to Alter or Amend Judgment" should be filed on or before **Wednesday, January 5, 2022.** Plaintiff may file a reply on or before **Monday, January 10, 2022.**

Initial disclosures are due fifteen days after the Court rules on Plaintiff's "Motion to Alter or Amend Judgment."[2]

The parties discussed case management procedures to be used in this case in light of the *Owens, et al. v. Louisiana State University, et al.* (Case No. 21-242) action, also pending in the Middle District of Louisiana and involving many of the same issues and parties as this case. The Court informed the parties it has discussed case management issues with the judge presiding in *Owens*. The judges presiding in both cases agree the parties should use identical BATES stamp numbers for all documents produced in this action and in *Owens*. The judges in both cases also agree that depositions taken in either action may be used in both actions, unless the judge in either action orders otherwise after a motion filed and a showing of good cause.

---

[1] R. Doc. 168.
[2] *Id.*

2

The judges in both cases agree the parties should meet and confer on the terms of a protective order, applicable to this case and to *Owens*, and prepare and file a proposed protective order in both cases, noting any unresolved disputes, on or before **Friday, January 14, 2022.** Counsel in both cases are to ensure all parties and custodians are aware of the existence of both actions and their obligation to preserve and protect potentially relevant evidence in both actions, as well as the consequences of a failure to do so.

The judges in both cases agree the parties should meet and confer on the form of an order to govern the production of electronically stored information ("ESI") in this case and in *Owens*, and to prepare and file in both cases on or before **Friday, January 14, 2022**, a proposed protocol for the production of ESI, in accordance with the applicable Federal Rules of Civil Procedure, noting any unresolved disputes. The proposed order should cover the collection of ESI; the retention and protection of ESI; the format for producing ESI; the control numbering of ESI; file naming conventions; a clawback provision; and other appropriate provisions.

**New Orleans, Louisiana, this 23rd day of December, 2021.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:37)