UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**SHARON LEWIS,**                                                        **CIVIL ACTION**
    **Plaintiff**

**VERSUS**                                                                    **NO. 21-198-SM-RLB**

**LOUISIANA STATE UNIVERSITY**
**BOARD OF SUPERVISORS, ET AL**
    **Defendants**

### SHARON LEWIS REPLY MEMORANDUM TO ROBERT BARTON, VICK CROCHET AND SHELBY McKENZIE MEMORANDUM IN OPPOSTION TO PLAINTIFF'S RULE 59(e) MOTION TO ALTER OR AMEND JUDGMENT

Plaintiff Sharon Lewis respectfully submits this reply to Defendant Miriam Segar opposition (Doc. No. 173) to Lewis' Motion To Alter or Amend Judgment (Doc. No. 168).

Argument

The Court in its Order and Reasons (Doc. No. 165) found that Plaintiff's claims against Miriam Segar are not time barred that occurred on or before April 8 2017. Therefore, the Court found that plaintiff had stated a claim as to Plaintiff RICO claims against Segar that were not time barred.

                                                                  Respectfully submitted:

                                                                  */s/ Larry English*
                                                                  Larry English, LSB No. 22772
                                                                  LARRY ENGLISH, ATTORNEY AT LAW
                                                                  423 W. 127 Street, 7th Floor
                                                                  New York, New York 10027
                                                                  917-531-3909
                                                                  englishlaw2008@gmail.com

                                                                  */s/ Tammye C. Brown*
                                                                  Tammye C. Brown, LSB No. 29108
                                                                   CAMPBELL BROWN LAW & CONSULTING
                                                                   1220 E. Northside Drive, Suite 170-176
                                                                   Jackson, Mississippi 39211

601-703-8911
601-703-8999 (fax)
tbrown@campbellbrownlaw.com

*/s/ Bridget Brown*
Bridgett Brown, LSB No. 18815
BROWN & ASSOCIATES
418 DeSoto Street
Alexandria, Louisiana 71301
lawyer4u.bridgett@gmail.com

*Counsels for Plaintiff Sharon Lewis*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all counsel of record using the Court's CM/ECF system on January 10, 2022.

*/s/ Larry English*

2