UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

SHARON LEWIS,                                    CIVIL ACTION No: 3:21-CV-00198
    Plaintiff

VERSUS

LOUISIANA STATE UNIVERSITY
ET AL
    Defendants

MOTION TO SUBSTITUTE CORRECTED
DOCUMENT CM/ECF DOCUMENT # 179

COMES NOW, Plaintiff Sharon Lewis who files this Motion To Substitute Corrected Copy of CM/ECF Document # 179 for the following reasons:

1

Plaintiff moves the court to allow the attached Corrected Copy of Plaintiff's Reply Memorandum to Miriam Segar Memorandum in Opposition to Plaintiff's Motion to Alter or Amend Judgment CM/ECF Document 179 be filed into the record to correct the following errors:

  Correct Heading.

WHEREFORE PREMISES CONSIDERED, plaintiff respectfully requests that CM/ECF Document # 179 be struck from the record and be replaced by attached Reply Memorandum to Miriam Segar Memorandum in Opposition to Plaintiff's Motion to Alter or Amend Judgment.

This, the 11th day of January 2022.

                                          Respectfully submitted:

                                          */s/ Larry English*
                                          Larry English, LSB No. 22772
                                          LARRY ENGLISH, ATTORNEY AT LAW
                                          423 W. 127 Street, 7th Floor
                                          New York, New York 10027
                                          917-531-3909

        englishlaw2008@gmail.com

        */s/ Tammye C. Brown*
        Tammye C. Brown, LSB No. 29108
        CAMPBELL BROWN LAW & CONSULTING
        1220 E. Northside Drive, Suite 170-176
        Jackson, Mississippi 39211
        601-703-8911
        601-703-8999 (fax)
        tbrown@campbellbrownlaw.com

        */s/ Bridget Brown*
        Bridgett Brown, LSB No. 18815
        BROWN & ASSOCIATES
        418 DeSoto Street
        Alexandria, Louisiana 71301
        lawyer4u.bridgett@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all counsel of record using the Court's CM/ECF system on January 11, 2022.

        */s/ Larry English*

2