UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

SHARON LEWIS,                                                CIVIL ACTION
    Plaintiff

VERSUS                                                       NO. 21-198-SM-RLB

LOUISIANA STATE UNIVERSITY
BOARD OF SUPERVISORS, ET AL
    Defendants

### SHARON LEWIS REPLY MEMORANDUM TO MIRIAM SEAGAR IN OPPOSTION TO PLAINTIFF'S RULE 59(e ) MOTION TO ALTER OR AMEND JUDGMENT

Plaintiff Sharon Lewis respectfully submits this reply to Defendant Miriam Segar opposition (Doc. No. 173) to Lewis' Motion To Alter or Amend Judgment (Doc. No. 168).

Argument

The Court in its Order and Reasons (Doc. No. 165) found that Plaintiff's claims against Miriam Segar are not time barred that occurred on or before April 8 2017. Therefore, the Court found that plaintiff had stated a claim as to Plaintiff RICO claims against Segar that were not time barred.

Respectfully submitted:

/s/ Larry English
Larry English, LSB No. 22772
LARRY ENGLISH, ATTORNEY AT LAW
423 W. 127 Street, 7th Floor
New York, New York 10027
917-531-3909
englishlaw2008@gmail.com

/s/ Tammye C. Brown
Tammye C. Brown, LSB No. 29108
CAMPBELL BROWN LAW & CONSULTING
1220 E. Northside Drive, Suite 170-176
Jackson, Mississippi 39211
601-703-8911

1

601-703-8999 (fax)
tbrown@campbellbrownlaw.com

*/s/ Bridget Brown*
Bridgett Brown, LSB No. 18815
BROWN & ASSOCIATES
418 DeSoto Street
Alexandria, Louisiana 71301
lawyer4u.bridgett@gmail.com

*Counsels for Plaintiff Sharon Lewis*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served on all counsel of record using the Court's CM/ECF system on January 10, 2022.

*/s/ Larry English*

2