UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHARON LEWIS,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-198-SM-RLB** |
| **LOUISIANA STATE UNIVERSITY, ET AL.,**<br>    **Defendants** | |

**ORDER**

At the status conference held in this matter on December 20, 2021, the parties discussed case management procedures to be used in this case in light of the *Owens, et al. v. Louisiana State University, et al.* (Case No. 21-242) action, also pending in the Middle District of Louisiana and involving many of the same issues and parties as this case.[1]

The judges in both cases agreed the parties should meet and confer on the terms of a protective order, applicable to this case and to *Owens*, and prepare and file a proposed protective order in both cases, noting any unresolved disputes, on or before **Friday, January 14, 2022.**

The judges in both cases also agreed the parties should meet and confer on the form of an order to govern the production of electronically stored information ("ESI") in this case and in *Owens*, and to prepare and file in both cases on or before **Friday, January 14, 2022**, a proposed protocol for the production of ESI, in accordance with the applicable Federal Rules of Civil Procedure, noting any unresolved disputes. The proposed order should cover the collection of ESI; the retention and protection of ESI;

---

[1] R. Doc. 169.

1

the format for producing ESI; the control numbering of ESI; file naming conventions; a clawback provision; and other appropriate provisions.

Counsel for the Plaintiffs in the *Owens* action, with the consent of all defense counsel in both actions, have requested additional time to review the proposed protective order and the proposed protocol for the production of ESI.

**IT IS ORDERED** that counsel for the parties in this action and in *Owens* shall file a proposed protective order and a proposed protocol for the production of ESI, noting any unresolved disputes, **on or before Friday, January 21, 2022.**[2]

New Orleans, Louisiana, this 14th day of January, 2022.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[2] A copy of this order will be provided to all counsel in *Owens, et al. v. Louisiana State University, et al.* (Case No. 21-242).