UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHARON LEWIS,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-198-SM-RLB** |
| **LOUISIANA STATE UNIVERSITY, ET AL.,**<br>    **Defendants** | |

## ORDER

On January 14, 2022, Defendant Joseph Alleva filed a motion to dismiss[1] Plaintiff Sharon Lewis's first amended complaint.[2]

On December 2, 2021, the Court issued an Order and Reasons ordering that Plaintiff may seek leave to file a second amended complaint as follows:

> To add a claim for retaliation for her exercise of her First Amendment right to free speech under 42 U.S.C. § 1983 against Garrett Danos, Stanley Jacobs, Robert Yarborough, James Williams, Mary Leach Werner, Joseph Alleva, Miriam Segar, Verge Ausberry, and Scott Woodward, in their individual capacities, as set forth in paragraphs 124 to 134 of Plaintiff's proposed second amended complaint at R. Doc. 144-2; and
>
> To amend her civil RICO claims against William Shelby McKenzie, Vicki Crochet, Robert Barton, James Williams, Mary Leach Werner, Joseph Alleva, Miriam Segar, Verge Ausberry, and Scott Woodward, in their individual capacities, as generally set forth in paragraphs 135 to 328 of Plaintiff's proposed second amended complaint at R. Doc. 144-2.[3]

On December 17, 2021, Plaintiff filed a motion to alter or amend the Court's December 2, 2021 Order and Reasons.[4] On January 19, 2022, the Court denied Plaintiff's motion to alter or amend, and ordered that Plaintiff "may seek leave of Court on or before **Thursday, January 27, 2022** to file a second amended complaint."[5]

The Court's December 2, 2021 Order and Reasons further explained that "[i]f

---

[1] R. Doc. 184.
[2] R. Doc. 8.
[3] R. Doc. 165 at pp. 53–54.
[4] R. Doc. 168.
[5] R. Doc. 185 at p. 7.

Plaintiff timely requests leave to file her second amended complaint, the motions to dismiss filed by William Shelby McKenzie, Vicki Crochet, Robert Barton, James Williams, Mary Leach Werner, Miriam Segar, Verge Ausberry, and Scott Woodward, to the extent seeking dismissal of Plaintiff's civil RICO claims based on injuries discovered on or after April 8, 2017, will be denied as moot without prejudice."[6]

Defendant Joseph Alleva's motion to dismiss[7] Plaintiff's first amended complaint also will be rendered moot by the filing of a second amended complaint.

On the assumption Plaintiff will file a motion for leave to file a second amended complaint on or before Thursday, January 27, 2022, rendering Defendant Joseph Alleva's motion to dismiss moot, Plaintiff need not respond to Defendant Joseph Alleva's motion to dismiss Plaintiff's first amended complaint at this time.

**IT IS SO ORDERED.**

**New Orleans, Louisiana, this 21st day of January, 2022.**

*Susie Morgan*
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

---

[6] R. Doc. 165 at p. 54.
[7] R. Doc. 184.