UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHARON LEWIS** | **CIVIL ACTION NO. 3:21-cv-00198** |
| **VERSUS** | **JUDGE SUSIE MORGAN** |
| **LOUISIANA STATE UNIVERSITY, et. al.,** | **MAGISTRATE JUDGE RICHARD L. BOUREGOIS** |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER AND AGREED ESI ORDER**

     NOW INTO COURT, through undersigned counsel, comes defendant, Board of Supervisors for the Louisiana State University and A&M College (the "Board of Supervisors") who aver they have consulted with Plaintiff Sharon Lewis ("Plaintiff") and the co-defendants in this action. The parties have met and conferred in accordance with this Court's Order. Doc. 169. The parties have generally reached an agreement as to the provisions of the protective order and agreed ESI order which are attached herewith. The areas in which the parties have been unable to reach an agreement are noted in the footnotes as Plaintiff's objections with a reference to the language preferred by Plaintiff.

     WHEREFORE, the Board of Supervisors of Louisiana State University and A&M College respectfully requests that the Court enter the protective order and agreed ESI order.

1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
Shelton Dennis Blunt Bar Roll No. 21230
Susan W. Furr Bar Roll No. 19582
Karleen J. Green Bar Roll No. 25119
Molly McDiarmid Bar Roll No. 36426
Michael B. Victorian Bar Roll No.: 36065
II City Plaza | 400 Convention Street, Suite 1100
Baton Rouge, Louisiana 70802
Telephone: 225 346 0285
Facsimile: 225 381 9197
Email: dennis.blunt@phelps.com
Email: susie.furr@phelps.com
Email: karleen.green@phelps.com
Email: molly.mcdiarmid@phelps.com
Email: michael.victorian@phelps.com

ATTORNEYS FOR DEFENDANTS JAMES WILLIAMS, MARY LEACH WERNER, & BOARD OF SUPERVISORS FOR THE LOUISIANA STATE UNIVERSITY

2