# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHARON LEWIS,** | **CIVIL ACTION NO: 21-cv-00198** |
| Plaintiff, | |
| v. | **JUDGE: SUSIE MORGAN** |
| **LOUISIANA STATE UNIVERSITY; BOARD OF SUPERVISORS OF LOUISISANA STATE UNIVERSITY;** *et al.*, | **MAG. JUDGE: RICHARD L. BOURGEOIS JR.** |
| Defendants. | |

## DEFENDANT LES MILES' MOTION FOR RULE 11 SANCTIONS

NOW INTO COURT, through undersigned counsel, comes Defendant Leslie Edwin "Les" Miles, (hereinafter Miles) who respectfully moves this Honorable Court for Rule 11 Sanctions against Plaintiff, Sharon Lewis ("Plaintiff" or "Lewis",) and her counsel Tammye C. Brown, Bridgett Brown, and Larry English (hereinafter "Plaintiff's Counsel"), for violating Federal Rule of Civil Procedure 11, all for the reasons set forth in his Memorandum in Support of Motion for Rule 11 Sanctions being filed contemporaneously herewith.

Respectfully submitted,

| | |
|---|---|
| */s/ J. Christopher Zainey, Jr.* | */s/ Peter R. Ginsberg* |
| J. Christopher Zainey, Jr. (#32022) | Peter R. Ginsberg |
| The Lambert Firm, PLC | Moskowitz and Book, LLP |
| 701 Magazine St. | 345 Seventh Avenue |
| New Orleans, LA 70130 | New York, NY 10001 |
| Email: czainey@thelambertfirm.com | Email: pginsberg@mb-llp.com |
| Phone: 504-581-1750 | Phone: 212-221-7999 |
| *Attorneys for Defendant Leslie Edwin "Les" Miles* | |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of January, 2022, a copy of the foregoing pleading was served upon all counsel of record by electronic transmission via the Court's CM/ECF system.

*s/ J. Christopher Zainey, Jr.*
**J. CHRISTOPHER ZAINEY, JR.**