UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

SHARON LEWIS,                                                         CIVIL ACTION
    Plaintiff

VERSUS                                                                NO. 21-198-SM-RLB

LOUISIANA STATE UNIVERSITY, ET AL.,
    Defendants

## ORDER

On January 26, 2022, Plaintiff Sharon Lewis ("Plaintiff") filed a Motion for Leave to file her Second Amended Complaint and First Amended RICO Case Statement.[1]

**IT IS ORDERED** that Defendants may file memorandums in opposition to Plaintiff's Motion for Leave[2] on or before **Wednesday, February 2, 2022.**

**IT IS FURTHER ORDERED** that Plaintiff may file a reply memorandum in support of her Motion for Leave[3] on or before **Friday, February 4, 2022.**

**New Orleans, Louisiana, this 26th day of January, 2022.**

                                          _____
                                          **SUSIE MORGAN**
                                          **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 190.
[2] *Id.*
[3] *Id.*