MINUTE ENTRY
MORGAN, J.
February 25, 2022

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHARON LEWIS,<br>  Plaintiff | CIVIL ACTION |
| VERSUS | NO. 21-198-SM-RLB |
| LOUISIANA STATE UNIVERSITY, ET AL.,<br>  Defendants | |

### MINUTE ENTRY

A video status conference was held on February 25, 2022, at 9:00 a.m., in the chambers of Judge Susie Morgan.

    Present:    Larry English and Albert Van-Lare, counsel for Plaintiff, Sharon Lewis;

    Susan Furr and Molly McDiarmid, and Shelton Blunt, counsel for Defendants, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College ("the Board"), James Williams, and Mary Leach Werner;

    Jimmy Faircloth, for Defendants, Garrett "Hank" Danos, Robert "Bobby" Yarborough, and Stanley Jacobs;

    Robin Sylvester, counsel for Defendant, William Jenkins;

    Joseph Cullens and Brandon Black, counsel for Defendants, William Shelby McKenzie, Vicki Crochet, and Robert "Bob" Barton;

    Christopher Zainey and Peter Ginsberg, counsel for Defendant, Leslie Edwin "Les" Miles;

    Seth Lawrence, counsel for Defendant, Joseph "Joe" Alleva;

>Camille Bryant, counsel for Defendant, Scott Woodward;
>
>Darren Patin, counsel for Defendant, Verge Ausberry; and
>
>John Walsh and Mary White, counsel for Defendant, Miriam Segar.

The parties discussed Plaintiff's motion for leave[1] to file a second amended complaint and first amended RICO case statement and whether the proposed amended pleadings[2] comply with the Court's December 2, 2021 Order and Reasons[3] and with the Court's January 19, 2022 Order and Reasons.[4] The Court informed Plaintiff's counsel that the proposed second amended complaint and proposed first amended RICO case statement do not comply with the Court's previous orders.[5] The Court instructed Plaintiff to correct her proposed second amended complaint as follows:

- To amend the caption so that the caption thereon matches the captions contained on this Court's orders;

- To remove paragraphs 3 and 4 in order to remove James Williams and March Leach Werner as named defendants, in light of their dismissal with prejudice from the case;[6]

- To delete the reference to a "hostile working environment" in paragraph 95, as the Court has previously ruled Plaintiff cannot state a claim for a hostile environment under Title IX;[7]

- To delete Williams, Werner, and Milles from the list of Defendants under "COUNT II" on page 20, as these individuals have been dismissed as RICO defendants;[8]

---

[1] R. Doc. 190.
[2] R. Docs. 190-3 and 190-11.
[3] *See* R. Doc. 165.
[4] R. Doc. 185.
[5] Accordingly, Plaintiff's motion for leave to file a second amended complaint and first amended RICO case statement (R. Doc. 190) is **HEREBY DENIED.**
[6] *See* R. Doc. 210.
[7] *See* R. Doc. 165.
[8] *See id. See also* R. Doc. 210.

- To clarify paragraphs 301 and 302 to reflect that Plaintiff is no longer a defendant in *Owens, et al. v. Louisiana State University, et al.* (Case No. 21-242) action, also pending in the Middle District of Louisiana; and

- To remove the claim for damages under 42 U.S.C. § 1981 on page 69 under the section titled "Plaintiff's Plea for Damages and Remedies," as the Court has previously dismissed Plaintiff's claim under 42 U.S.C. § 1981 with prejudice.[9]

In addition, the Court instructed Plaintiff to correct her proposed first amended RICO case statement by removing Mary Leach Werner and James Williams from the list of named defendants in section 2, on page 2.

Plaintiff requested leave to amend her complaint to add a claim against the Board under title VII. The Board does not object to this request. Upon motion, the Court will permit Plaintiff leave to add this claim to her proposed second amended complaint.

On or before **Friday, March 4, 2022**, Plaintiff shall file a motion for leave to file a second amended complaint and RICO case statement, incorporating the corrections, clarifications, and additions discussed during the status conference and outlined above.

**New Orleans, Louisiana, this 25th day of February, 2022.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:49)

---

[9] *See* R. Doc. 165.

3