UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHARON LEWIS** <br>   vs. <br> **LOUISIANA STATE UNIVERSITY, ET AL** | **CIVIL ACTION NO. 3:21-cv-00198** <br><br> **JUDGE MORGAN** <br><br> **MAG. JUDGE BOURGEOIS** |

## MOTION FOR DECONSOLIDATION
## FILED BY THE TP DEFENDANTS

Defendants W. Shelby McKenzie, Vicki M. Crochet, and Robert W. Barton, all partners or former partners in the law firm of Taylor Porter Brooks & Phillips, LLP ("Taylor Porter") (hereinafter, collectively, the "TP Defendants"), file this Motion to Deconsolidate the *Owens* and *Lewis* cases.

1. Undersigned counsel contacted the parties in the *Owens* case, and all parties in the *Owens* case consent to deconsolidation. With respect to the *Lewis* case, all parties consent to deconsolidation, except Plaintiff Lewis. Lewis opposes deconsolidation.

2. On December 20, 2021, the Court issued a Minute Entry stating, in summary, because the *Lewis* case and the case captioned *Owens, et al v. Louisiana State University, et al*, Case No. 21-242, also pending in the United States District Court for the Middle District of Louisiana [the ("*Owens* case)"] "involve many of the same issues and parties as this [*Lewis*] case," the "judges presiding in both cases agree the parties should use identical BATES stamp numbers for all documents produced in this action and in *Owens*." ECF 169, p. 2. In addition, the Court stated "[t]he judges in both cases also agree that depositions taken in either action may be used in both actions, unless the judge in either action orders otherwise after a motion filed and a showing of good cause." ECF 169, p. 2.

3. Before the Minute Entry was issued, there were some similarities between the *Lewis* case and the *Owens* case. However, over time, the pleadings in both cases have been amended, parties dismissed, claims dismissed, and claims refined, such that, now, the two cases are much more dissimilar than similar.

4. In addition, the *Owens* case has a discovery cutoff of July 11, 2022 and a trial date of September 25, 2022, but in the *Lewis* case, there is currently no operative complaint and no case management order. As such, the cases are not on the same stage of preparation for trial.

5. Further, on February 8, 2022, Lewis filed a Notice of Appeal appealing the dismissal of the RICO claims against Defendants Miles, Danos, Yarborough, Jacobs, and Jenkins. ECF 199. The interlocutory judgment dismissing the listed defendants on the grounds that the RICO claims are time-barred is not appealable under 28 U.S.C. §1292, and the appeal should be dismissed. However, to date, the appeal has not yet been dismissed, and the Court lacks jurisdiction over these defendants.[1] Again, the *Owens* case and the *Lewis* case are in different procedural postures, are not in the same stage of preparation for trial, and should be deconsolidated.

6. Moreover, the legal issues and the factual issues in the two cases are more uncommon than common. Of the 17 parties in the *Lewis* case, only 3 of the parties are named in the *Owens* case and the allegations with respect to those parties involve very different claims and mostly different allegations. All 3 of these parties support deconsolidation. Finally, because most of the discovery is dissimilar, consolidating the cases for discovery purposes exposes the parties to judicial inefficiencies and unnecessary costs.

---

[1] *Libersat v. Sundance Energy, Inc.,* 2020 U.S. Dist. LEXIS 141902, at *5-6 (W.D. La. 8/7/20) (citing *Griggs v. Provident Consumer Discount Co.,* 459 U.S. 56, 58 (1982)). *See also, Henry's Marine Serv. v. Fireman's Fund Ins. Co.,* 2004 U.S. Dist. LEXIS 16446, at *6 (E.D. La. 8/18/04).

WHEREFORE, for these reasons and the reasons set forth in the attached Memorandum in Support, which is incorporated herein by reference, the TP Defendants pray that the *Owens* case and the *Lewis* case be deconsolidated for all purposes, including discovery purposes.

| | |
|---|---|
| **WALTERS, PAPILLION, THOMAS, CULLENS, LLC** | **JONES WALKER LLP** |
| | */s/ Brandon K Black* |
| */s/ J. E. Cullens, Jr.* | BRANDON K. BLACK (La. #24298) |
| J. E, CULLENS, JR. (La. #23011) | PAULINE F. HARDIN (La. #6542) |
| DARREL PAPILLION (La. #23243) | AVERY PARDEE (La. #31280) |
| RENEE C. CRASTO (La. #31657) | JOHN GUENARD (La. #36483) |
| 12345 Perkins Road, Bldg. 1 | 445 North Blvd., Suite 800 Baton Rouge, |
| Baton Rouge, LA 70810 | Louisiana 70802 |
| Tel: 225.236.3636 | Tel: (225) 248-2128 |
| Fax: 225.236.3650 | Fax: (225) 248-3128 |
| cullens@lawbr.net | bblack@joneswalker.com |
| papillion@lawbr.net | phardin@joneswalker.com |
| crasto@lawbr.net | apardee@joneswalker.com |
| | jguenard@joneswalker.com |

*Counsel for Defendants W. Shelby McKenzie, Vicki M. Crochet, and Robert W. Barton*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all counsel of record using the Court's CM/ECF system, and on co-defendants who have not yet appears by U.S. Mail, this 28th day of February, 2022.

*/s/ Brandon K. Black*

{B1377453.1}   3