**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**SHARON LEWIS,**                                                              **CIVIL ACTION**
        **Plaintiff**

**VERSUS**                                                                          **NO. 21-198-SM-RLB**

**LOUISIANA STATE UNIVERSITY**
**BOARD OF SUPERVISORS, ET AL**
        **Defendants**

**MOTION TO LEAVE TO FILE**
**SECOND AMENDED COMPLAINT AND**
**FIRST AMENDED RICO CASE STATEMENT**

NOW INTO COURT, comes Plaintiff Sharon Lewis, through undersigned counsel, files this motion for leave, respectfully requesting that this court grant her leave to file Second Amended Complaint and First Amended RICO Case Statement attached herein. The reason for this motion are set forth in the Memorandum of Support filed contemporaneously.

1.

This Motion To Leave is in response to the Court's Order and Reason issued on December 2, 2021(Doc. No. 165).

WHEREFORE PREMISES CONSIDERED, Plaintiff Sharon Lewis pray that this court grant the foregoing Motion granting her Motion To Leave to file Second Amended Complaint and First Amened RICO Case Statement.

Respectfully submitted:

*/s/ Larry English*
Larry English, LSB No. 22772
LARRY ENGLISH, ATTORNEY AT LAW
423 W. 127 Street, 7th Floor
New York, New York 10027
917-531-3909
englishlaw2008@gmail.com

/s/ *Albert Van-Lare*
Albert Van-Lare NYSB No. 3974169
125 Maiden Lane, Suite 510
New York, New York 10038
vanlareesq@aol.com
(212) 608-1400


*Counsels for Plaintiff Sharon Lewis*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all counsel of record using the Court's CM/ECF system on March 3, 2022.


*/s/ Larry English*

2