MIDDLE DISTRICT OF LOUISIANA

**SHARON LEWIS,**  **CIVIL ACTION**
   **Plaintiff**

**VERSUS**  **NO. 21-198-SM-RLB**

**LOUISIANA STATE UNIVERSITY, ET AL.,**
   **Defendants**

ORDER

Considering the foregoing Motion to Leave To File Second Amended Complaint and First Amended RICO Case Statement.

IT IS ORDERED that Plaintiff Sharon Lewis Motion to Leave To File Second Amended Complaint and First Amended RICO Case Statement is hereby granted.

IT IS SO ORDERED

New Orleans, Louisiana this _____ of_____2022.

_____
HONORABLE SUSIE MORGAN
UNITED STATES DISTRICT JUDGE