# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**SHARON LEWIS,**
    **Plaintiff**

**VERSUS**

**LOUISIANA STATE UNIVERSITY, ET AL.,**
    **Defendants**

**CIVIL ACTION**

**NO. 21-198-SM-RLB**

## ORDER

On December 2, 2021, the Court issued an Order and Reasons ordering that Plaintiff may seek leave to file a second amended complaint as follows:

> To amend her civil RICO claims against William Shelby McKenzie, Vicki Crochet, Robert Barton, James Williams, Mary Leach Werner, Joseph Alleva, Miriam Segar, Verge Ausberry, and Scott Woodward, in their individual capacities, as generally set forth in paragraphs 135 to 328 of Plaintiff's proposed second amended complaint at R. Doc. 144-2.[1]

The Court's December 2, 2021 Order and Reasons further explained that "[i]f Plaintiff timely requests leave to file her second amended complaint, the motions to dismiss filed by William Shelby McKenzie, Vicki Crochet, Robert Barton, James Williams, Mary Leach Werner, Miriam Segar, Verge Ausberry, and Scott Woodward, to the extent seeking dismissal of Plaintiff's civil RICO claims based on injuries discovered on or after April 8, 2017, will be denied as moot without prejudice."[2]

On January 14, 2022, Defendant Joseph Alleva filed a motion to dismiss[3] Plaintiff's first amended complaint.[4] On January 21, 2022, the Court entered an order acknowledging that Defendant Joseph Alleva's motion to dismiss Plaintiff's first amended complaint "will be rendered moot by the filing of a second amended complaint,"[5] and ordering that, on the assumption Plaintiff will file a motion for leave to file a second

---

[1] R. Doc. 165 at pp. 53–54.
[2] R. Doc. 165 at p. 54.
[3] R. Doc. 184.
[4] R. Doc. 8.
[5] R. Doc. 186.

amended complaint, "Plaintiff need not respond to Defendant Joseph Alleva's motion to dismiss Plaintiff's first amended complaint at this time."[6]

On March 3, 2022, Plaintiff filed a motion for leave to file a second amended complaint,[7] and the Court granted the motion.[8] Plaintiff's second amended complaint was filed into the record on March 4, 2022.[9]

Accordingly;

**IT IS ORDERED** that the motions to dismiss Plaintiff's first amended complaint, filed by William Shelby McKenzie, Vicki Crochet, Robert Barton,[10] James Williams, Mary Leach Werner,[11] Miriam Segar,[12] Verge Ausberry,[13] Scott Woodward,[14] and Joseph Alleva[15] are hereby **DENIED AS MOOT WITHOUT PREJUDICE.**[16]

**New Orleans, Louisiana, this 12th day of May, 2022.**

                                             *Susie Morgan*
                                    **SUSIE MORGAN**
                        **UNITED STATES DISTRICT JUDGE**

---

[6] *Id.*
[7] R. Doc. 217.
[8] R. Doc. 218.
[9] R. Doc. 219.
[10] R. Doc. 60.
[11] R. Doc. 71. On February 24, 2022, Plaintiff filed a motion for voluntary dismissal, with prejudice, of her claims against James Williams and Mary Leach Werner. R. Doc. 209. On February 25, 2022, the Court granted Plaintiff's motion, thereby dismissing all claims against James Williams and Mary Leach Werner, with prejudice. R. Doc. 215.
[12] R. Doc. 66.
[13] R. Doc. 81.
[14] R. Doc. 98.
[15] R. Doc. 184.
[16] This order shall in no way be construed as a ruling on the pending motions to dismiss Plaintiff's second amended complaint, at R. Docs. 224, 225, 226, 227, 228, and 229.