MINUTE ENTRY
MORGAN, J.
December 12, 2022

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHARON LEWIS,** **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-198-SM-RLB** |
| **LOUISIANA STATE UNIVERSITY, ET AL.,** **Defendants** | |

## MINUTE ENTRY

A video status conference was held on December 12, 2022, at 12:00 p.m., in the chambers of Judge Susie Morgan.

    Present:    Larry English, counsel for Plaintiff, Sharon Lewis;

                    Susan Furr, counsel for Defendants, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College ("the Board");

                      Barbara Melton, for Defendants, Garrett "Hank" Danos, Robert "Bobby" Yarborough, and Stanley Jacobs;

                      Joseph Cullens and Brandon Black, counsel for Defendants, William Shelby McKenzie, Vicki Crochet, and Robert "Bob" Barton;

                      Peter Ginsberg, counsel for Defendant, Leslie Edwin "Les" Miles;

                      Brooke Barnett-Bernal and Seth Lawrence, counsel for Defendant, Joseph "Joe" Alleva;

Camille Bryant and Magdalen Bickford, counsel for Defendant, Scott Woodward;

Darren Patin, counsel for Defendant, Verge Ausberry; and

John Walsh and Mary White, counsel for Defendant, Miriam Segar.

The parties discussed the Board's pending Motion for Protective Order.[1]

Accordingly;

**IT IS ORDERED** that the Plaintiff's Motion for Leave to File a Second Supplemental Memorandum in Opposition to the Board's Motion for Protective Order is **GRANTED**.[2]

**IT IS FURTHER ORDERED** that Board may file a sur-reply in support of its Motion for Protective Order by no later than **Monday, December 19, 2022**.

**New Orleans, Louisiana, this 12th day of December, 2022.**

*Susie Morgan*
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

JS10 (0:50)

---

[1] R. Doc. 289.
[2] R. Doc. 306.