UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**SHARON LEWIS,**
    **Plaintiff**

**CIVIL ACTION**

**VERSUS**

**NO. 21-198-SM-RLB**

**LOUISIANA STATE UNIVERSITY, ET AL.,**
    **Defendants**

## ORDER

Considering the foregoing Motion for Protective Order;[1]

**IT IS ORDERED** that the Board produce the cited Taylor Porter billing records in an unredacted form for this Court's in-camera review by **Friday, February 24, 2023**.[2]

**IT IS FURTHER ORDERED** that the Board e-mail its privilege log created to comply with this Court's November 15, 2022 Minute Entry[3] to efile-Morgan@laed.uscourts.gov by no later than **Friday, February 24, 2023**.

**New Orleans, Louisiana, this 22nd day of February, 2023.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 289.
[2] R. Doc. 302-3; R. Doc. 302-4; R. Doc. 302-5.
[3] R. Doc. 297 at p. 1 (ordering the Board to "submit to Plaintiff a privilege log for any documents not produced in response to Plaintiff's 67th and 70th requests for production" and requiring the Board to produce any document not listed on the privilege log).

1