UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

SHARON LEWIS                                                Civil Action No: 21-198-BAJ-RLB

Plaintiff

V.                                                          JUDGE SUSIE MORGAN

BOARD OF SUPERVISORS OF LOUISIANA          MAGISTRATE JUDGE RICHARD
STATE UNIVERSITY ET. AL.                   L. BOURGEOIS

Defendant

PLAINTIFF'S RULE 54(b) MOTION TO AMEND
THE MARCH 14, 2023 ORDER AND REASONS
TO INCLUDE THE CRIME-FRAUD EXCEPTION APPLIES
TO THE AUGUST 29, 2013 MILES DIRECTIVE LETTER

NOW INTO COURT comes Plaintiff Sharon Lewis who moves the Court for the reasons more fully stated in her Memorandum in Support to grant her Federal Rule 54(b) Motion to Amend its March 14, 2023 Order and Reasons (R.Doc. 316) to apply the crime fraud exception to (1) communications between LSU and its attorneys discussing concealing the August 29, 2013 Miles Directive Letter (MDL) in 2013 and 2021; and (2) all the underlying documents that supported the concealment of the MDL in 2013 and 2021.

Respectfully submitted:

*/s/ Larry English*
Larry English, LSB No. 22772
LARRY ENGLISH, ATTORNEY AT LAW
423 W. 127 Street, 7th Floor
New York, New York 10027
917-531-3909
englishlaw2008@gmail.com

1

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served on all counsel of record using the Court's CM/ECF system on March 27, 2023.

*/s/ Larry English*