EAST BATON ROUGE PARISH
C-703746
Filed Feb 04, 2021 11:44 AM
26
Deputy Clerk of Court
E-File Received Feb 04, 2021 10:02 AM

**19ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

NO. C-703746                                                    DIVISION: 26

**KENNY JACOBY**

**v.**

**THOMAS GALLIGAN, ET AL**

FILED: _____                    _____
                                                                                    **DEPUTY CLERK**

**<u>PETITION FOR INTERVENTION</u>**

**NOW INTO COURT**, through undersigned counsel, comes Intervenor, Les Miles, in support of his Petition for Intervention, and states as follows:

1.

Intervenor Les Miles has a justiciable interest in the instant action, and his interest is so related or connected to the facts and/or object of the principal action that a judgement on the principal action will have a direct impact on his rights.

2.

Petitioner Kenny Jacoby ("Petitioner") has petitioned for a Writ of Mandamus to compel Thomas Galligan, in his official capacity as custodian of records for Louisiana State University ("LSU" or "Defendant/Respondent") to produce records under the Louisiana Public Records Law.

3.

Intervenor is the subject of the records demanded. The records in question are a copy of an investigation report prepared on behalf of LSU by the law firm Taylor Porter. These records are comprised of personal and private information relating to Intervenor. Disclosure of these records would violate his right of privacy granted by the Louisiana Constitution. The right of privacy protects interests such as an "individual's right to be free from unreasonable intrusion into his seclusion or solitude, or into his private affairs." *Parish Nat. Bank v. Lane*, 397 So.2d 1282, 1286 (La.1981).

4.

The records requested are of a highly personal nature. Intervenor has a reasonable expectation of privacy in these records, and this expectation of privacy is one which society at

large would recognize as reasonable.  The records have little relevance to a legitimate subject of public interest.  The internal investigation, upon information and belief, exonerated Intervenor of any wrongdoing, his employer at the time, LSU, found no basis to discipline or sanction Intervenor following its extensive investigation, and, for wholly unrelated reasons, Intervenor no longer is the coach at LSU.

5.

Intervenor's rights may vary from Defendant/Respondent's interests.  As a result, Intervenor must intervene in order to assure that his own rights are protected.

6.

Intervenor has a justiciable interest in the instant action, this interest is adverse to the Petitioner's demands, and he is thus entitled to intervene against the Petitioner's demands.

7.

Peter R. Ginsberg, as attorney for Intervenor, has filed an Application for Pro Hac Vice Admission with the Louisiana Attorney Disciplinary Board and has local co-counsel, the undersigned, to sponsor him in a Motion for Pro Hac Vice Admission.

**WHEREFORE, Intervenor Les Miles respectfully prays that:**

1. Intervenor be permitted to intervene in these proceedings;

2. That a copy of the Petition for Intervention be served upon Petitioner, Kenny Jacoby, and Defendant/Respondent Thomas Galligan, and they each be duly cited to appear and answer this Petition of Intervention.

3. The Court deny the relief as prayed for by the Petitioner and deny release of the records sought; and

4. The Court grant such other relief as is just and proper.

Respectfully Submitted,

_____
J. CHRISTOPHER ZAINEY, JR. (#32022)
The Lambert Firm, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
czainey@thelambertfirm.com

AND

2

Peter R. Ginsberg, Bar No. 1831221
MICHELMAN & ROBINSON, LLP
(*Pro Hac Vice* Application Pending)
800 Third Avenue, 24th Floor
New York, NY 10022
Telephone: (212) 730-7700
Facsimile: (212) 730-7725
pginsberg@mrllp.com
*Attorneys for Les Miles*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record via U.S. Mail, facsimile and/or email on this 4th day of February, 2021.

**J. CHRISTOPHER ZAINEY, JR.**

3