UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


ABBY OWENS, ET AL



                  - against -


BOARD OF SUPERVISORS OF LOUISIANA STATE

UNIVERSITY AND AGRICULTURAL AND

MECHANICAL COLLEGE, ET AL



                    March 16, 2023

                    11:10 o'clock a.m.


        DEPOSITION OF SCOTT WOODWARD, taken by
Plaintiffs, pursuant to Notice, held remotely
before JOAN OCCHIOGROSSO, a Stenotype Reporter and
Notary Public within and for the State of New
York.

(1)   **A P P E A R A N C E S :**
(2)
(3)

     ALBERT VAN-LARE, ESQ.
(4)        Attorney for Sharon Lewis
           125 Maiden Lane
(5)        New York, New York  10038
(6)    BY: ALBERT VAN-LARE, ESQ.
(7)

     LARRY ENGLISH, ESQ.
(8)        Attorney for Sharon Lewis
           835 Prospect Street
(9)        Shreveport, Louisiana 71104
           Email:  Englishlaw2008@gmail.com
(10)

     BY: LARRY ENGLISH, ESQ.
(11)       Email:  Email:  Englishlaw2008@gmail.com
(12)

     PHELPS DUNBAR, LLP
(13)       Attorney for Board of Supervisors of
           Louisiana State University
(14)       400 Convention Street
           Baton Rouge, Louisiana 70802
(15)

     BY: SUSAN FURR, ESQ.
(16)       Email:  Furrs@phelps.com
(17)

(18)  MC GLINCHEY STAFFORD, PLLC
           Attorney for Scott Woodward
(19)       601 Poydras Street
           New Orleans, Louisiana 70130
(20)

     BY: CAMILLE BRYANT, ESQ.
(21)       Email:  Cbryant@mcglinchey.com
(22)
(23)
(24)
(25)

```
(1)    TEMPERANCE LEGAL GROUP
(2)           Attorney for Abby Owens
(3)           503 Mall Court
(4)           Lansing, Michigan 48912
(5)

        BY: KAREN TRUSZKOWSKI, ESQ.
(6)           Email:  Karen@temperancelegalgroup.com
(7)

(8)    FAIRCLOTH MELTON SOBEL & BASH, LLC
              Attorneys for Stanley Jacobs,
(9)           Hank Danos and Bobby Yarborough
              105 Yorktown Drive
(10)          Alexandria, Virginia 71301
(11)    BY: BARBARA MELTON, ESQ.
              Email:  Bmelton@fairclothlaw.com
(12)

(13)

(14)

        ALSO PRESENT:  Magdalen Bickford, Esq.
(15)                   Rudy Aguilar, Esq.
                       Molly McDiarmid, Esq.
(16)                   Elizabeth Abonour, Esq.
                       Sharon Lewis
(17)

(18)

(19)

(20)

(21)

(22)

(23)

(24)

(25)
```

(1)

(2)

(3)

(4)                    STIPULATIONS

(5)

(6)        IT IS HEREBY STIPULATED AND AGREED by and

(7)    between the attorneys for the respective parties

(8)    hereto, that signing, sealing and certification be

(9)    and the same are hereby waived.

(10)       IT IS FURTHER STIPULATED AND AGREED that all

(11)   objections, except as to the form of the question,

(12)   shall be reserved to the time of the trial.

(13)       IT IS FURTHER STIPULATED AND AGREED that the

(14)   within examination(s) may be subscribed and sworn

(15)   to before any Notary Public with the same force

(16)   and effect as though subscribed and sworn to

(17)   before this Court.

(18)

(19)

(20)                    oOo

(21)

(22)

(23)

(24)

(25)

(1)

(2)

(3)          IT IS HEREBY STIPULATED AND AGREED by and

(4)     between counsel for all parties present that

(5)     pursuant to C.P.L.R. section 3113(d) this

(6)     deposition is being conducted by video conference,

(7)     that the court reporter, all counsel, and the

(8)     witness are all in separate remote locations and

(9)     participating via video conference

(10)    (LegalView/Zoom) meeting under the control of

(11)    Lexitas Court Reporting Service, that the officer

(12)    administering the oath to the witness need not be

(13)    in the place of the deposition and the witness

(14)    shall be sworn in remotely by the court reporter

(15)    after confirming the witness' identity, that this

(16)    video conference will not be recorded in any

(17)    manner and that any recording without the express

(18)    written consent of all parties shall be considered

(19)    unauthorized in violation of the law, and shall

(20)    not be used for any purpose in the litigation or

(21)    otherwise.

(22)          IT IS FURTHER STIPULATED that exhibits may

(23)    be marked by the attorney presenting the exhibit

(24)    to the witness, and that a copy of any exhibit

(25)    presented to the witness shall be emailed to or

(1)    otherwise in possession of all counsel prior to

(2)

(3)    any questioning of a witness regarding the exhibit

(4)    in question.  All parties shall bear their own

(5)    costs in the conduct of this deposition by video

(6)    conference, notwithstanding the obligation by

(7)    C.P.L.R. to supply a copy of the transcript to the

(8)    deposed party by the taking party in civil

(9)    litigation matters.

(10)                       o0o

(11)

(12)

(13)

(14)

(15)

(16)

(17)

(18)

(19)

(20)

(21)

(22)

(23)

(24)

(25)

```
(1)                        Woodward
(2)    S C O T T    W O O D W A R D,
(3)    after first having been duly sworn by JOAN
(4)    OCCHIOGROSSO, a Stenotype Reporter and Notary
(5)    Public in and for the State of New York, was
(6)    examined and testified as follows:
(7)    EXAMINATION BY
(8)    MR. ENGLISH:
(9)        Q       What is your name?
(10)       A       Scott Woodward.
(11)       Q       What is your business address?
(12)       A       3810 West Lake Shore, Baton Rouge,
(13)   Louisiana 70808.
(14)       Q       Good morning.  My name is Larry English.
(15)   I'm looking ahead of me, my name is Larry English.
(16)   I represent Sharon Lewis, the plaintiff in this
(17)   case.
(18)               I'm assuming you have taken a deposition
(19)   before?
(20)       A       Yes, sir.
(21)       Q       I'm just going to restate a few things.
(22)               I'm a Louisiana boy, I'm from Chalmette,
(23)   Louisiana.  I speak with a thick north Louisiana
(24)   accent.  If you don't understand me please say you
(25)   don't understand me and we will restate.
```

(1)                        Woodward

(2)            Also, you're old enough to know Perry

(3)    Mason, this is not Perry Mason.  I don't expect

(4)    you to cry and scream and say this is not

(5)    necessary.  This is just a deposition.

(6)            We are asking questions about what your

(7)    truth is, how you see the facts.  I'm not to talk

(8)    over you, you are to answer my question, and you

(9)    are to be allowed to answer your questions.

(10)            If I interrupt you your lawyer is going

(11)    to stop me.  Feel free to stop me also because I'm

(12)    not supposed to interrupt you and you are supposed

(13)    to be able to answer every question you want to

(14)    answer.

(15)            Okay?

(16)            I do not anticipate this is going to be

(17)    a long deposition so we won't be here all day.  We

(18)    did a lot of discovery in this case and I only

(19)    want to take you through issues that I think are

(20)    relevant to you and to any issues that you have to

(21)    testify to.

(22)            Your lawyer will be making objections.

(23)    As you know, when she makes an objection we need

(24)    to stop and let her put her objection on the

(25)    record so the record is clear and we can make sure

(1)                          Woodward

(2)   the record is straight.

(3)              That's all I have and if you're ready to

(4)   go, I'm ready.  I'm sitting in Shreveport,

(5)   Louisiana and my internet is flaky today, I may

(6)   fade out.  If I fade out I promise you I'll be

(7)   back in again.

(8)              State your full name for the record,

(9)   please.

(10)     **A       Scott Woodward.**

(11)     Q       What's your present position at LSU?

(12)     **A       I'm director of athletics.**

(13)     Q       I'll ask you about your work history,

(14)   but I'm only interested in your work history in

(15)   athletics, okay?

(16)              So just take us through quickly, what

(17)   was your work experience working in athletics?

(18)     **A       Okay, started in 2000 in higher**

(19)   **education and part of my duties were to be kind of**

(20)   **a liaison in athletics at LSU from 2000, 2005.**

(21)              **From 2005 to about 2009 University of**

(22)   **Washington, I was in the same role.  2008 or nine**

(23)   **I became -- I became interim athletic director at**

(24)   **University of Washington and then I assume from**

(25)   **nine to whenever I went to Texas A&M, I assume was**

(1)                    **Woodward**

(2)    **fifteen or sixteen, became athletic director at**

(3)    **Texas A&M and then 2019 I became athletic director**

(4)    **at LSU.**

(5)    Q        I want to talk with you about your

(6)    hiring at LSU.  I'll take you to Exhibit 1.

(7)    Exhibit 1 is the Chronicle of Higher Education

(8)    article.

(9)                         (Whereupon, the item referred

(10)                    to above, Chronicle of Higher

(11)                    Education, was marked as Exhibit 1,

(12)                    for identification, as of this

(13)                    date.)

(14)                         (Whereupon, the items referred

(15)                    to above, assorted documents, were

(16)                    marked as Exhibits 2-7, for

(17)                    identification, as of this date.)

(18)    Q        Do you have that in front of you?

(19)    **A        I do.**

(20)    Q        We don't need to put it up then.

(21)             Have you read that article?

(22)    **A        I have not.**

(23)    Q        You have not read that article?

(24)    **A        No.**

(25)    Q        Alright.

(1)                          Woodward

(2)          So, in this article Alexander recounts

(3)    your hiring at LSU.  I'll stop right now.

(4)          Were you able to read the article before

(5)    this morning?  When your counsel printed it out

(6)    were you able to read it?

(7)    **A        I was not.**

(8)    Q        That's fine.

(9)          This article says Alexander -- this

(10)   article says that F. King Alexander said he was

(11)   called to Juban's Restaurant.

(12)         Are you familiar?

(13)   **A        Yes.**

(14)   Q        He was called to the back room, in the

(15)   back room was James Williams, Mary Leach Werner,

(16)   and two other board members.  Those board members

(17)   directed him to fire Joe Alleva.

(18)              **MS. BRYANT:   I object to the**

(19)              **form of the question.**

(20)              **MR. ENGLISH:  I haven't asked**

(21)              **the question yet, but I'm going to,**

(22)              **I'll ask you a question in a**

(23)              **second.**

(24)              **THE WITNESS:  You froze out.**

(25)              **MR. ENGLISH:   Everyone hear**

(1)                          **Woodward**

(2)                **me?**

(3)                          **THE WITNESS:  Yes.**

(4)     Q        This is going to be difficult but it is

(5)   what it is.

(6)             According to Mr. Alexander he was

(7)   directed to fire Joe Alleva and hire you.

(8)             Were you aware of this meeting?

(9)                          **MS. BRYANT:   Objection to**

(10)               **form.**

(11)    **A        No.**

(12)    Q        You had no discussions with any LSU

(13)  board supervisors, members before April 16th, 2019

(14)  about you being hired at LSU?

(15)                          **MS. BRYANT:   Objection to**

(16)               **form.**

(17)    Q        You can answer.

(18)    **A        Yes, I had discussions with board**

(19)  **supervisors, members previous to April 16th.**

(20)    Q        Did you have any discussions with F.

(21)  King Alexander previous to April 16th, 2019 about

(22)  you being hired at LSU as the athletics director?

(23)    **A        No.**

(24)    Q        The people who approved your hiring was

(25)  the LSU board of supervisors?

(1)                    Woodward

(2)    **A        I assume so, they did at the final**

(3)    **meeting approving my contract.**

(4)    Q        Let me ask the question a different way.

(5)            Were you recruited by members of the LSU

(6)    board of supervisors to become the athletic

(7)    director of LSU?

(8)    **A        Yes.**

(9)    Q        When F. King Alexander stated on April

(10)   16th, 2019 he was not aware of you being hired,

(11)   was that an accurate statement?

(12)                        **MS. BRYANT:    Objection to**

(13)                    **form.**

(14)   **A        I wouldn't know.  I would assume he was**

(15)   **party to it.  I didn't know one way or the other.**

(16)   Q        Did you speak to Verge Ausberry about

(17)   you being hired at LSU athletics before you were

(18)   hired?

(19)   **A        God, I can't recall.  I don't think so,**

(20)   **but I can't recall.**

(21)   Q        When did you speak to Verge Ausberry

(22)   about him remaining with you as one of your top

(23)   assistants in the athletics department?

(24)            When did you have that conversation?

(25)   **A        I can't recall.**

(1)                        **Woodward**

(2)     Q        What's your relationship with Verge

(3)   Ausberry; professional, personal, what's your

(4)   relationship with him?

(5)     **A        Both.**

(6)     Q        Are you a godfather to one of Verge

(7)   Ausberry's children?

(8)     **A        I'm not officially a godfather but I'm**

(9)   **like an uncle/godfather/guardian, close friend.**

(10)    Q        Is he a godfather to one of your

(11)  children?

(12)    **A        He is not, but he's close to him.**

(13)    Q        Is it safe to say you all have a close

(14)  personal and professional relationship?

(15)    **A        Yes, sir.**

(16)    Q        Are you familiar with Rule 5.2B of the

(17)  Southern Association of Colleges and Schools?

(18)             Are you familiar with that rule?

(19)    **A        You have to spell it out, I'm not by**

(20)  **number.**

(21)    Q        So, Rule 5.2B of the Southern

(22)  Association of College and Schools states the

(23)  university chief executive has ultimate

(24)  responsibility for the exercise of appropriate

(25)  control over the intercollegiate athletics

(1)                      Woodward

(2)    program.

(3)             Now, you have been an athletics director

(4)    for a while.

(5)             Are you familiar with that rule?

(6)    **A       Yes.**

(7)    Q       Does the NCAA have rules about whether

(8)    the board of supervisors or chief executive of the

(9)    university has ultimate control of the athletics

(10)   department?

(11)                   **MS. BRYANT:  Objection.**

(12)   **A       You know, if they are they overlap but I**

(13)   **am familiar with the SACS more than NCAA.**

(14)   Q       The whole purpose of SACS is to ensure

(15)   that board of supervisors, alumni are not exerting

(16)   influence over the day-to-day operations of the

(17)   athletics department, correct?

(18)   **A       Correct.**

(19)   Q       There are clear guidelines and rules as

(20)   we just stated about that happening, correct?

(21)   **A       Correct.**

(22)   Q       I'll ask you this question, I'm going to

(23)   move on.

(24)             Do you think your hiring was in conflict

(25)   with Rule 5.2B?

(1)                          Woodward

(2)              **MS. BRYANT:    Objection to**

(3)              **form.**

(4)      **A       I would have no idea what was going on**

(5)  **about hiring from that standpoint.**

(6)      Q       You worked in athletics, tell me

(7)  something, what was the extent of your training in

(8)  Title 9?

(9)              Did you receive training in Title 9?

(10)     **A       Yes, numerous times.  I'm sure that I**

(11) **can recall beginning at University of Washington**

(12) **extending to Texas A&M and Dallas U.**

(13)     Q       Title 9 is a major issue, not just at

(14) LSU but with athletics departments all over the

(15) country, correct?

(16)     **A       Yes.**

(17)     Q       Were you familiar with the -- are you

(18) familiar with the 2011 Dear Colleague letter?

(19)     **A       I'm not.  You have to tell me.**

(20)     Q       No, if you're not, that's fine if you're

(21) not.

(22)             When you started at LSU, what was the

(23) state of Title 9 compliance when you were hired at

(24) LSU?

(25)             **MS. BRYANT:    Objection to**

(1)                        **Woodward**

(2)              **form.**

(3)      **A        It's a very complicated, long answer and**

(4)  **I was assessing when I came to what we had to do**

(5)  **in all forms of Title 9, whether compliance or**

(6)  **non-compliance or the whole issue of Title 9, but**

(7)  **I didn't have a strong opinion one way or the**

(8)  **other, I came in to say okay, what do we have**

(9)  **here.**

(10)      Q        Did you do any evaluations, given the

(11)  time period and everything that was going on in

(12)  athletics with Title 9; you did not take any

(13)  evaluation to determine whether or not the LSU

(14)  athletics department was complying with Title 9?

(15)      **A        I have, you know, my hands full of Texas**

(16)  **A&M and hit the ground running and got involved in**

(17)  **the -- but I assume like every other institution**

(18)  **you have both positives and negatives on Title 9**

(19)  **issues.**

(20)      Q        Did you, based on that statement, what

(21)  was some of the negatives that you encountered

(22)  when you looked at the Title 9 athletics

(23)  department and how it was complying with Title 9?

(24)      **A        Oh, the main ones you want to look at**

(25)  **from my standpoint generally are we complying with**

(1)                          **Woodward**

(2)     **all of Title 9, do we have the correct number of**

(3)     **participants in our sports, proper number of**

(4)     **sports, do we have the -- all the things we're**

(5)     **doing to apply and to educate our employees and**

(6)     **student athletes in the Title 9 realm.**

(7)        Q        What about in the area of reporting

(8)     Title 9 complaints against coaches and officials?

(9)                 What did you find in terms of the

(10)    reporting period, the reporting requirements in

(11)    the LSU athletics department; was that being

(12)    conducted correctly?

(13)       **A        Yes, that was ongoing.  I just don't**

(14)    **know, and just so you can understand, if you'll**

(15)    **allow me, I had a COO, Stephanie Rempe, who runs**

(16)    **the department internally who was really charged**

(17)    **with doing all that work and she reported**

(18)    **obviously to me and -- but was generally on a**

(19)    **day-to-day assessing and operating not only what**

(20)    **was going on in the department but more**

(21)    **specifically Title 9.  I don't know if that helps**

(22)    **you or not.**

(23)       Q        Listen, it's your answer.

(24)                Were the Title 9 complaints being

(25)    directed to someone in athletics or was it being

(1)                     Woodward

(2)    directed to the Title 9 office when you took

(3)    control?

(4)        A        I didn't know that, but I'm sure I knew

(5)    that post fact that it was not being reported to

(6)    the Title 9 office but was being reported to the

(7)    department.

(8)        Q        Was that individual Miriam Seger?

(9)        A        I assume but I don't know firsthand.

(10)       Q        The report states after you became

(11)   athletics director the Title 9, it was the --

(12)   everybody in the athletics, it was directed to

(13)   them moving forward all Title 9 complaints would

(14)   go to the Title 9 compliance officer and not

(15)   Miriam Seger?

(16)                Did you make that decision or was that

(17)   COO?

(18)       A        She directed it, but yes, I was in

(19)   concurrence with it.

(20)       Q        You talked about that?

(21)       A        We did.

(22)       Q        F. King Alexander stated in a state

(23)   board meeting that Title 9 complaints were handled

(24)   differently in the athletics department.  They

(25)   were, he said, siloing six or seven percent all of

(1)                          Woodward

(2)    Title 9 complaints against that department.  When

(3)    you took over the department did you or your COO,

(4)    Stephanie Rempe, did you see any indication that

(5)    the Title 9 complaints, there were some Title 9

(6)    complaints in the athletics department that were

(7)    being siloed and not reported up?

(8)                      **MS. BRYANT:    Objection to**

(9)               **form.**

(10)     **A       I'm not familiar with that.**

(11)     Q       I'm not asking you -- what did you see,

(12)    did you see, did you see anything in the athletics

(13)    department that gave any credence to that

(14)    statement that F. King Alexander made?

(15)     **A       No.**

(16)     Q       Are you familiar with the Husch

(17)    Blackwell report?

(18)     **A       Yes.**

(19)     Q       When it was released?

(20)     **A       Yes.**

(21)     Q       Did you speak to anyone who was

(22)    conducting that report?

(23)     **A       Yes.**

(24)     Q       Did they state to you that that report

(25)    was being done in anticipation of litigation?

(1)                        Woodward

(2)    **A        I can't recall.**

(3)    Q        When did you become aware that there had

(4)  been an investigation of Les Miles?

(5)    **A        I don't recall, but I thought I read it**

(6)  **in the paper or someone told me.  I just don't**

(7)  **recall.  Obviously way after the fact.**

(8)    Q        Right.

(9)             I'm asking a question.

(10)            When did you become aware?

(11)   **A        I couldn't begin to tell you.**

(12)   Q        Was it before the release of the Husch

(13)  Blackwell report or after the release of the Husch

(14)  Blackwell report?

(15)                    **MS. BRYANT:    Objection to**

(16)                    **form.**

(17)   **A        I assume after but I'm not positive.**

(18)   Q        Did you read, and I'm assuming as the

(19)  athletics director you read the Husch Blackwell

(20)  report in great detail?

(21)   **A        I read it, yes.**

(22)   Q        You read about the allegations and how

(23)  the Les Miles investigation was handled in the

(24)  Husch Blackwell report?

(25)   **A        Yes.**

(1)                              **Woodward**

(2)      Q       Based off of what you read in the Husch

(3)   Blackwell report, do you believe the Miles

(4)   investigation was handled correctly?

(5)                       **MS. BRYANT:    Objection to**

(6)                       **form.**

(7)      **A       I would have no idea.  Those things,**

(8)   **sir, you have to be on the ground, boots on,**

(9)   **present when you have an investigation doing or**

(10)  **going, I just don't know, but I can tell you, just**

(11)  **so you know my state of mind, I thought in my**

(12)  **opinion after reading the Husch Blackwell report**

(13)  **and talking about it it was very flawed and very**

(14)  **opinionated.**

(15)     Q       I want to now show you, I believe it's

(16)  Exhibit 3, that is your message from Interim

(17)  President Galligan and AD Woodward.

(18)          Do you have that in front of you?

(19)     **A       Yes.**

(20)     Q       Now, this is your statement, I'll

(21)  assume.

(22)          Can you read this statement, correct?

(23)     **A       Yes.**

(24)     Q       I want to take you through some

(25)  statements you and Mr. Galligan made, I'll ask you

```
(1)                    Woodward
(2)   what your thoughts were.
(3)           I'll read it, you and Mr. Galligan says
(4)   accountability matters and if the Husch Blackwell
(5)   finds that any wrongdoing was done by individuals
(6)   or the university itself we would take appropriate
(7)   steps at that time.
(8)           We hear the calls for justice and for
(9)   immediate action and we are listening but it is
(10)  important for us to get this right which is why we
(11)  have secured outside expertise to guide us through
(12)  the investigation?
(13)          I want to ask you a couple of questions
(14)  about this statement.
(15)          The first is you issued this statement
(16)  before the report -- before the investigation had
(17)  taken place, correct?
(18)              MS. BRYANT:   Which paragraph
(19)              are you reading from?  We don't see
(20)              it.
(21)              MR. ENGLISH:  Hold on, give me
(22)              a second, I'll put it up and take
(23)              you paragraph through paragraph.
(24)              MS. BRYANT:   We found it now.
(25)              Do you see it?
```

```
(1)                    Woodward
(2)                 THE WITNESS:  Yes.
(3)      Q      You found it?
(4)             Why don't you read that statement again?
(5)      A      You want me to read it?
(6)      Q      Read it silent.
(7)      A      Okay.
(8)      Q      What were you and Mr. Galligan trying to
(9)   communicate with that statement?
(10)     A      We take very seriously the allegations
(11)  and the handling and what and how we do Title 9
(12)  cases and this investigation.
(13)     Q      So that the record is clear, in your
(14)  opinion why was Husch Blackwell --
(15)     A      You froze up.
(16)     Q      Can you hear me now?
(17)            What precipitated the hiring of Husch
(18)  Blackwell?
(19)     A      I just assume all the issues and
(20)  problems we had at LSU in the past.
(21)     Q      Well, some of these issues were present.
(22)            I'm trying to be clear, none of these
(23)  issues happened while you were -- after you had
(24)  been hired, correct?
(25)     A      That's my assumption.
```

<b>Woodward</b>

(1)

(2)    Q       Alright.

(3)    **A       In the Husch Blackwell matter, yes.**

(4)    Q       Yes, and so I understand, you're saying

(5)    obviously there was some serious issues going on

(6)    in the LSU athletics department before you got

(7)    there, before you got there, that required the

(8)    university to take this extraordinary step of

(9)    bringing this law firm in, correct?

(10)                   **MS. BRYANT:    Objection to**

(11)                   **form.**

(12)    **A       Yes.**

(13)    Q       Did you have any discussions with the

(14)    LSU supervisor, the LSU board of supervisors and

(15)    president of the university at that time about

(16)    whether or not he -- let me withdraw that question

(17)    and make it real simple.  I'll withdraw it and

(18)    make it simple.

(19)            Did you have any input in the hiring of

(20)    the Husch Blackwell report?

(21)    **A       No.**

(22)    Q       That was a decision strictly made by the

(23)    board of supervisors and the president of the

(24)    university?

(25)    **A       I assume.  I don't have firsthand**

(1)                          **Woodward**

(2)    **information of that.**

(3)    Q        Now, I'll read you another statement

(4)    that you made, and this one, I'll try, this is, I

(5)    think this is six paragraphs in this document,

(6)    starts with this morning we shared a memo.

(7)            Let me know when you and Camille see it.

(8)    **A      Yes.**

(9)    Q        I'll read it to you, just make sure

(10)   we're reading the same thing, it says this morning

(11)   we shared a memo with all university leadership

(12)   reinforcing that every LSU employee with extremely

(13)   limited exceptions for those in designated

(14)   confidential roles is required to report knowledge

(15)   of a sexual or domestic assault to the Title 9

(16)   office.  The same conversation has been had with

(17)   the athletics staff so that everyone on this

(18)   campus clearly understands the obligations of

(19)   reporting and how to do so.

(20)           Do you remember writing that?

(21)   **A      Yes, I remember signing it.  I didn't**

(22)   **draft it.**

(23)   Q        Well, you're talking to a lawyer now,

(24)   so, what were you and Mr. Galligan attempting to

(25)   communicate with that statement?

Woodward

(1)

(2)    **A        Just what it says.**

(3)    Q        Was this communication for internally,

(4)    externally or both?

(5)    **A        I would assume both.**

(6)    Q        Now, I'll show you, this is the last

(7)    paragraph, it says the work ahead will not be

(8)    easy -- the work ahead will not -- I'll start

(9)    again.

(10)          The work ahead will not be easy, but we

(11)   owe it to all victims of sexual or domestic

(12)   violence to carefully examine how we do things and

(13)   to make the necessary changes.

(14)          As your interim president and director

(15)   of athletics we want you to know that we take

(16)   responsibility for the righting any wrongs that

(17)   may have occurred in the past and for making sure

(18)   we do all we can to prevent similar circumstances

(19)   from happening in the future.

(20)          What were you and Mr. Galligan

(21)   attempting to communicate with that statement?

(22)   **A        Just what it says.  We were serious**

(23)   **about it.**

(24)   Q        This was for both internal and external

(25)   communication, inside of athletics but also the

(1)                          Woodward

(2)   greater LSU communities, I'm assuming, also?

(3)      **A        Yes, sir.**

(4)      Q        Okay.

(5)              Now, I want you to go to Exhibit 2, this

(6)   is a letter from athletic Scott Woodward and this

(7)   was after the Husch Blackwell report had been

(8)   released.

(9)      **A        Got it.**

(10)     Q        You got that document in front of you.

(11)  Let me pull it up so I can direct you.

(12)                     **MR. ENGLISH:   I just want to**

(13)                     **ask if we can take a two minute**

(14)                     **break.  Off the record for two**

(15)                     **minutes.**

(16)                         **(BRIEF RECESS.)**

(17)  **CONTINUING BY**

(18)  **MR. ENGLISH:**

(19)     Q        Back on the record, I'm going to start

(20)  again with Exhibit 2.

(21)              It says you have my unwavering

(22)  commitment that our department must and we will do

(23)  better.

(24)              What were you attempting to communicate

(25)  in this statement?

```
(1)                    Woodward
(2)          Do you see it?
(3)     A       I think it's explicit in how it's
(4)  written, it's clear.
(5)     Q       I can appreciate that but what were you
(6)  attempting to communicate when you made this
(7)  statement in terms of that particular statement?
(8)     A       Just what it says.  I mean, I can't make
(9)  it any clearer than that.
(10)    Q       The next statement is, it says, as just
(11) one part of a greater institution it is important
(12) that we as an athletic department work with the
(13) university to move forward to make our campus safe
(14) for everyone.
(15)          Do you remember writing that?
(16)    A       Yes.
(17)    Q       I'll ask you again, what were you
(18) communicating with this statement?
(19)    A       Again, I think it's clear and explicit.
(20) Hey, we mean what we say, it's clearly enumerated
(21) and written and memorialized there.
(22)    Q       You were speaking to -- I'm assuming you
(23) were speaking to the athletics department,
(24) ultimately you were the athletics director so you
(25) were responsible for the athletics department so
```

(1)                    Woodward

(2)    I'm assuming, were you communicating directly to

(3)    the athletics department or but -- to the

(4)    athletics department and greater LSU community?

(5)        A       Yes, both, all of the above.

(6)        Q       Now, the next statement, again we are on

(7)    the same document, I want you to know we fully

(8)    support the recommendations by Husch Blackwell and

(9)    steps taken by President Galligan to address the

(10)   shortcomings of the past and to invest resources

(11)   into strengthening the university structure.

(12)            I'll ask you again, what were you

(13)   attempting to communicate with that statement?

(14)       A       Just what it says.  It's clear, I think

(15)   it's pretty explicit.  Good lawyers wrote this,

(16)   Larry.

(17)            You froze up again.

(18)       Q       Did we freeze?  Am I still here?

(19)       A       You're back.

(20)       Q       I'm not going to let you get away with

(21)   that one.

(22)            Ultimately this is your statement under

(23)   your name and you agreed with the contents of this

(24)   statement, correct?

(25)       A       Yes.

**Woodward**

(1)

(2)    Q       As to the statement between you and Mr.

(3)  Galligan, again, your name was on that statement

(4)  and you signed that statement and ultimately you

(5)  agreed with everything that was in that statement,

(6)  correct?

(7)    **A       Yes.**

(8)    Q       I'll read this statement back to you and

(9)  I have questions, says I want you to know we fully

(10) support the recommendations suggested by Husch

(11) Blackwell.  I'll stop right there.

(12)          Now, here you don't say -- why would you

(13) make this statement when you thought that the

(14) Husch Blackwell report was flawed, I think those

(15) were the terms you used, it wasn't, based on what

(16) you said, you didn't think the Husch Blackwell was

(17) a well done report?

(18)          **MS. BRYANT:    Objection to**

(19)          **form.**

(20)    **A       Yes, my opinion became later after much**

(21) **studying and much more interpreting of the Husch**

(22) **Blackwell report.**

(23)    Q       So you take back this statement, in this

(24) deposition you take back that statement that I

(25) want you to know we fully support the

(1)                          Woodward

(2)    recommendations suggested by the Husch Blackwell

(3)    and steps taken by President Galligan, you're not

(4)    taking that statement back?

(5)                    **MS. BRYANT:    Objection to**

(6)                    **form.**

(7)    **A        No, I don't.**

(8)    Q        We have a conflict here, Mr. Woodward.

(9)             On the one hand you're saying that I

(10)   fully support the recommendations and now you're

(11)   saying the report was flawed and not well done.

(12)            Which is it, and that's not an

(13)   argumentative question, I'm just trying to

(14)   understand, which one is it?

(15)            Do you fully accept the recommendations

(16)   or do you reject the recommendations that the

(17)   Husch Blackwell report made?

(18)                    **MS. BRYANT:    Objection to**

(19)                    **form.**

(20)   **A        Both.**

(21)   Q        Can you explain?

(22)   **A        It's a two inch document, there's a lot**

(23)   **of errors and records and mis-statements and**

(24)   **opinions that were later proven wrong, so I can't**

(25)   **tell you specifically but that's just my**

(1)                         **Woodward**

(2)     **recollection of it in reading it and how it was**

(3)     **discussed and debated but there's some good**

(4)     **recommendations in there and there's a lot of them**

(5)     **that we have applied and gone forward with.**

(6)         Q        Let's focus on what the Husch Blackwell

(7)     report recommended and their findings in the

(8)     athletic department, okay?

(9)             What specific findings in the athletics

(10)    department that Husch Blackwell made about the

(11)    athletics department that you disagree with?

(12)        **A        I couldn't recall.  You have to cite it**

(13)    **to me.**

(14)        Q        No, I can't cite it, I don't know.  I

(15)    don't know what you disagreed with, Mr. Woodward,

(16)    so I can't cite it to you.  I can only ask you --

(17)        **A        All I can tell you is I don't know.**

(18)        Q        Hold on one second.

(19)             Okay, it says, I'll go to the next

(20)    statement, same document, as part of our

(21)    examination we recognize that we needed a stronger

(22)    commitment to staff, coach and student athlete

(23)    training and education, a renewed emphasis on

(24)    fostering a healthy climate.

(25)             What were you communicating in that

(1)                          Woodward

(2)  statement?

(3)      **A        Just what it says, always an emphasis on**

(4)  **that, no matter where I been or where I go that**

(5)  **statement is universal.  It's very important.**

(6)      Q        I'll go to the next statement.

(7)               It says whether a student accurately,

(8)  coach or staff member you would know who we are

(9)  and what we stand for as we strive to be a better

(10) leader in our industry and our community.

(11)              When you say in our industry, what were

(12) you talking about?

(13)              Define industry for us.

(14)     **A        I would assume -- no, not assume.  I**

(15) **know it's the athletics industry, the athletics**

(16) **community.**

(17)     Q        Finally, it says our commitment to

(18) change will be more than a statement, it would be

(19) backed by action with input from survivors,

(20) advocates and community.  We have and we will

(21) continue to dedicate ourselves to that work as we

(22) seek to become a model department in these life

(23) changing areas.

(24)              I'll ask you again, what were you

(25) attempting to communicate inside the athletics

(1)                    Woodward

(2)    department and to the greater community by this

(3)    statement?

(4)    **A        Just what it says, explicitly, we want**

(5)    **to be the best of the best and you can always do**

(6)    **better.**

(7)    Q        Is it safe to say that the events

(8)    surrounding the release of the Husch Blackwell

(9)    report was a significant event for LSU and the LSU

(10)   athletics department?

(11)                    **MS. BRYANT:    Objection to**

(12)                    **form.**

(13)   **A        Yes.**

(14)   Q        Is it fair to say the release of the

(15)   Husch Blackwell report and all the surrounding

(16)   publicity and everything about it caused the

(17)   athletics department -- caused -- I'll restate

(18)   that question because I confused myself.

(19)            Did the release of the Husch Blackwell

(20)   report deeper look at the culture inside of the

(21)   LSU athletics department?

(22)   **A        I'm sorry, I didn't hear you.  Repeat**

(23)   **that.**

(24)   Q        Did the release of the Husch Blackwell

(25)   report cause you as the athletics director to take

(1)                          Woodward

(2)    a deep look at the culture inside of the athletics

(3)    department?

(4)        **A        Yes.**

(5)        Q        When you took that look at that culture,

(6)    were you happy with, were you concerned with

(7)    anything that you saw?

(8)        **A        Always concerned and always a chance to**

(9)    **do better, but specifically I don't recall what we**

(10)   **have to do going forward, just to be clear on what**

(11)   **I stated in both Exhibits 1 and 2, so going**

(12)   **through this, getting better training, getting**

(13)   **better education, doing all the things we have to**

(14)   **do better.**

(15)       Q        There was serious, for lack of a better

(16)   word, findings and allegations in this report

(17)   starting with Les Miles, starting with Les Miles,

(18)   all the way up to Tray Davis and Darius Gize

(19)   (phonetic), there were serious allegations that

(20)   individuals were sexually harassing female

(21)   employees, students in that athletics department,

(22)   there were serious allegations, female women,

(23)   student workers were being subjected to violence

(24)   by football players.

(25)                Would you agree that's some pretty

(1)                         Woodward

(2)    serious allegations?

(3)                         **MS. BRYANT:    Objection to**

(4)                         **form.**

(5)    **A        Yes.**

(6)    Q        Do you agree?

(7)    **A        Yes.**

(8)    Q        Would you agree that, listen, counsel

(9)    will object, it's the only term I can kind of come

(10)   up with to describe this and then we can talk

(11)   about it, it appears from the Husch Blackwell

(12)   report --

(13)   **A        I think you're frozen again.**

(14)   Q        I'll ask a more refined question.

(15)            It appears that based off of what was in

(16)   the Husch Blackwell report the seriousness of

(17)   these allegations that went back to Les Miles, it

(18)   appears that there was no leadership and control

(19)   in the athletics department.

(20)            I'm not talking about while you got

(21)   there, when you got there, based off of these

(22)   incidents --

(23)                         **MS. BRYANT:    Objection to**

(24)                         **form.**

(25)   Q        That was a bad question.  I'll ask it

(1)                        Woodward

(2)     another way.

(3)              Based on your experience as an athletics

(4)     director, you were a previous athletics director

(5)     coming in, based off of these allegations does

(6)     this lead you to believe that the leadership, the

(7)     senior leadership of the athletics department was

(8)     in control of that athletics department?

(9)                        **MS. BRYANT:    Objection to**

(10)                    **form.**

(11)    Q        She objected.

(12)             You can answer.

(13)    **A        It would be hard for me to make that**

(14)    **judgment without knowing all the facts and**

(15)    **everything going on and the whole department, you**

(16)    **just can't make a blanket opinion on something**

(17)    **that you don't have enough facts or information on**

(18)    **or know the details, so I couldn't opine and just**

(19)    **speak epithelial on something I don't have enough**

(20)    **information about.**

(21)    Q        Mr. Woodward, obviously, based off these

(22)    two statements that you signed your name to, these

(23)    two statements you read, and you're certainly

(24)    saying in your statement that I'm -- we're going

(25)    to do better, we're going to do better as a

(1)                      Woodward

(2)   department than what happened before I got here,

(3)   is that an accurate characterization of what

(4)   you're saying?

(5)                **MS. BRYANT:    Objection to**

(6)                **form.**

(7)      **A       Yes.**

(8)      Q       If you're going to fix the athletics

(9)   department you have to know what happened there,

(10)  you have to understand what the issues are so you

(11)  can fix them, that's any organization, correct?

(12)  You can't fix an organization if you don't

(13)  understand what the problems are; is that correct?

(14)               **MS. BRYANT:    Objection to**

(15)               **form.**

(16)     **A       Yes, of course, you have to -- it's all**

(17)  **part of the whole situation, I'm sure why I was**

(18)  **brought in --**

(19)     Q       If you were brought in to fix this

(20)  department I'm assuming you wanted to know, I'm

(21)  assuming, what was going on in the LSU athletics

(22)  department that athletes on the football team were

(23)  being accused of subjecting female employees of

(24)  sexual violence and sexual harassment and I'm

(25)  assuming you have to understand why was this

(1)                     Woodward

(2)    happening -- I'll re-ask the question.

(3)             Did you try to find out why this was

(4)    happening?

(5)                 **MS. BRYANT:    Objection to**

(6)                 **form.**

(7)     **A       By the time I was there obviously it was**

(8)    **being investigated and I assume that the proper**

(9)    **folks were doing the investigating and figuring**

(10)   **out what was going on.**

(11)            **My focus was on really going forward to**

(12)   **make sure that we're doing the right thing and**

(13)   **that's the most important thing for my belief is**

(14)   **not only to rectify what we do but make sure it**

(15)   **doesn't happen again, if there is something un**

(16)   **torrid going on.**

(17)    Q       I have a few more questions along this

(18)   line and if I'm inaccurate the record shows I'm

(19)   inaccurate.

(20)            Are you familiar with the Complaint by

(21)   the Abby Owens plaintiffs?

(22)            Are you familiar with them?

(23)    **A       Yes.**

(24)    Q       Did you listen to their testimony in

(25)   front of the state senate committee?

(1)                        Woodward

(2)    **A         I did not.**

(3)    Q         Have you read their Complaints?

(4)    **A         If I have I don't recall, but I'm sure I**

(5)    **have.**

(6)    Q         So according to the Abby Owens

(7)    plaintiffs as many as six football players in the

(8)    LSU athletics department have been accused of

(9)    sexual harassment and sexual violence against

(10)   women in that athletics department.

(11)          Did you ever undertake an investigation

(12)   to determine what was going on in the LSU

(13)   athletics department that would have allowed that

(14)   kind of culture to take place?

(15)                        **MS. BRYANT:   Objection.**

(16)                        **Asked and answered.**

(17)   Q         You can answer.  She objected.  You can

(18)   answer.

(19)   **A         Ask it again so I can get the timing**

(20)   **right.**

(21)   Q         We'll talk about Sharon Lewis.

(22)          The Abby Owens plaintiffs have alleged

(23)   as many as six football players in the LSU

(24)   athletics department are accused of committing

(25)   sexual violence and sexual harassment --

(1)                        Woodward

(2)     **A       Can I interrupt you?**

(3)              **What timeframe was this so I can get my**

(4) **end straight.**

(5)     Q       Well, this is all in the Husch Blackwell

(6) report, so this timeframe, let's go starting with

(7) Les Miles and come all the way up, you read the

(8) Husch Blackwell report and come up to the release

(9) of the Husch Blackwell report, now these

(10) plaintiffs are saying you have as many as six

(11) football players accused of subjecting women to

(12) sexual violence, sexual harassment.  You have the

(13) head football coach that two students accused him

(14) of sexual harassment, and my question to you is

(15) did this cause you to take a deep review of what

(16) was going on within the LSU athletics department

(17) that these kinds of -- this kind of situation was

(18) ongoing, this level of violence and sexual

(19) harassment toward women was going on, did you not

(20) take a deep dive to try and understand the

(21) department you now were required to fix?

(22)                 **MS. BRYANT:   Objection.**

(23)     **A       Yes, yes.**

(24)     Q       What did you find was the biggest issues

(25) that caused that environment to take place?

(1)                         Woodward

(2)      **A       I couldn't tell you at the time and**

(3)    **going back we implemented so many things so fast**

(4)    **with our COO, Stephanie Rempe, once the Husch**

(5)    **Blackwell report came out and what we knew were to**

(6)    **be areas of concern and I can't tell you**

(7)    **specifically, the whole general theme and term of**

(8)    **lack of concern for Title 9 and any issues that**

(9)    **related to that we're going to be vigilant going**

(10)   **forward.**

(11)     Q       When you say "we," are we talking about

(12)   Scott Woodward or your COO, who was directly

(13)   responsible for saying we're going to fix this;

(14)   you or your COO?

(15)     **A       Our whole department.**

(16)     Q       Now, again, we established you read the

(17)   Husch Blackwell report and certainly at the time

(18)   you read the Husch Blackwell report you said that

(19)   we fully support their recommendations and

(20)   suggestions.

(21)             When you read the Husch Blackwell report

(22)   Sharon Lewis was, for lack of a better term, she

(23)   was -- there was a significant amount of findings

(24)   as to about Sharon Lewis and what she had been

(25)   subjected to in the athletic department.

(1)                      Woodward

(2)          Did you read all of that?

(3)    **A**      **Yes.**

(4)    Q      Did you read the findings of the Husch

(5)  Blackwell report that described it as a haphazard

(6)  PM 73 investigation of -- I'll restate the

(7)  question.

(8)          You read about the PM 73 investigation

(9)  that Sharon Lewis had been subjected to in the

(10) Husch Blackwell report?

(11)   **A**      **Yes.**

(12)   Q      You read in the Husch Blackwell report

(13) they stated the only person in the entire

(14) university who has ever been disciplined in any

(15) form for failing to make a report under PM 73 is

(16) athletic department employee, Sharon Lewis, a long

(17) time football operation employee and current

(18) associate athletics department of football

(19) recruiting and alumni relations, this is ironic

(20) because Lewis had lodged several reports of sexual

(21) harassment through her tenure.

(22)          Did you read that statement?

(23)   **A**      **Yes.**

(24)   Q      What did you think when you read that

(25) statement?

(1)                          Woodward

(2)      **A        I didn't think anything.  I just took it**

(3)   **as that's the fact.**

(4)      Q        You accepted that recommendation?

(5)      **A        Accepted it when I read it.**

(6)      Q        Is there something that subsequently

(7)   happened that you reviewed since then that leads

(8)   you to believe this was not an accurate statement

(9)   on behalf of the Husch Blackwell report?

(10)     **A        I wouldn't know one way or the other.**

(11)     Q        Do you have any evidence you can tell us

(12)  here today, any witnesses, anything that you can

(13)  tell us today that would cause you to disagree

(14)  with that statement by Husch Blackwell?

(15)                     **MS. BRYANT:   Objection to**

(16)                **form.**

(17)     **A        No.**

(18)     Q        Do you have any opinion how the PM 73

(19)  investigation against Sharon Lewis was handled?

(20)                     **MS. BRYANT:   Objection to**

(21)                **form.**

(22)     **A        I do not.**

(23)     Q        As part of your responsibility for

(24)  fixing the athletics department, did you undertake

(25)  a review of how the PM 73 investigation against

(1)                        Woodward

(2)    Sharon Lewis was handled?

(3)                        **MS. BRYANT:    Objection to**

(4)                **form.**

(5)    **A        Not that I know of, and that would have**

(6)    **been Stephanie Rempe in the general counsel's**

(7)    **office discussion.**

(8)    Q        Do you know who Jenny Stewart is?

(9)    **A        I may.    Just refresh my memory.**

(10)    Q        Jenny Stewart is the former Title 9

(11)    director of LSU.

(12)    **A        Okay.**

(13)    Q        I believe the Husch Blackwell report

(14)    stated that when you took over as athletics

(15)    director you ended the practice of all Title 9

(16)    complaints going to Miriam Seger, you directed all

(17)    Title 9 complaints would go to Jenny Stewart, the

(18)    Husch Blackwell report stated that, okay?

(19)              You said there was an investigation done

(20)    of the PM 73 investigation and you mentioned

(21)    general counsel's office.

(22)              How do you know the general counsel's

(23)    office conducted an investigation?

(24)                        **MS. BRYANT:    Objection to**

(25)                **form.**

(1)                        Woodward

(2)     **A        I don't.  I didn't state that.**

(3)             **I stated that Stephanie Rempe and**

(4)     **general counsel discussed just about anything**

(5)     **related to the Husch Blackwell report or Title 9**

(6)     **or to whatever those situations and circumstances**

(7)     **come to.**

(8)     Q        Jenny Stewart testified in her

(9)     deposition that the general counselor's office had

(10)    told her that they had investigated Sharon Lewis'

(11)    complaints of retaliation.

(12)            Are you aware of that?

(13)    **A        I'm not.**

(14)    Q        Did you read in the Husch Blackwell

(15)    report that Sharon Lewis had a mental breakdown in

(16)    2013?

(17)    **A        Yes.**

(18)    Q        Did you read or have you read Sharon

(19)    Lewis' Complaint?

(20)            Have you read Sharon Lewis' Complaint?

(21)    **A        No.**

(22)    Q        In the Husch Blackwell report Sharon

(23)    Lewis made allegations of retaliation by Miriam

(24)    Seger and Verge Ausberry.

(25)            Do you remember reading that in the

(1)                    Woodward

(2)    Husch Blackwell report?

(3)        **A        Yes.**

(4)        Q        Did you investigate?

(5)        **A        Here again, I didn't investigate it**

(6)    **personally but Stephanie Rempe and general**

(7)    **counsel's office should have.  I just couldn't**

(8)    **tell you.**

(9)        Q        Again, I'm not being argumentative, just

(10)    trying to understand.  I'll go to the next

(11)    question.  We'll come back to that.

(12)            Did you read the Husch Blackwell

(13)    statement that stated she also asked that Seeger

(14)    and Ausberry be investigated by the Title 9 office

(15)    for failing to make managerial reports?

(16)            Do you remember reading that in the

(17)    Husch Blackwell report?

(18)        **A        Yes.**

(19)        Q        Did you investigate these?  Did you

(20)    investigate as to whether or not there was any

(21)    validity to Sharon Lewis' allegations that Miriam

(22)    Seger and Verge Ausberry, that she reported Miriam

(23)    Seger and Verge Ausberry for failure to report

(24)    Title 9 and nothing was done about that?

(25)            Did you undertake any of that

(1)                        Woodward

(2)    investigation?

(3)      **A        I assume there was with Stephanie and**

(4)    **the general counsel's office but I don't know that**

(5)    **as a fact.**

(6)      Q        We'll come back to that.

(7)              Did you read in the Husch Blackwell

(8)    report, and I don't want to take you through this

(9)    document, your counsel has it, we all read it,

(10)   these are statements verbatim out of the document.

(11)                    **MS. BRYANT:    Pardon.   If**

(12)                    **you're referring to the document**

(13)                    **pinpoint us to what page you're**

(14)                    **going to cite from.**

(15)                    **MR. ENGLISH:   Okay, we can do**

(16)                    **that.   Give me one minute.   Okay?**

(17)                    **(BRIEF RECESS)**

(18)   **CONTINUING BY**

(19)   **MR. ENGLISH:**

(20)     Q        Your lawyer called me on it.   We're

(21)   going to have to go through this Husch Blackwell

(22)   report with specificity, okay?   The lawyer was

(23)   being lazy but Ms. Bryant called me on it so we're

(24)   going to have to do it, okay?   Give me just a

(25)   second.

(1)                           Woodward

(2)            So we have a cleaner record, I'm going

(3)     to take you to this, this is page 47 of the Husch

(4)     Blackwell report, the third paragraph.

(5)            In the third paragraph it says the only

(6)     person in the entire university who has ever been

(7)     disciplined in any form for failing to make a

(8)     report is the athletics department employee,

(9)     Sharon Lewis, a long time football operations and

(10)    employee and current associate athletic.

(11)    **A       Larry, you froze up.**

(12)    Q       Are we back?

(13)            You read that paragraph, correct, in the

(14)    Husch Blackwell report, correct?

(15)    **A       Correct.**

(16)    Q       Do you have any issues with that

(17)    statement?

(18)    **A       No.**

(19)    Q       I want you to go to page 51, the first

(20)    paragraph.  Let me know when you're there.

(21)    **A       I'm there.**

(22)    Q       It states in the meantime following the

(23)    investigation Sharon Lewis became so distressed by

(24)    the lack of support from the administration that

(25)    she had a mental breakdown and received mental

```
(1)                    Woodward
(2)    health treatment that LSU pays for.
(3)            Do you have any reason to doubt that
(4)    statement or do you do disagree with that
(5)    statement?
(6)       A       No.
(7)                       MS. BRYANT:    Which one?
(8)       Q       I can re-ask again so it's clear.
(9)            Page 51, the first paragraph, I'm going
(10)   to ask you again, let me know when you're looking
(11)   at that paragraph, in the meantime --
(12)      A       Here.
(13)      Q       Says in the meantime following the
(14)   investigation Sharon Lewis became so distressed by
(15)   lack of support from administration that she had a
(16)   mental breakdown and received mental health
(17)   treatment that LSU athletics paid for.
(18)            Do you have any reason to doubt that or
(19)   do you disagree with that statement?
(20)      A       No.
(21)      Q       Lewis also claimed that Coach Miles and
(22)   various members of the athletic department staff
(23)   became hostile to her.
(24)            Do you have any evidence or anything to
(25)   state what caused you to disagree with that
```

(1)                      Woodward

(2)    finding or that statement?

(3)        **A        No.**

(4)        Q        Go to page -- I'm sorry, I don't want

(5)    that.  I'm sorry.  Let's make this easy.

(6)                 I'm going to go to page, one second, I'm

(7)    sorry.  I apologize.

(8)                 I want you to go to paragraph -- page 66

(9)    and I want you to go to paragraph 3, it says the

(10)   correspondence also noted that Lewis -- let me

(11)   know when you get to that paragraph, I believe

(12)   that's the third paragraph.

(13)       **A        I'm here.**

(14)       Q        The second sentence there, I'll read it

(15)   to you, there is no indication of how Title 9, the

(16)   office of legal affairs, the office of human

(17)   resources resolved Lewis' request to remove a

(18)   finding -- the finding talking about PM 73

(19)   indication, no indication anyone at the university

(20)   formally investigated Lewis' complaints regarding

(21)   her working with the environment and potential

(22)   retaliation.  No investigation of any other

(23)   athletic officials, including Seeger or Ausberry

(24)   for failure to report a Title 9 concern under PM

(25)   73.

```
(1)                       Woodward
(2)            Do you disagree with anything in this
(3)    paragraph?
(4)       A       No.
(5)       Q       I want you to go to page 65.  Let me
(6)    know when you get there.
(7)       A       Here.
(8)       Q       Go to the first paragraph.  I'll start
(9)    with the second sentence.
(10)           Says Lewis also noted that when she
(11)   complained about Title 9 related incidents she
(12)   purportedly encountered great resistance from
(13)   Seeger and Ausberry.  She also asked that Seger
(14)   and Ausberry be investigated by Title 9 office for
(15)   failing to make mandatory reports despite this
(16)   being reported to a deputy Title 9 coordinator.
(17)   The university has not investigated these
(18)   allegations.
(19)           Do you have any information that would
(20)   lead you to believe that this finding by the Husch
(21)   Blackwell was incorrect?
(22)      A       No.
(23)      Q       I'm sorry?
(24)      A       No.
(25)      Q       No?  Okay.
```

(1)                          Woodward

(2)          The next sentence, she then related her

(3)    Title 9 appeal, that she reported a Title 9

(4)    complaint to Seeger against Ausberry and there are

(5)    several witnesses who have seen Ausberry yell and

(6)    scream at Lewis, called her profanities and do

(7)    other acts of harassment.

(8)          Again, this being reported to a deputy

(9)    Title 9 coordinator, the university never

(10)   investigated this allegation.

(11)          I have a couple of questions about this.

(12)   The first question I have for you is do you have

(13)   any information or have you talked to anyone that

(14)   would cause you to not believe these findings of

(15)   the Husch Blackwell report?

(16)   **A        No.**

(17)   Q        Did you talk to -- they said that they

(18)   have several witnesses who have seen Ausberry yell

(19)   and scream at Lewis.

(20)          When you read this report did you

(21)   attempt to find out who those witnesses were and

(22)   to talk to them?

(23)   **A        No.**

(24)   Q        Can I ask why you didn't do it?

(25)   **A        I would assume it was an ongoing**

(1)                    **Woodward**

(2)    **investigation, not to interfere with.**

(3)    Q        The next paragraph says during her

(4)    interview with Husch Blackwell, Seeger confirmed

(5)    after the Miles incident Lewis had reported

(6)    alleged harassment and other inappropriate

(7)    treatment by athletics including a specific

(8)    complaint against Ausberry.

(9)            Have you seen any information, talked to

(10)   anybody that would lead you to conclude that this

(11)   statement in the Husch Blackwell report is not

(12)   true?

(13)   **A        No.**

(14)   Q        You're breaking up.  I'm assuming you're

(15)   saying no?

(16)   **A        No.**

(17)   Q        I want you to go to footnote 166.  It's

(18)   on the same page, footnote 166, and it's on page

(19)   65.

(20)   **A        Got you.**

(21)   Q        It says in interviews with the Husch

(22)   Blackwell football operations employees confirmed

(23)   witnessing Ausberry hollering and screaming at

(24)   Lewis repeatedly over the course of the last

(25)   several years.  As one employee put it there's

```
(1)                     Woodward
(2)    just certain things Verge does to Sharon, I don't
(3)    know if they think and I don't understand it, that
(4)    stuff would never be done to me, you know the day
(5)    that Verge Ausberry ever hollered and screamed at
(6)    me on the telephone like I heard him done to
(7)    Sharon.
(8)            Do you remember reading that?
(9)    A      Yes.
(10)   Q      Do you have any witnesses or any
(11)   evidence that disputes this finding by Husch
(12)   Blackwell?
(13)                   MS. BRYANT:  Objection.
(14)   A      No.
(15)   Q      Did you undertake an investigation,
(16)   under your watch, did you undertake an
(17)   investigation to determine who these witnesses
(18)   were and what they witnessed Verge Ausberry do to
(19)   Sharon Lewis?
(20)   A      I didn't but I'm sure someone did.
(21)   Q      You didn't?
(22)   A      No.
(23)   Q      Okay.  Now, Verge Ausberry, what is
(24)   Verge Ausberry's title in the athletics
(25)   department?
```

(1)                        Woodward

(2)      **A         Deputy executive of athletics director.**

(3)      Q         I believe he was promoted at the same

(4)   time you were hired; isn't that correct?

(5)      **A       Yes.**

(6)      Q         I'm assuming as athletics director you

(7)   would have had to sign off on his hiring?

(8)      **A       Yes.**

(9)      Q         You would have had -- I believe you got

(10)  a significant salary increase from this other

(11)  position?

(12)     **A       Yes.**

(13)     Q         You would have had to have signed off on

(14)  that?

(15)     **A       Yes.**

(16)     Q         Here you have Sharon Lewis has made

(17)  allegations that Verge Ausberry's conduct, the

(18)  conduct he's creating toward her, Miriam Seger has

(19)  confirmed in the Husch Blackwell report that

(20)  Sharon Lewis made these allegation, these reports

(21)  to her that Verge Ausberry, what he was doing and

(22)  now you have other employees that have stated to

(23)  the Husch Blackwell people of what Verge

(24)  Ausberry's conduct was toward Sharon Lewis.

(25)                 Can I ask you why you did not take an

(1)                          Woodward
(2)     investigation of the number two person in the
(3)     athletics department that you hired?
(4)                     **MS. BRYANT:    Objection to**
(5)                     **form.**
(6)     **A        I didn't say there wasn't.  They decided**
(7)     **personally to do an investigation.**
(8)     Q        I'm asking you, Mr. Woodward, why --
(9)     **A        I just told you.**
(10)    Q        So do you know who the other people were
(11)    who were doing the investigation?
(12)    **A        I do not but I would assume it would be**
(13)    **Stephanie and her --**
(14)    Q        Did Stephanie Rempe ever come back to
(15)    you and say I have investigated this?
(16)    **A        If she does I don't recall, but yeah, I**
(17)    **would assume she did.**
(18)    Q        In light of everything that we've talked
(19)    about, because you said, listen, and rightfully
(20)    so, and so the timeline is clear, you weren't here
(21)    before 2020, correct?
(22)    **A        No, I started in 2019.**
(23)    Q        2019, you're exactly right.
(24)             In light of the culture that you were
(25)    about to fix, did these statements cause you any

(1)                          Woodward

(2)    concern about Verge Ausberry?

(3)        **A        I always have concerns, yes.**

(4)              **You froze again.  Are you there?**

(5)        Q        Alright.  Give me a second.  Can you

(6)    hear me?

(7)        **A        Yes, I hear you.**

(8)        Q        As the athletics director you were

(9)    ultimately responsible for what happens in the

(10)   athletics department, correct?

(11)                     **MS. BRYANT:   Objection; form.**

(12)       **A        Yes.**

(13)       Q        As the athletics director you are

(14)   ultimately responsible for Sharon Lewis working in

(15)   an environment that she's not being subjected to

(16)   this kind of harassment that these people have

(17)   stated that she was being subjected to, ultimately

(18)   that's your responsibility, to correct that,

(19)   correct?

(20)                     **MS. BRYANT:   Objection.**

(21)       **A        Yes.**

(22)       Q        Did you speak to Verge Ausberry about

(23)   this?

(24)       **A        I've spoken to Verge about a bunch of**

(25)   **things.**

(1)                        **Woodward**

(2)    Q        I'm asking you a very specific question,

(3)  Mr. Woodward.

(4)    **A        If I did I don't recall.**

(5)    Q        Now, I'm going to take you to page, this

(6)  is page 66.

(7)            This is a discussion of the PM 73

(8)  investigation and this is what Sharon Lewis'

(9)  lawyer during her appeal stated, it was

(10) established that Sharon Lewis, second paragraph,

(11) was required to report all violations and it was

(12) established that she did report the specific

(13) violations, Miriam Seger and Verge Ausberry.

(14)            She's talking about the PM 73

(15) investigation.  Did you look at any of the

(16) incidents, because this was surrounding, and I

(17) believe Tray Davis, was he still there when --

(18)    **A        No.**

(19)    Q        He had been gone by the time you --

(20)    **A        Yes.**

(21)    Q        Never mind, I'll withdraw that question,

(22) it is not relevant to you.

(23)            Now, going to page 66 again, I'll go

(24) back up to the next paragraph down, it's the third

(25) paragraph, it says there's no indication of how

(1)                          Woodward

(2)      Title 9, the office of legal affairs or the office

(3)      of human resources management resolved Lewis'

(4)      request to remove the finding, talking about PM 73

(5)      investigation, but specifically asking you about

(6)      this, no indication that anyone at the university

(7)      formally investigated Lewis' complaints of her

(8)      working environment and potential retaliation and

(9)      no investigation of other athletic officials

(10)     including Seeger and Ausberry for failure to

(11)     report a Title 9 concern under PM 73.

(12)              Now, you've indicated that you didn't

(13)     investigate this because you assumed other people

(14)     were investigating this, correct?

(15)     **A      Yes.**

(16)     Q       Do you have, according to the Husch

(17)     Blackwell that was not done, do you have any

(18)     information or any witnesses to dispute what Husch

(19)     Blackwell found on this report to this specific

(20)     issue?

(21)     **A      No.**

(22)     Q       Did you ever have a one on one meeting

(23)     with Sharon Lewis to discuss any of this

(24)     information, the treatment and hostile environment

(25)     she was being subjected to or had been subjected

(1)                    Woodward

(2)    to, did you ever have a one on one meeting with

(3)    Sharon Lewis to discuss this?

(4)        **A        No.**

(5)        Q        Is the answer no?

(6)        **A        No, yes.**

(7)        Q        Did you read Sharon Lewis' Complaint

(8)    that she repeatedly tried to meet with you to

(9)    discuss the retaliation from Seeger and Ausberry

(10)   and you refused to meet with her?

(11)            Did you read that allegation?

(12)       **A        Yes.**

(13)       Q        Do you agree, do you dispute that

(14)   allegation?

(15)       **A        No.**

(16)       Q        Can I ask you why you refused to meet

(17)   with her?

(18)       **A        Yes, because proper chain of command**

(19)   **would be to meet with Stephanie Rempe.**

(20)       Q        You're ultimately responsible for what

(21)   goes on in the athletics department?

(22)            I'll ask you again, you're ultimately

(23)   responsible for what happens in the athletics

(24)   department, correct?

(25)       **A        Yes.**

**Woodward**

(1)

(2)    Q        If a female employee is saying I'm being

(3)    retaliated against and I'm not being -- it is not

(4)    being addressed, I want to meet with Scott

(5)    Woodward, my boss, the athletic director, are you

(6)    saying you didn't have a responsibility to meet

(7)    with her and discuss this with her?

(8)                    **MS. BRYANT:  Objection to**

(9)                    **form.**

(10)    **A        In the proper meeting would have been**

(11)    **with Stephanie Rempe.**

(12)    Q        Stephanie Rempe, did you direct

(13)    Stephanie Rempe to address any of this after you

(14)    read it in the Husch Blackwell report?

(15)    **A        Yes, discuss it with general counsel and**

(16)    **to investigate, yes.**

(17)    Q        And did you ask --

(18)    **A        I wouldn't say investigate, but to look**

(19)    **into it, same thing.  We're talking the same**

(20)    **thing.  I'm not a lawyer.**

(21)    Q        Did you request that Stephanie Rempe,

(22)    after she investigated, looked at it, however,

(23)    whatever you all talked about, did you request

(24)    that she come back to you and tell her what she

(25)    had found?

```
(1)                        Woodward

(2)     A       If she did, I'm sure she did and I just

(3)  don't recall, but yes.

(4)     Q       Mr. Woodward, in light of all this

(5)  culture that you rightfully say I wasn't there in

(6)  2019, the whole reason why it's in the Husch

(7)  Blackwell report was that there was a hostile

(8)  working environment in the athletics department,

(9)  you are now aware of that the associate athletics

(10) director Sharon Lewis is saying Verge Ausberry and

(11) others are retaliating against me, you have now

(12) read the Husch Blackwell report where other

(13) independent witnesses had confirmed what Sharon

(14) Lewis had said it.

(15)          As the athletics director didn't it

(16) cause you concern to say that I need to take a

(17) personal interest to make sure this conduct is not

(18) happening under my watch?

(19)               MS. BRYANT:   Objection; form.

(20)    A       Yes, and that's why I charged Stephanie

(21) Rempe, my chief operating officer, to do the right

(22) thing, general counsel's office, human resources,

(23) whoever the proper protocol was to do how and what

(24) they had to do it.

(25)    Q       As I read your testimony today what
```

(1)                         Woodward

(2)    you're saying of it is you didn't have any role in

(3)    correcting the situation that Sharon Lewis was

(4)    being subjected to?

(5)                    **MS. BRYANT:    Objection to**

(6)                    **form.**

(7)    **A        I think your assumption is wrong.  I did**

(8)    **obviously, my whole team and staff was involved,**

(9)    **specifically Stephanie Rempe.**

(10)   Q        Let me ask the question a different way.

(11)            Based off the way you're testifying

(12)   today, as the athletics director you did not feel

(13)   you had a duty to personally become involved in

(14)   correcting this situation?

(15)   **A        That's incorrect.**

(16)                    **MS. BRYANT:    Asked and**

(17)                    **answered.**

(18)   Q        I'm not being argumentative.  We'll move

(19)   on.

(20)            I'm just trying to understand you.  I'm

(21)   not trying to be argumentative.  If I was being

(22)   argumentative you would know if I were.  I promise

(23)   you I'm not?

(24)            What I'm trying to understand is, you

(25)   are now aware of this information, in the context

```
(1)                     Woodward
(2)   of everything else that's happening in the
(3)   athletics department -- I'll move on.
(4)           You didn't feel the need to sit with
(5)   Sharon Lewis and say you tell me what's going on,
(6)   to listen to her concerns?
(7)                 MS. BRYANT:    Objection.
(8)     A       No.
(9)     Q       Let's go to Exhibit 4, it's the EEOC
(10)  statement.
(11)          Mr. Woodward, we can take a break but
(12)  I'm telling you I won't be here much longer.
(13)    A       Go ahead.
(14)    Q       You have the EEOC Complaint Sharon Lewis
(15)  filed?
(16)    A       Yes.
(17)    Q       My question to you is did you ever see
(18)  this document?
(19)    A       If I have I don't recall.
(20)    Q       My question to you, were you aware
(21)  Sharon Lewis filed an EEOC Complaint?
(22)    A       Yes.
(23)    Q       Number 4, in that Complaint, you have it
(24)  in front of you, number 4 states that Sharon Lewis
(25)  stated -- no, let me pull up the document so we
```

(1)                     Woodward

(2)  can be clear.

(3)              If you go down to the, give me a second,

(4)  go to page, I think, two of four, the written

(5)  charge statement, two of four.

(6)              Are you there?  I believe the third

(7)  paragraph, I'll count it out, fourth paragraph in

(8)  the charge, says the present athletics director,

(9)  Scott Woodward?

(10)    **A        Yes.**

(11)    Q        She says the present athletics director,

(12)  Scott Woodward, has refused to meet with me even

(13)  in November of 2020, December of 2020.  Verge

(14)  Ausberry told me that even if I complained to

(15)  Woodward about retaliation Woodward would not meet

(16)  with me because he is my boy.

(17)              Do you remember reading this in the

(18)  Complaint?

(19)    **A        Yes.**

(20)    Q        In the EEOC Complaint?

(21)    **A        Yes.**

(22)    Q        You may not be able to answer this

(23)  question, are you aware that EEOC issued a right

(24)  to sue letter based on this Complaint?

(25)    **A        I don't know.**

(1)                          **Woodward**

(2)     Q        Now, go to Exhibit 5.  This is the Nall

(3)     letter to Sharon Lewis.

(4)     **A        I got it.**

(5)     Q        You got it?

(6)     **A        Yes.**

(7)     Q        Hold on.  This is an August 14th, 2020

(8)     letter from Wendy Nall, the assistant athletics

(9)     director.

(10)             Who is Wendy Nall?

(11)    **A        She's head of HR.**

(12)    Q        For the athletics department?

(13)    **A        Yes, sir.**

(14)    Q        Do you know who Joyce Whitfield is?

(15)    **A        I know of her but I don't know her.**

(16)    Q        She's the associate human resource

(17)    management director and Marcus -- do you know what

(18)    the talent acquisition partner of office of human

(19)    resource management is?

(20)    **A        I don't, but I assume I know what it is**

(21)    **but I don't know Marcus.**

(22)    Q        Could you tell me what the talent of

(23)    acquisition partner of human resource management

(24)    does?

(25)    **A        I couldn't.**

**Woodward**

(1)

(2)    Q       This is a letter, starts off saying with

(3)    the hiring of Scott Woodward -- first of all, you

(4)    read this document?

(5)    **A       Yes.**

(6)    Q       Tell me what this document is about,

(7)    tell me.

(8)    **A       Let me re-read it.**

(9)    Q       Take your time and re-read it.

(10)           Okay?

(11)   **A       Yes.  Got it.**

(12)   Q       What is this document?

(13)   **A       This is a document, given the title, the**

(14)   **new title to duties to Sharon Lewis.**

(15)   Q       This document is saying that although

(16)   you're giving her a new title you're not going to

(17)   give her a salary adjustment at this time; is that

(18)   correct?

(19)   **A       Correct.**

(20)   Q       Specifically read the last paragraph

(21)   into the record.

(22)           Sharon's duties are more in line with

(23)   other associate athletic directors of football

(24)   recruiting operations as compared to peers in the

(25)   SEC.  Her current salary is in line with other

(1)                          Woodward

(2)     associate athletic directors so we do not wish to

(3)     make a salary adjustment at this time?

(4)          I'm reading you --

(5)     **A       You froze.**

(6)     Q       The last paragraph, Sharon's duties are

(7)     more in line with other associate athletic

(8)     directors of football recruiting operations as

(9)     compared to peers in the SEC.  Her current salary

(10)    is in line with other associate athletic directors

(11)    so we do not wish to make a salary adjustment at

(12)    this time.

(13)         Could you explain specifically what is

(14)    being -- what you're saying, what that last

(15)    statement is saying?

(16)    **A       Yeah.  I think it's clearly stated but**

(17)    **Stephanie Rempe again did the analysis of what she**

(18)    **said other associate athletic directors of**

(19)    **football recruiting and came to that**

(20)    **determination.**

(21)    Q       The question I have is -- and so you

(22)    were not the one that made this decision, this is

(23)    what you're saying?

(24)    **A       I made the final decision but --**

(25)    Q       You made the final decision --

(1)                          Woodward

(2)     **A        Yes, but analysis was done by the COO**

(3)  **and I accepted her recommendation.**

(4)     Q        What jumps at me, and let's talk about

(5)  this, it says Sharon's duties are more in line

(6)  with other associate athletic directors of

(7)  football recruiting operations as compared to --

(8)  and so you're comparing Sharon Lewis with her

(9)  peers apparently in terms of making a

(10) recommendation as to whether or not to adjust her

(11) salary.  Is that --

(12)    **A        Yes, that's what -- we do it for all**

(13) **employees.**

(14)    Q        The question I have, this is not an

(15) argumentative question but it's going to be in the

(16) form and I don't want you to take it that way, how

(17) many other associate athletic directors had

(18) contributed to three NCAA national football

(19) championships in the --

(20)    **A        I don't know.  I would assume Alabama**

(21) **and --**

(22)    Q        Other than Alabama -- come on, come on,

(23) now, Mr. Woodward, you know who won the national

(24) championship, and other than Alabama who would

(25) compare to that record?

(1)                          Woodward

(2)              **MS. BRYANT:    Objection to**

(3)                  **form.**

(4)    **A        I guess Georgia, that's two, may not be**

(5)    **three.**

(6)    Q        How many of the associate athletic

(7)    directors have contributed to their school going

(8)    to four NCAA national championships, won three and

(9)    lost one, how many, how many associate athletic

(10)   directors in the NCC can compare to that record?

(11)             **MS. BRYANT:    Objection to**

(12)                 **form.**

(13)   **A        I'll take a little liberty here and**

(14)   **quote President Kennedy, Counselor English,**

(15)   **success has a thousand followers and failures so**

(16)   **there's a lot that goes on in national**

(17)   **championships.**

(18)   Q        I don't mean to suggest that LSU won a

(19)   national championship a hundred percent because of

(20)   Sharon Lewis.  I'm not suggesting that, no, no,

(21)   no.  Believe me, first of all, you have a great

(22)   quarterback, so let's start right there, but the

(23)   point is in your business you are rewarded for

(24)   success; isn't that correct?

(25)             **MS. BRYANT:    Objection to**

(1)                          **Woodward**

(2)                    **form.**

(3)    **A        There's a lot of factors and not just**

(4)  **because based on that, there's a lot of factors**

(5)  **that go in to what happens and how it goes on to**

(6)  **it.  I can't tell you specifically to the**

(7)  **conclusion or recommendation that Stephanie Rempe**

(8)  **came to but I concurred with it.**

(9)    Q        I'll ask you a few more questions and

(10)  we'll move on.

(11)          How many other associate athletic

(12)  directors have contributed three NCAA national

(13)  championships nationally?

(14)                    **MS. BRYANT:    Objection to**

(15)                    **form.**

(16)    **A        I don't know.**

(17)    Q        Would you agree that in Sharon Lewis'

(18)  position at LSU over the last twenty years,

(19)  because at the end of the day -- let me withdraw

(20)  that question.

(21)          Let's be clear, football is a business,

(22)  football, I think I looked at your budget, I think

(23)  it was well over a hundred million dollars,

(24)  football is a big business and everybody is

(25)  rewarded in football for winning; isn't that

```
(1)                      Woodward

(2)   correct?

(3)                 MS. BRYANT:   Objection to

(4)                 form.

(5)   A        It's a lot of other -- that's a big

(6)   factor but there's a lot of other factors.

(7)   Q        I understand.

(8)            If you go, I think the last time, you

(9)   don't have to tell me, but I believe the last time

(10)  that LSU won a national championship, and I was at

(11)  that game, by the way, great job --

(12)  A        Thank you.

(13)  Q        You got a big bonus?

(14)                 MS. BRYANT:   Objection to

(15)                 form.

(16)  Q        You received a big bonus, correct, for

(17)  winning the state --

(18)  A        Yes.

(19)  Q        You were under a lot of criticism

(20)  because you hired a football coach and gave him a

(21)  hundred million dollar contract; is that correct?

(22)                 MS. BRYANT:   Objection to

(23)                 form.

(24)  Q        I'll ask it another way.

(25)            Mr. Verge Ausberry, when I questioned
```

(1)                    Woodward

(2)    him, and by the way, I wasn't questioning him

(3)    because I thought he wasn't right, Verge Ausberry

(4)    stated that Brian Kelly is an elite coach and the

(5)    market required LSU to pay him what they pay him

(6)    in order to recruit an elite coach.

(7)            Do you agree with that statement?

(8)    **A**      **Yes.**

(9)    Q      And I'm asking you again, in the

(10)   football program, let's be clear, if you don't win

(11)   you're going to be fired, am I right?

(12)           Can we have an honest conversation, if

(13)   you don't consistently compete for SEC

(14)   championships and national championships your job

(15)   is in jeopardy?

(16)                    **MS. BRYANT:    Objection to**

(17)                    **form.**

(18)   **A**      **Yes.**

(19)   Q      If Brian Kelly does not consistently

(20)   compete for SEC championships and NCAA

(21)   championships his job is going to be in jeopardy,

(22)   correct?

(23)                    **MS. BRYANT:    Objection to**

(24)                    **form.**

(25)   **A**      **Yes.**

```
(1)                        Woodward
(2)      Q       In the industry, as you have just
(3)  described it, in the industry that you have just
(4)  described, I understand there's other factors but
(5)  compensation is based off of success on the
(6)  football field, correct?
(7)                        MS. BRYANT:   Objection to the
(8)                 form.
(9)      A       I can't agree to that solely because
(10) there's a lot of people that win and have very
(11) much success with low salaries and low budgets,
(12) but there is usually a good correlation, but
(13) there's a lot of other factors as I clearly
(14) stated.
(15)     Q       I understand.
(16)                        MR. ENGLISH:  Let's take a
(17)                 brief recess.
(18)                        (BRIEF RECESS)
(19) CONTINUING BY
(20) MR. ENGLISH:
(21)     Q       Okay, I was asking you, Mr. Woodward,
(22) Miriam Seger was suspended after the release of
(23) the Husch Blackwell report?
(24)     A       Yes.
(25)     Q       Why was she suspended?
```

(1)                          Woodward

(2)    **A        I'm sure a lot of reasons but, you know,**

(3)    **obviously it was assumed in the Husch Blackwell**

(4)    **report.**

(5)    Q        Based on what, the findings of the Husch

(6)    Blackwell report?

(7)    **A        Not necessarily but it was in discussion**

(8)    **with general counsel on why and --**

(9)    Q        Don't talk to me about what you talked

(10)   with your lawyer, it will open a can of worms,

(11)   don't tell me about that.

(12)   **A        It was with Stephanie Rempe and I just**

(13)   **don't recall the specifics of why she was**

(14)   **suspended.  I couldn't enumerate them here if you**

(15)   **put a gun to my head.**

(16)   Q        It was your ultimate decision whether or

(17)   not to suspend her?

(18)   **A        Yes.**

(19)   Q        Why was Verge Ausberry suspended after

(20)   the release of the Husch Blackwell report?

(21)   **A        I would assume for the same reasons.**

(22)   Q        I believe Mr. Ausberry was also banned

(23)   from going to football games for a year, correct?

(24)   **A        Yes.**

(25)   Q        You had to ultimately sign off on that,

(1)                      Woodward

(2)    correct?

(3)       **A**        **Yes.**

(4)       Q        In light of what was in the Husch

(5)    Blackwell report, in light of what we talked about

(6)    here, why was Miriam Seger and Verge Ausberry not

(7)    terminated?

(8)       **A**        **There's a plethora of facts in front of**

(9)    **a record of good service, it goes on and on for**

(10)   **why and I have faith and confidence in them.**

(11)      Q        I think you stated in an interview with

(12)   WFAB in February of 2021, you said they are good

(13)   people, the reason why we didn't fire them is that

(14)   they were good people, correct?

(15)      **A**        **Correct.**

(16)                      **MS. BRYANT:    Objection to**

(17)                  **form.**

(18)      Q        You just stated here you have a lot of

(19)   faith and confidence in them.

(20)                  Reading the allegations by Sharon Lewis

(21)   and the statements by other employees and the

(22)   Husch Blackwell report of Verge Ausberry's

(23)   treatment of Ms. Lewis you still think that didn't

(24)   change your opinion of Verge Ausberry?

(25)                      **MS. BRYANT:    Objection to**

(1)                    **Woodward**

(2)              **form.**

(3)     **A        I stick with what I said.**

(4)     Q        I'm asking you, I don't want to assume

(5)     the answer, but despite what you read in the Husch

(6)     Blackwell report it didn't change your opinion of

(7)     Verge Ausberry?

(8)     **A        Yes.**

(9)     Q        Are you aware of that on Monday a

(10)    federal judge issued a ruling in Sharon Lewis'

(11)    case in federal court that Sharon Lewis had

(12)    provided sufficient evidence to show a prima facie

(13)    case that Miriam Seger acted in furtherance of a

(14)    crime to conceal the Miles report?

(15)             Are you aware of that?

(16)                    **MS. BRYANT:   Objection to**

(17)             **form.**

(18)    **A        I've heard lawyers discussing but I**

(19)    **don't know what that means or is.**

(20)    Q        You don't know what it means when

(21)    someone who is working for you, a federal judge

(22)    has found there's sufficient evidence to state in

(23)    and to rule they acted in furtherance of a crime,

(24)    you don't conceive that to be a serious issue?

(25)                    **MS. BRYANT:   Objection; form.**

(1)                        Woodward

(2)      **A        There's a million issues you guys argue**

(3)  **everyday.  I mean, I don't know, I'm clearly**

(4)  **telling you --**

(5)      Q        I'll ask you one more time and move on.

(6)  I want to be very clear on the question.

(7)           You do not find -- do you find it to be

(8)  a serious issue that one of your employees has

(9)  been found by a federal judge to have acted in

(10)  furtherance of a crime?

(11)                    MS. BRYANT:   Objection to

(12)                 form.

(13)      Q        That's a question.  You can answer.

(14)      **A        I don't know.  It's a long process and**

(15)  **there is a lot of adjudication to go and we'll**

(16)  **see.**

(17)      Q        I want to talk about Frank Wilson.

(18)           How long have you known Frank Wilson?

(19)      **A        I'd say fifteen years if I had to guess.**

(20)      Q        Whose decision was it to re-hire him in

(21)  2021?

(22)      **A        Coach Brian Kelly.**

(23)      Q        You had to sign off on that decision,

(24)  correct?

(25)      **A        Yes.**

(1)                        **Woodward**

(2)     Q        Did Verge Ausberry have any say in the

(3)    hiring of Frank Wilson?

(4)     **A        I'm sure he had an opinion with coach**

(5)    **and with me, yes.**

(6)     Q        Did you have any concern looking at the

(7)    Husch Blackwell report and everything that

(8)    happened under the Les Myles regime, did you have

(9)    any concern that Frank Wilson had worked on Les

(10)   Myles' staff?

(11)                        **MS. BRYANT:    Objection; form.**

(12)    **A        I didn't think about that specifically**

(13)   **but I was more concerned about his whole body of**

(14)   **work and his whole record and what the whole**

(15)   **process was and because of that Husch Blackwell**

(16)   **report frankly we stepped up our background checks**

(17)   **and we're very satisfied with those and all the**

(18)   **hirings Brian Kelly made.**

(19)    Q        So you did a background check on Frank

(20)   Wilson?

(21)    **A        I'll make it clear again, Ms. Rempe did**

(22)   **it and she ordered the agency to do the background**

(23)   **check.**

(24)                        **MR. ENGLISH:  We would like to**

(25)                        **see a copy of that background check**

```
(1)                    Woodward

(2)            done on Frank Wilson.

(3)                    Are you the right person?  We

(4)            need to direct that to you?

(5)                    MS. BRYANT:  You need to

(6)            direct that to LSU.

(7)                    MR. ENGLISH:  That's fine.

(8)            Thank you.

(9)    Q        Are you aware Sharon Lewis alleged that

(10)   Frank Wilson walked into her office and pulled his

(11)   penis out sometime in 2013?

(12)   A        I guess sometime it was reported in the

(13)   media or where it was, or internet.  I don't

(14)   recall.

(15)   Q        Did you undertake an investigation to

(16)   determine whether or not there was any validity to

(17)   that?

(18)   A        Our office did and the -- took care of

(19)   it through the right channels, human resources,

(20)   general counsel's office.

(21)   Q        You're saying human resources and the

(22)   general counsel's office conducted an

(23)   investigation --

(24)   A        I'm not saying that at all.  I just

(25)   assume they did.  I don't know that for a fact.
```

**Woodward**

(1)

(2)　　Q　　You didn't conduct an investigation?

(3)　　**A**　　**No.**

(4)　　Q　　Did you speak to Frank Wilson about

(5)　these allegations?

(6)　　**A**　　**No.**

(7)　　Q　　Are you aware of that, Nicole Jesse,

(8)　that it was alleged in Sharon Lewis' Complaint but

(9)　also testified in discovery in this case, were you

(10)　aware of -- I'll ask it differently.

(11)　　　　Were you made aware of Nicole Jesse, a

(12)　former LSU employee accused Frank Wilson of

(13)　forcibly kissing her against her wishes?

(14)　　　　Are you aware of that allegation?

(15)　　**A**　　**No, not until after the fact or whatever**

(16)　**came out.**

(17)　　Q　　You are aware of that now, you're aware

(18)　of it, since this has came out, you're aware that

(19)　allegation was made?

(20)　　**A**　　**Yes.**

(21)　　Q　　Did you ask Frank Wilson about this?

(22)　　**A**　　**No.**

(23)　　Q　　Did you conduct an investigation, you

(24)　personally?

(25)　　**A**　　**No.**

(1)                          **Woodward**

(2)      Q       You didn't conduct an investigation

(3)    about this issue?

(4)      **A       No.**

(5)      Q       I want to show you Exhibit 6.

(6)              I believe you have Exhibit 6.  That is a

(7)    text message.  It's a hard to read.  If you blow

(8)    it up, you see FW at the top, that's Frank Wilson?

(9)      **A       Okay.**

(10)     Q       Nicole Jesse provided that text message

(11)   that she sent to Frank Wilson stated he needs to

(12)   stop calling her because it's inappropriate and if

(13)   he has to communicate with her he needs to

(14)   communicate with Sharon Lewis.

(15)             Was it proper for Frank Wilson to be

(16)   communicating with a female employee against her

(17)   wishes?

(18)     **A       I don't know, I have no idea.**

(19)     Q       Let's assume it is for the purposes of

(20)   this question, for purposes of this question, Ms.

(21)   Nicole Jesse has stated he sent that text message

(22)   contemporaneously, okay?  Assuming that it is

(23)   correct, is it proper for a football coach to be

(24)   communicating with a female employee against her

(25)   wishes?

```
(1)                    Woodward
(2)              MS. BRYANT:    Objection to
(3)         form.
(4)     A       It's all -- it's all subjective.  I
(5)  couldn't tell you what form or how or what.  I
(6)  just -- it's an impossible question to answer.
(7)     Q       Let's ask the question in general and
(8)  then move on.
(9)             Is it proper for a football coach to be
(10)  texting and communicating with any employee, with
(11)  a female employee against their wishes, Frank
(12)  Wilson or anybody else, is that proper?
(13)                    MS. BRYANT:    Objection.
(14)    A       I don't know.  I mean I don't know in
(15)  what light it is, you know, because one minute it
(16)  could be against objections, other it could not
(17)  be.  I don't know time and space and I can't stop
(18)  and be an analyst here to figure out when and
(19)  where things come.  I'm not that smart frankly.
(20)    Q       I understand you're not that smart --
(21)  well, you're not that smart, come on, I'm not
(22)  falling for that, that's my line, that's what I'm
(23)  supposed to say to you --
(24)    A       Yours is --
(25)    Q       I'm not going to let that go.  I'm not
```

(1)                        Woodward

(2)   buying that.

(3)       **A        I'm not buying it either.**

(4)       Q        Alright, you can't steal that line, Mr.

(5)   Woodward.  You're the athletic director of LSU, I

(6)   won't let you steal that line.

(7)                In all seriousness, your job as athletic

(8)   director is to make sure that every female

(9)   employee works in an environment that's free of

(10)  sexual harassment.

(11)               Do you agree with that?

(12)      **A        Yes.**

(13)      Q        Your job as the athletic director is to

(14)  ensure every female employee or male employee for

(15)  that fact comes to work and is not being subjected

(16)  to a hostile work environment, correct?

(17)      **A        Yes.**

(18)      Q        You have that training in Title 9, I

(19)  assume since the Husch Blackwell report you have a

(20)  lot of training in Title 9?

(21)      **A        Yes.**

(22)      Q        Is it the female that gets to decide

(23)  whether or not the communication is inappropriate;

(24)  not me and you, not the coach?

(25)               Do you agree with that?

(1)                           Woodward

(2)    **A        Yes, but you said it correctly enough,**

(3)  **you got it, with all the training they tell you**

(4)  **report and that's what I would do, report, not**

(5)  **pass judgment, report.**

(6)    Q        Are you aware of that in discovery Amber

(7)  Jesse has stated that Frank Wilson sexually

(8)  harassed her, that's Nicole Jesse's sister, are

(9)  you aware of that in discovery that that has come

(10)  out?

(11)    **A        Yes.**

(12)    Q        Did you conduct an investigation?

(13)    **A        No.**

(14)    Q        Are you aware that Calise Richardson

(15)  stated in her deposition that Frank Wilson

(16)  sexually harassed her?

(17)    **A        No, but if you're telling me that I**

(18)  **believe it.**

(19)    Q        Are you aware that Keifa Sol Cromba

(20)  (sic) -- do you know her?

(21)    **A        If I do I'm just not recalling it right**

(22)  **now.**

(23)    Q        Are you aware of Keifa Sol Cromba stated

(24)  in her deposition Sharon Lewis told her that Frank

(25)  Wilson exposed himself to her?

```
(1)                        Woodward

(2)      A        Yes.

(3)      Q        Did you investigate?

(4)      A        No.

(5)      Q        Are you aware of that Sharon Lewis

(6)   stated under oath in her deposition that Frank

(7)   Wilson exposed himself to her?

(8)      A        Yes.

(9)      Q        Did you investigate?

(10)     A        No.

(11)     Q        As the athletic director of LSU, the

(12)  person who hired Frank Wilson, could you have any

(13)  concern that these multiple women accused Frank

(14)  Wilson of sexual assault and sexual harassment?

(15)                     MS. BRYANT:   Objection; form.

(16)     A        I always have concern and I assume the

(17)  proper investigation is happening.

(18)     Q        You stated, and I took you through US

(19)  state events, and we won't go back through them,

(20)  you were very clear, you said Mr. English Larry,

(21)  what I stated on that paper is what I meant and we

(22)  talked about that, and you made a very clear

(23)  statement that moving forward that would be a new

(24)  culture in LSU.

(25)                     Am I mischaracterizing what you're
```

(1)                              Woodward

(2)    saying?

(3)         **A**          **No.**

(4)         Q          How do you square those statements with

(5)    the fact that Frank Wilson remains, I think, the

(6)    second highest paid, remains employed at LSU when

(7)    these multiple women accused him of sexual

(8)    harassment and sexual assault.

(9)                   How do you square those two statements?

(10)                      **MS. BRYANT:    Objection to**

(11)                      **form.**

(12)        **A**          **By the words you just used, accused.**

(13)        Q          I'm going -- we're almost through, I

(14)   want to go to the last exhibit and that is Sharon

(15)   Lewis' termination.

(16)        **A**          **Yes, sir.**

(17)        Q          Alright.

(18)                   Whose decision was it to terminate

(19)   Sharon Lewis?

(20)        **A**          **Coach Kelly.**

(21)        Q          Did you sign off on it, correct?

(22)        **A**          **Correct.**

(23)        Q          Once again, you are the director of the

(24)   athletic department at LSU, ultimately every

(25)   decision you have to sign off on, correct?

```
(1)                    Woodward

(2)      A       Yes.

(3)                     MS. BRYANT:    Objection to

(4)             form.

(5)      Q       Did Coach Kelly tell you why he was

(6)   terminating Sharon Lewis?

(7)      A       No.

(8)      Q       Do you know whether Coach Kelly

(9)   consulted with Verge Ausberry before you

(10)  terminated Sharon Lewis?

(11)     A       I don't.

(12)                    MR. ENGLISH:  Let's take a

(13)            three minute break.  I'll review my

(14)            notes, but I think we're done so

(15)            give me a three minute break and

(16)            I'll be right back.

(17)                    (BRIEF RECESS)

(18)  CONTINUING BY

(19)  MR. ENGLISH:

(20)     Q       Just a few more questions.

(21)             Did Frank Wilson ever deny in your

(22)  presence any of the allegations that we have

(23)  discussed here this morning?

(24)                    MS. BRYANT:    Objection.

(25)     A       Not that I remember.
```

                         **Woodward**

(1)

(2)     Q      Were you ever in a meeting with Frank

(3)  Wilson where you discussed these allegations?

(4)     **A      I'm sure I was.  I just can't recall it.**

(5)     Q      Were you aware of that when you signed

(6)  that termination letter, because you signed you

(7)  were aware of it when you signed that termination

(8)  letter Sharon Lewis had a Complaint in state court

(9)  and a complaint in federal court against LSU and

(10)  specifically against you?

(11)         Are you aware of that?

(12)    **A      Yes.**

(13)    Q      You were aware when you signed that

(14)  termination letter that Sharon Lewis had also

(15)  filed an EOC Complaint against you?

(16)    **A      Yes.**

(17)    Q      Are you aware of that if an employee is

(18)  terminated after they have filed a Complaint that

(19)  that possibly raises a Title 9 and Title 7

(20)  violation if it was done for retaliatory reasons?

(21)                 **MS. BRYANT:   Objection.**

(22)    **A      I don't.**

(23)    Q      Let's go back to the termination again.

(24)         Are you aware of whether or not Coach

(25)  Kelly was aware of that Sharon Lewis filed

(1)                        Woodward

(2)    Complaints in federal and state court against LSU?

(3)       **A**         **I don't but I would assume so.**

(4)       Q         Do you know whether or not he was aware

(5)    that Sharon Lewis had filed an EOC Complaint?

(6)       **A**         **Again, I don't, but I assume.**

(7)       Q         He did make public statements he was

(8)    aware of that Sharon Lewis had accused Frank

(9)    Wilson of exposing himself to her?

(10)                   **MS. BRYANT:   Objection to**

(11)                   **form.**

(12)      **A**         **What's the question?**

(13)      Q         Do you know whether or not he was aware

(14)   that Sharon Lewis had accused Frank Wilson of

(15)   exposing himself to her?

(16)      **A**         **I don't but I assume he does.**

(17)                   **MR. ENGLISH:  Thank you for**

(18)                   **your time.  That is all the**

(19)                   **questions I have.**

(20)                   **THE WITNESS:  Thank you.**

(21)   **EXAMINATION BY**

(22)   **MS. BRYANT:**

(23)      Q         Mr. Woodward, Mr. English asked you

(24)   questions about conducting investigations.  Mr.

(25)   English asked you a line of questions about

(1)                        Woodward

(2)    conducting investigations in the athletic

(3)    department.

(4)            Do you recall that line of questioning?

(5)    **A**      **Yes.**

(6)    Q       Have you ever conducted any internal

(7)    investigations at LSU?

(8)    **A**      **No.**

(9)    Q       Have you ever conducted any internal

(10)   investigations at any point in your athletic

(11)   career?

(12)   **A**      **No.**

(13)   Q       Have you received any training on how to

(14)   conduct an investigation?

(15)   **A**      **No.**

(16)   Q       If someone were to raise a Complaint

(17)   with respect to Title 9, what's the proper

(18)   procedure of handling the Complaint?

(19)   **A**      **General counsel.**

(20)   Q       What about Title 7, what about an

(21)   employee that has a complaint about a pay

(22)   disparity or race or sex, what is the protocol?

(23)   **A**      **General counsel, I would assume.**

(24)   Q       Under no circumstances is it your

(25)   responsibility to investigate employee complaints;

(1)                       Woodward

(2)    is that correct?

(3)      **A**        **No.**

(4)      Q        Is it your responsibility to investigate

(5)    employee complaints?

(6)      **A**        **No.**

(7)      Q        Mr. English also asked you about meeting

(8)    or not meeting with Ms. Lewis.  Do you recall

(9)    those questions?

(10)     **A**        **Yes.**

(11)     Q        You testified that the chain of command

(12)   was for Ms. Lewis to first meet with Stephanie

(13)   Rempe, correct?

(14)     **A**        **Yes.**

(15)     Q        What exactly is Stephanie Rempe's role

(16)   and responsibility with respect to addressing

(17)   employee concerns?

(18)     **A**        **Stephanie Rempe was the chief operating**

(19)   **officer for the department and ran everything**

(20)   **internally.**

(21)     Q        Ms. Rempe finds there is an area of

(22)   concern, would she bring that to you?

(23)     **A**        **Yes.**

(24)     Q        At that point what would happen?

(25)     **A**        **We would make a decision.**

**Woodward**

(1)

(2)    Q        Did Ms. Rempe ever bring to your

(3)    attention any concerns she had with respect to any

(4)    allegations on behalf of Ms. Lewis?

(5)    **A        No, she did, but I mean whatever her**

(6)    **recommendation was was what I concluded with --**

(7)    Q        Did the background check conducted on

(8)    Frank Wilson reveal anything inappropriate, to

(9)    your knowledge?

(10)   **A        No.**

(11)   Q        Mr. English also asked you about if you

(12)   heard about allegations that were made by other

(13)   individuals, Calise Richardson and Jesse.  Do you

(14)   recall those questions?

(15)   **A        Yes.**

(16)   Q        And do you have any personal knowledge

(17)   about any of the underlying facts regarding those

(18)   allegations?

(19)   **A        No.**

(20)   Q        How much discretion does a head coach

(21)   have as regarding hiring and firing employees?

(22)   **A        A lot.**

(23)   Q        Was Coach Kelly advised he would have

(24)   the authority to bring in his own staff when he

(25)   was hired?

Woodward

(1)

(2)    **A        Yes.**

(3)    Q        How many employees were let go when

(4)    Coach Kelly was brought on?

(5)    **A        I would assume thirty, forty, plus.**

(6)    Q        Were there other individuals within the

(7)    recruiting department of athletics that was let go

(8)    in addition to Ms. Lewis?

(9)    **A        Yes.**

(10)   Q        She wasn't singled out in any particular

(11)   way?

(12)   **A        No.**

(13)   Q        Was Ms. Lewis' EOC a factor in her

(14)   termination?

(15)   **A        No.**

(16)   Q        Was her state court Complaint a factor

(17)   in her termination?

(18)   **A        No.**

(19)   Q        Was her federal court Complaint a factor

(20)   in her termination?

(21)   **A        No.**

(22)   Q        Mr. English also asked you questions

(23)   about the Husch Blackwell report.

(24)            Do you recall those questions?

(25)   **A        Yes.**

```
(1)                         Woodward
(2)     Q       He often asked you if you recalled
(3)  reading certain statements.
(4)          Do you recall that?
(5)     A       Yes.
(6)     Q       Did you do any independent investigation
(7)  of the Husch Blackwell report?
(8)     A       No.  No.
(9)     Q       When Mr. English asked you if you have
(10) any evidence to dispute those statements, you
(11) simply don't have any evidence because you didn't
(12) investigate, correct?
(13)    A       Correct.
(14)    Q       You're no longer a party to the federal
(15) court lawsuit; is that correct?
(16)    A       Correct.
(17)
(18)
(19)                    (Continued on next page to
(20)                        include Jurat.)
(21)
(22)
(23)
(24)
(25)
```

```
(1)                      Woodward
(2)     Q       You would not have participated or your
(3)  counsel in any discovery to sort of uncover any of
(4)  those facts, correct?
(5)     A       Correct.
(6)                      MS. BRYANT:  No further
(7)                 questions.
(8)                      Thank you.
(9)                      (Time noted:  2:06 p.m.)
(10)
(11)
(12)
(13)                      _____
(14)                      SCOTT WOODWARD
(15)
(16)  Subscribed and sworn to
(17)  before me this       day
(18)  of, 20      .
(19)
(20)  _____
(21)  Notary Public
(22)
(23)
(24)
(25)
```

```
(1)                          Woodward

(2)                            INDEX

(3)

(4)    WITNESS              EXAMINATION BY        PAGE

(5)    SCOTT WOODWARD       MR. ENGLISH              7

(6)                         MS. BRYANT             92

(7)

(8)                            oOo

(9)                          EXHIBITS

(10)

(11)    NUMBER            DESCRIPTION          PAGE

(12)

(13)    Exhibit 1   Chronicle of Higher

(14)                Education                  10

(15)    Exhibit 2   Letter                     10

(16)    Exhibit 3   Message from Interim

(17)                President Galligan and

(18)                AD Woodward                10

(19)    Exhibit 4   Charge of Discrimination   10

(20)    Exhibit 5   Letter                     10

(21)    Exhibit 6   Text                       10

(22)    Exhibit 7   Letter                     10

(23)

(24)                            oOo

(25)
```

(1)                          Woodward

(2)                         REQUESTS

(3)

(4)    DESCRIPTION                                   PAGE

(5)

(6)    (None)

(7)

(8)                            o0o

(9)

(10)

(11)

(12)

(13)

(14)

(15)

(16)

(17)

(18)

(19)

(20)

(21)

(22)

(23)

(24)

(25)

(1)                         Woodward

(2)                     CERTIFICATION

(3)    STATE OF NEW YORK    )

(4)                        )ss

(5)    COUNTY OF SUFFOLK    )

(6)

(7)         I, JOAN OCCHIOGROSSO, a stenotype reporter

(8)    and Notary Public within and for the State of New

(9)    York, do hereby certify, that:

(10)        SCOTT WOODWARD

(11)   the witness whose Examination Before Trial is

(12)   hereinbefore set forth, was duly sworn by me, and

(13)   that such Examination Before Trial is a true and

(14)   accurate record of the testimony given by said

(15)   witness.

(16)        I further certify that I am not related to

(17)   any of the parties to this action by blood or

(18)   marriage and that I am in no way interested in the

(19)   outcome of this matter.

(20)        IN WITNESS WHEREOF, I have hereunto set my

(21)   hand this 21st day of March, 2023.

(22)

(23)

(24)   _____

(25)   JOAN OCCHIOGROSSO

(1)  **ERRATA SHEET FOR: SCOTT WOODWARD**

(2)      **SCOTT WOODWARD, being duly sworn, deposes and**

(3)      **says: I have reviewed the transcript of my**

(4)      **proceeding taken on 03/16/2023. The following**

(5)      **changes are necessary to correct my testimony.**

(6)  **_____**

(7)  **PAGE LINE    CHANGE            REASON**

(8)  ----|----|--------------------|--------------

(9)  ----|----|--------------------|--------------

(10) ----|----|--------------------|--------------

(11) ----|----|--------------------|--------------

(12) ----|----|--------------------|--------------

(13) ----|----|--------------------|--------------

(14) ----|----|--------------------|--------------

(15) ----|----|--------------------|--------------

(16) ----|----|--------------------|--------------

(17) ----|----|--------------------|--------------

(18) ----|----|--------------------|--------------

(19) ----|----|--------------------|--------------

(20) ----|----|--------------------|--------------

(21)     **Witness Signature:_____**

(22) **Subscribed and sworn to, before me**

(23) **this ___ day of _____, 20 ___.**

(24) **_____      _____**

(25) **(NOTARY PUBLIC)         MY COMMISSION EXPIRES**

## A

**A&M (4)**
9:25 10:3
16:12 17:16

**a.m (1)**
1:12

**Abby (5)**
1:4 3:2 40:21
41:6,22

**able (4)**
8:13 11:4,6
67:22

**Abonour (1)**
3:16

**accent (1)**
7:24

**accept (1)**
32:15

**accepted (3)**
45:4,5 71:3

**accountabilit...**
23:4

**accurate (4)**
13:11 39:3
45:8 101:14

**accurately (1)**
34:7

**accused (11)**
39:23 41:8,24
42:11,13
83:12 88:13
89:7,12 92:8
92:14

**acquisition (2)**
68:18,23

**acted (3)**
79:13,23 80:9

**action (3)**
23:9 34:19
101:17

**acts (1)**
54:7

**AD (2)**
22:17 99:18

**addition (1)**
96:8

**address (3)**
7:11 30:9
63:13

**addressed (1)**
63:4

**addressing (1)**
94:16

**adjudication...**
80:15

**adjust (1)**
71:10

**adjustment (3)**
69:17 70:3,11

**administerin...**
5:12

**administrati...**
50:24 51:15

**advised (1)**
95:23

**advocates (1)**
34:20

**affairs (2)**
52:16 61:2

**agency (1)**
81:22

**agree (9)**
36:25 37:6,8
62:13 73:17
75:7 76:9
86:11,25

**agreed (6)**
4:6,10,13 5:3
30:23 31:5

**AGRICULT...**
1:8

**Aguilar (1)**
3:15

**ahead (5)**
7:15 27:7,8,10
66:13

**AL (2)**
1:4,9

**Alabama (3)**
71:20,22,24

**ALBERT (2)**
2:3,6

**Alexander (8)**
11:2,9,10 12:6
12:21 13:9
19:22 20:14

**Alexandria (1)**
3:10

**allegation (6)**
54:10 57:20
62:11,14
83:14,19

**allegations (...**
21:22 24:10
36:16,19,22
37:2,17 38:5
47:23 48:21
53:18 57:17
78:20 83:5
90:22 91:3
95:4,12,18

**alleged (4)**
41:22 55:6
82:9 83:8

**Alleva (2)**
11:17 12:7

**allow (1)**
18:15

**allowed (2)**
8:9 41:13

**Alright (5)**
10:25 25:2
59:5 86:4
89:17

**alumni (2)**
15:15 44:19

**Amber (1)**
87:6

**amount (1)**
43:23

**analysis (2)**
70:17 71:2

**analyst (1)**
85:18

**answer (15)**
8:8,9,13,14
12:17 17:3
18:23 38:12
41:17,18 62:5
67:22 79:5
80:13 85:6

**answered (2)**
41:16 65:17

**anticipate (1)**
8:16

**anticipation ...**
20:25

**anybody (2)**
55:10 85:12

**apologize (1)**
52:7

**apparently (1)**
71:9

**appeal (2)**
54:3 60:9

**appears (3)**
37:11,15,18

**applied (1)**
33:5

**apply (1)**
18:5

**appreciate (1)**
29:5

**appropriate ...**
14:24 23:6

**approved (1)**
12:24

**approving (1)**
13:3

**April (4)**
12:13,19,21
13:9

**area (2)**
18:7 94:21

**areas (2)**
34:23 43:6

**argue (1)**
80:2

**argumentati...**
32:13 48:9
65:18,21,22
71:15

**article (7)**
10:8,21,23
11:2,4,9,10

**asked (12)**
11:20 41:16
48:13 53:13
65:16 92:23
92:25 94:7
95:11 96:22
97:2,9

**asking (9)**
8:6 20:11 21:9
58:8 60:2
61:5 75:9
76:21 79:4

**assault (3)**
26:15 88:14
89:8

**assessing (2)**
17:4 18:19

**assistant (1)**
68:8

**assistants (1)**
13:23

**associate (14)**
44:18 50:10
64:9 68:16
69:23 70:2,7
70:10,18 71:6
71:17 72:6,9
73:11

**Association (2)**
14:17,22

**assorted (1)**
10:15

**assume (31)**
9:24,25 13:2
13:14 17:17

19:9 21:17
22:21 24:19
25:25 27:5
34:14,14 40:8
49:3 54:25
58:12,17
68:20 71:20
77:21 79:4
82:25 84:19
86:19 88:16
92:3,6,16
93:23 96:5
**assumed (2)**
61:13 77:3
**assuming (11)**
7:18 21:18
28:2 29:22
30:2 39:20,21
39:25 55:14
57:6 84:22
**assumption (2)**
24:25 65:7
**athlete (1)**
33:22
**athletes (2)**
18:6 39:22
**athletic (31)**
9:23 10:2,3
13:6 28:6
29:12 33:8
43:25 44:16
50:10 51:22
52:23 61:9
63:5 69:23
70:2,7,10,18
71:6,17 72:6
72:9 73:11
86:5,7,13
88:11 89:24
93:2,10
**athletics (81)**
9:12,15,17,20
12:22 13:17
13:23 14:25

15:3,9,17
16:6,14 17:12
17:14,22
18:11,25
19:11,12,24
20:6,12 21:19
25:6 26:17
27:15,25
29:23,24,25
30:3,4 33:9
33:11 34:15
34:15,25
35:10,17,21
35:25 36:2,21
37:19 38:3,4
38:7,8 39:8
39:21 41:8,10
41:13,24
42:16 44:18
45:24 46:14
50:8 51:17
55:7 56:24
57:2,6 58:3
59:8,10,13
62:21,23 64:8
64:9,15 65:12
66:3 67:8,11
68:8,12 96:7
**attempt (1)**
54:21
**attempting (6)**
26:24 27:21
28:24 29:6
30:13 34:25
**attention (1)**
95:3
**attorney (6)**
2:4,8,13,18 3:2
5:23
**attorneys (2)**
3:8 4:7
**August (1)**
68:7
**Ausberry (35)**

13:16,21 14:3
47:24 48:14
48:22,23
52:23 53:13
53:14 54:4,5
54:18 55:8,23
56:5,18,23
57:21 59:2,22
60:13 61:10
62:9 64:10
67:14 74:25
75:3 77:19,22
78:6,24 79:7
81:2 90:9
**Ausberry's (5)**
14:7 56:24
57:17,24
78:22
**authority (1)**
95:24
**aware (35)**
12:8 13:10
21:3,10 47:12
64:9 65:25
66:20 67:23
79:9,15 82:9
83:7,10,11,14
83:17,17,18
87:6,9,14,19
87:23 88:5
91:5,7,11,13
91:17,24,25
92:4,8,13

---

**B**

**back (20)**
9:7 11:14,15
28:19 30:19
31:8,23,24
32:4 37:17
43:3 48:11
49:6 50:12
58:14 60:24
63:24 88:19

90:16 91:23
**backed (1)**
34:19
**background ...**
81:16,19,22,25
95:7
**bad (1)**
37:25
**banned (1)**
77:22
**BARBARA (1)**
3:11
**based (13)**
17:20 22:2
31:15 37:15
37:21 38:3,5
38:21 65:11
67:24 73:4
76:5 77:5
**BASH (1)**
3:8
**Baton (2)**
2:14 7:12
**bear (1)**
6:4
**beginning (1)**
16:11
**behalf (2)**
45:9 95:4
**belief (1)**
40:13
**believe (17)**
22:3,15 38:6
45:8 46:13
52:11 53:20
54:14 57:3,9
60:17 67:6
72:21 74:9
77:22 84:6
87:18
**best (2)**
35:5,5
**better (11)**
28:23 34:9

35:6 36:9,12
36:13,14,15
38:25,25
43:22
**Bickford (1)**
3:14
**big (4)**
73:24 74:5,13
74:16
**biggest (1)**
42:24
**Blackwell (77)**
20:17 21:13,14
21:19,24 22:3
22:12 23:4
24:14,18 25:3
25:20 28:7
30:8 31:11,14
31:16,22 32:2
32:17 33:6,10
35:8,15,19,24
37:11,16 42:5
42:8,9 43:5
43:17,18,21
44:5,10,12
45:9,14 46:13
46:18 47:5,14
47:22 48:2,12
48:17 49:7,21
50:4,14 53:21
54:15 55:4,11
55:22 56:12
57:19,23
61:17,19
63:14 64:7,12
76:23 77:3,6
77:20 78:5,22
79:6 81:7,15
86:19 96:23
97:7
**blanket (1)**
38:16
**blood (1)**
101:17

**blow (1)**
84:7
**Bmelton@fa...**
3:11
**board (13)**
1:8 2:13 11:16
11:16 12:13
12:18,25 13:6
15:8,15 19:23
25:14,23
**Bobby (1)**
3:9
**body (1)**
81:13
**bonus (2)**
74:13,16
**boots (1)**
22:8
**boss (1)**
63:5
**boy (2)**
7:22 67:16
**break (4)**
28:14 66:11
90:13,15
**breakdown (3)**
47:15 50:25
51:16
**breaking (1)**
55:14
**Brian (4)**
75:4,19 80:22
81:18
**brief (5)**
28:16 49:17
76:17,18
90:17
**bring (3)**
94:22 95:2,24
**bringing (1)**
25:9
**brought (3)**
39:18,19 96:4
**Bryant (70)**

2:20 11:18
12:9,15 13:12
15:11 16:2,25
20:8 21:15
22:5 23:18,24
25:10 31:18
32:5,18 35:11
37:3,23 38:9
39:5,14 40:5
41:15 42:22
45:15,20 46:3
46:24 49:11
49:23 51:7
56:13 58:4
59:11,20 63:8
64:19 65:5,16
66:7 72:2,11
72:25 73:14
74:3,14,22
75:16,23 76:7
78:16,25
79:16,25
80:11 81:11
82:5 85:2,13
88:15 89:10
90:3,24 91:21
92:10,22 98:6
99:6
**budget (1)**
73:22
**budgets (1)**
76:11
**bunch (1)**
59:24
**business (4)**
7:11 72:23
73:21,24
**buying (2)**
86:2,3

---

**C**

**C (2)**
2:1 7:2
**C.P.L.R (2)**

5:5 6:7
**Calise (2)**
87:14 95:13
**called (5)**
11:11,14 49:20
49:23 54:6
**calling (1)**
84:12
**calls (1)**
23:8
**Camille (2)**
2:20 26:7
**campus (2)**
26:18 29:13
**care (1)**
82:18
**career (1)**
93:11
**carefully (1)**
27:12
**case (5)**
7:17 8:18
79:11,13 83:9
**cases (1)**
24:12
**cause (6)**
35:25 42:15
45:13 54:14
58:25 64:16
**caused (4)**
35:16,17 42:25
51:25
**Cbryant@m...**
2:21
**certain (2)**
56:2 97:3
**certainly (2)**
38:23 43:17
**certification ...**
4:8 101:2
**certify (2)**
101:9,16
**chain (2)**
62:18 94:11

**Chalmette (1)**
7:22
**championshi...**
71:24 72:19
74:10
**championshi...**
71:19 72:8,17
73:13 75:14
75:14,20,21
**chance (1)**
36:8
**change (4)**
34:18 78:24
79:6 102:7
**changes (2)**
27:13 102:5
**changing (1)**
34:23
**channels (1)**
82:19
**characteriza...**
39:3
**charge (3)**
67:5,8 99:19
**charged (2)**
18:16 64:20
**check (4)**
81:19,23,25
95:7
**checks (1)**
81:16
**chief (4)**
14:23 15:8
64:21 94:18
**children (2)**
14:7,11
**Chronicle (3)**
10:7,10 99:13
**circumstanc...**
27:18 47:6
93:24
**cite (1)**
33:12,14,16
49:14

**civil (1)**
6:8
**claimed (1)**
51:21
**cleaner (1)**
50:2
**clear (17)**
8:25 15:19
24:13,22 29:4
29:19 30:14
36:10 51:8
58:20 67:2
73:21 75:10
80:6 81:21
88:20,22
**clearer (1)**
29:9
**clearly (5)**
26:18 29:20
70:16 76:13
80:3
**climate (1)**
33:24
**close (3)**
14:9,12,13
**coach (19)**
33:22 34:8
42:13 51:21
74:20 75:4,6
80:22 81:4
84:23 85:9
86:24 89:20
90:5,8 91:24
95:20,23 96:4
**coaches (1)**
18:8
**Colleague (1)**
16:18
**College (2)**
1:9 14:22
**Colleges (1)**
14:17
**come (13)**
37:9 42:7,8

47:7 48:11
49:6 58:14
63:24 71:22
71:22 85:19
85:21 87:9
**comes (1)**
86:15
**coming (1)**
38:5
**command (2)**
62:18 94:11
**COMMISSI...**
102:25
**commitment...**
28:22 33:22
34:17
**committee (1)**
40:25
**committing (1)**
41:24
**communicat...**
24:9 26:25
27:21 28:24
29:6 30:13
34:25 84:13
84:14
**communicati...**
29:18 30:2
33:25 84:16
84:24 85:10
**communicati...**
27:3,25 86:23
**communities...**
28:2
**community (5)**
30:4 34:10,16
34:20 35:2
**compare (2)**
71:25 72:10
**compared (3)**
69:24 70:9
71:7
**comparing (1)**
71:8

**compensatio...**
76:5
**compete (2)**
75:13,20
**complained (2)**
53:11 67:14
**complaint (23)**
40:20 47:19,20
54:4 55:8
62:7 66:14,21
66:23 67:18
67:20,24 83:8
91:8,9,15,18
92:5 93:16,18
93:21 96:16
96:19
**complaints (...**
18:8,24 19:13
19:23 20:2,5
20:6 41:3
46:16,17
47:11 52:20
61:7 92:2
93:25 94:5
**compliance (3)**
16:23 17:5
19:14
**complicated ...**
17:3
**complying (3)**
17:14,23,25
**conceal (1)**
79:14
**conceive (1)**
79:24
**concern (11)**
43:6,8 52:24
59:2 61:11
64:16 81:6,9
88:13,16
94:22
**concerned (3)**
36:6,8 81:13
**concerns (4)**

59:3 66:6
94:17 95:3
**conclude (1)**
55:10
**concluded (1)**
95:6
**conclusion (1)**
73:7
**concurred (1)**
73:8
**concurrence ...**
19:19
**conduct (10)**
6:5 57:17,18
57:24 64:17
83:2,23 84:2
87:12 93:14
**conducted (7)**
5:6 18:12
46:23 82:22
93:6,9 95:7
**conducting (3)**
20:22 92:24
93:2
**conference (4)**
5:6,9,16 6:6
**confidence (2)**
78:10,19
**confidential ...**
26:14
**confirmed (4)**
55:4,22 57:19
64:13
**confirming (1)**
5:15
**conflict (2)**
15:24 32:8
**confused (1)**
35:18
**consent (1)**
5:18
**considered (1)**
5:18
**consistently (...**

75:13,19
**consulted (1)**
90:9
**contempora...**
84:22
**contents (1)**
30:23
**context (1)**
65:25
**continue (1)**
34:21
**Continued (1)**
97:19
**CONTINUI...**
28:17 49:18
76:19 90:18
**contract (2)**
13:3 74:21
**contributed (...**
71:18 72:7
73:12
**control (6)**
5:10 14:25
15:9 19:3
37:18 38:8
**Convention (1)**
2:14
**conversation...**
13:24 26:16
75:12
**COO (7)**
18:15 19:17
20:3 43:4,12
43:14 71:2
**coordinator ...**
53:16 54:9
**copy (3)**
5:24 6:7 81:25
**correct (51)**
15:17,18,20,21
16:15 18:2
22:22 23:17
24:24 25:9
30:24 31:6

39:11,13
50:13,14,15
57:4 58:21
59:10,18,19
61:14 62:24
69:18,19
72:24 74:2,16
74:21 75:22
76:6 77:23
78:2,14,15
80:24 84:23
86:16 89:21
89:22,25 94:2
94:13 97:12
97:13,15,16
98:4,5 102:5
**correcting (2)**
65:3,14
**correctly (3)**
18:12 22:4
87:2
**correlation (1)**
76:12
**corresponde...**
52:10
**costs (1)**
6:5
**counsel (12)**
5:4,7 6:1 11:5
37:8 47:4
49:9 63:15
77:8 93:19,23
98:3
**counsel's (8)**
46:6,21,22
48:7 49:4
64:22 82:20
82:22
**Counselor (1)**
72:14
**counselor's (1)**
47:9
**count (1)**
67:7

**country (1)**
16:15
**COUNTY (1)**
101:5
**couple (2)**
23:13 54:11
**course (2)**
39:16 55:24
**court (13)**
1:2 3:3 4:17
5:7,11,14
79:11 91:8,9
92:2 96:16,19
97:15
**creating (1)**
57:18
**credence (1)**
20:13
**crime (3)**
79:14,23 80:10
**criticism (1)**
74:19
**Cromba (2)**
87:19,23
**cry (1)**
8:4
**culture (7)**
35:20 36:2,5
41:14 58:24
64:5 88:24
**current (4)**
44:17 50:10
69:25 70:9

**D**

**D (2)**
7:2,2
**Dallas (1)**
16:12
**Danos (1)**
3:9
**Darius (1)**
36:18
**date (2)**

10:13,17
**Davis (2)**
36:18 60:17
**day (6)**
8:17 56:4
73:19 98:17
101:21
102:23
**day-to-day (2)**
15:16 18:19
**Dear (1)**
16:18
**debated (1)**
33:3
**December (1)**
67:13
**decide (1)**
86:22
**decided (1)**
58:6
**decision (11)**
19:16 25:22
70:22,24,25
77:16 80:20
80:23 89:18
89:25 94:25
**dedicate (1)**
34:21
**deep (3)**
36:2 42:15,20
**deeper (1)**
35:20
**Define (1)**
34:13
**deny (1)**
90:21
**department (...**
13:23 15:10,17
17:14,23
18:11,16,20
19:7,24 20:2
20:3,6,13
25:6 28:22
29:12,23,25

30:3,4 33:8
33:10,11
34:22 35:2,10
35:17,21 36:3
36:21 37:19
38:7,8,15
39:2,9,20,22
41:8,10,13,24
42:16,21
43:15,25
44:16,18
45:24 50:8
51:22 56:25
58:3 59:10
62:21,24 64:8
66:3 68:12
89:24 93:3
94:19 96:7
**departments...**
16:14
**deposed (1)**
6:8
**deposes (1)**
102:2
**deposition (12)**
1:14 5:6,13 6:5
7:18 8:5,17
31:24 47:9
87:15,24 88:6
**deputy (3)**
53:16 54:8
57:2
**describe (1)**
37:10
**described (3)**
44:5 76:3,4
**DESCRIPTI...**
99:11 100:4
**designated (1)**
26:13
**despite (2)**
53:15 79:5
**detail (1)**
21:20

**details (1)**
38:18
**determinatio...**
70:20
**determine (4)**
17:13 41:12
56:17 82:16
**different (2)**
13:4 65:10
**differently (2)**
19:24 83:10
**difficult (1)**
12:4
**direct (4)**
28:11 63:12
82:4,6
**directed (7)**
11:17 12:7
18:25 19:2,12
19:18 46:16
**directly (2)**
30:2 43:12
**director (33)**
9:12,23 10:2,3
12:22 13:7
15:3 19:11
21:19 27:14
29:24 35:25
38:4,4 46:11
46:15 57:2,6
59:8,13 63:5
64:10,15
65:12 67:8,11
68:9,17 86:5
86:8,13 88:11
89:23
**directors (10)**
69:23 70:2,8
70:10,18 71:6
71:17 72:7,10
73:12
**disagree (6)**
33:11 45:13
51:4,19,25

53:2
**disagreed (1)**
33:15
**disciplined (2)**
44:14 50:7
**discovery (5)**
8:18 83:9 87:6
87:9 98:3
**discretion (1)**
95:20
**Discriminati...**
99:19
**discuss (5)**
61:23 62:3,9
63:7,15
**discussed (4)**
33:3 47:4
90:23 91:3
**discussing (1)**
79:18
**discussion (3)**
46:7 60:7 77:7
**discussions (4)**
12:12,18,20
25:13
**disparity (1)**
93:22
**dispute (3)**
61:18 62:13
97:10
**disputes (1)**
56:11
**distressed (2)**
50:23 51:14
**DISTRICT (2)**
1:2,2
**dive (1)**
42:20
**document (15)**
26:5 28:10
30:7 32:22
33:20 49:9,10
49:12 66:18
66:25 69:4,6

69:12,13,15
documents (1)
10:15
doing (8)
18:5,17 22:9
  36:13 40:9,12
  57:21 58:11
dollar (1)
74:21
dollars (1)
73:23
domestic (2)
26:15 27:11
doubt (2)
51:3,18
draft (1)
26:22
Drive (1)
3:9
duly (3)
7:3 101:12
  102:2
DUNBAR (1)
2:12
duties (5)
9:19 69:14,22
  70:6 71:5
duty (1)
65:13

_____
E

E (2)
2:1,1
easy (3)
27:8,10 52:5
educate (1)
18:5
education (6)
9:19 10:7,11
  33:23 36:13
  99:14
EEOC (5)
66:9,14,21
  67:20,23

effect (1)
4:16
either (1)
86:3
elite (2)
75:4,6
Elizabeth (1)
3:16
Email (7)
2:9,11,11,16
  2:21 3:6,11
emailed (1)
5:25
emphasis (2)
33:23 34:3
employed (1)
89:6
employee (20)
26:12 44:16,17
  50:8,10 55:25
  63:2 83:12
  84:16,24
  85:10,11 86:9
  86:14,14
  91:17 93:21
  93:25 94:5,17
employees (10)
18:5 36:21
  39:23 55:22
  57:22 71:13
  78:21 80:8
  95:21 96:3
encountered ...
17:21 53:12
ended (1)
46:15
English (28)
2:7,10 7:8,14
  7:15 11:20,25
  23:21 28:12
  28:18 49:15
  49:19 72:14
  76:16,20
  81:24 82:7

88:20 90:12
  90:19 92:17
  92:23,25 94:7
  95:11 96:22
  97:9 99:5
Englishlaw2...
2:9,11
ensure (2)
15:14 86:14
entire (2)
44:13 50:6
enumerate (1)
77:14
enumerated ...
29:20
environment...
42:25 52:21
  59:15 61:8,24
  64:8 86:9,16
EOC (3)
91:15 92:5
  96:13
epithelial (1)
38:19
ERRATA (1)
102:1
errors (1)
32:23
Esq (12)
2:3,6,7,10,15
  2:20 3:5,11
  3:14,15,15,16
established (3)
43:16 60:10,12
ET (2)
1:4,9
evaluation (1)
17:13
evaluations (1)
17:10
event (1)
35:9
events (2)
35:7 88:19

everybody (2)
19:12 73:24
everyday (1)
80:3
evidence (7)
45:11 51:24
  56:11 79:12
  79:22 97:10
  97:11
exactly (2)
58:23 94:15
examination ...
7:7 33:21
  92:21 99:4
  101:11,13
examination(...
4:14
examine (1)
27:12
examined (1)
7:6
exceptions (1)
26:13
executive (3)
14:23 15:8
  57:2
exercise (1)
14:24
exerting (1)
15:15
exhibit (21)
5:23,24 6:3
  10:6,7,11
  22:16 28:5,20
  66:9 68:2
  84:5,6 89:14
  99:13,15,16
  99:19,20,21
  99:22
exhibits (4)
5:22 10:16
  36:11 99:9
expect (1)
8:3

experience (2)
9:17 38:3
expertise (1)
23:11
EXPIRES (1)
102:25
explain (2)
32:21 70:13
explicit (3)
29:3,19 30:15
explicitly (1)
35:4
exposed (2)
87:25 88:7
exposing (2)
92:9,15
express (1)
5:17
extending (1)
16:12
extent (1)
16:7
external (1)
27:24
externally (1)
27:4
extraordinar...
25:8
extremely (1)
26:12

_____
F

F (5)
11:10 12:20
  13:9 19:22
  20:14
facie (1)
79:12
fact (8)
19:5 21:7 45:3
  49:5 82:25
  83:15 86:15
  89:5
factor (4)

74:6 96:13,16
96:19
**factors (5)**
73:3,4 74:6
76:4,13
**facts (6)**
8:7 38:14,17
78:8 95:17
98:4
**fade (2)**
9:6,6
**failing (4)**
44:15 48:15
50:7 53:15
**failure (3)**
48:23 52:24
61:10
**failures (1)**
72:15
**fair (1)**
35:14
**FAIRCLOT...**
3:8
**faith (2)**
78:10,19
**falling (1)**
85:22
**familiar (11)**
11:12 14:16,18
15:5,13 16:17
16:18 20:10
20:16 40:20
40:22
**fast (1)**
43:3
**February (1)**
78:12
**federal (8)**
79:10,11,21
80:9 91:9
92:2 96:19
97:14
**feel (3)**
8:11 65:12

66:4
**female (10)**
36:20,22 39:23
63:2 84:16,24
85:11 86:8,14
86:22
**field (1)**
76:6
**fifteen (2)**
10:2 80:19
**figure (1)**
85:18
**figuring (1)**
40:9
**filed (6)**
66:15,21 91:15
91:18,25 92:5
**final (3)**
13:2 70:24,25
**Finally (1)**
34:17
**find (6)**
18:9 40:3
42:24 54:21
80:7,7
**finding (6)**
52:2,18,18
53:20 56:11
61:4
**findings (7)**
33:7,9 36:16
43:23 44:4
54:14 77:5
**finds (2)**
23:5 94:21
**fine (3)**
11:8 16:20
82:7
**fire (3)**
11:17 12:7
78:13
**fired (1)**
75:11
**firing (1)**

95:21
**firm (1)**
25:9
**first (9)**
7:3 23:15
50:19 51:9
53:8 54:12
69:3 72:21
94:12
**firsthand (2)**
19:9 25:25
**fix (7)**
39:8,11,12,19
42:21 43:13
58:25
**fixing (1)**
45:24
**flaky (1)**
9:5
**flawed (3)**
22:13 31:14
32:11
**focus (2)**
33:6 40:11
**folks (1)**
40:9
**followers (1)**
72:15
**following (3)**
50:22 51:13
102:4
**follows (1)**
7:6
**football (25)**
36:24 39:22
41:7,23 42:11
42:13 44:17
44:18 50:9
55:22 69:23
70:8,19 71:7
71:18 73:21
73:22,24,25
74:20 75:10
76:6 77:23

84:23 85:9
**footnote (2)**
55:17,18
**force (1)**
4:15
**forcibly (1)**
83:13
**form (55)**
4:11 11:19
12:10,16
13:13 16:3
17:2 20:9
21:16 22:6
25:11 31:19
32:6,19 35:12
37:4,24 38:10
39:6,15 40:6
44:15 45:16
45:21 46:4,25
50:7 58:5
59:11 63:9
64:19 65:6
71:16 72:3,12
73:2,15 74:4
74:15,23
75:17,24 76:8
78:17 79:2,17
79:25 80:12
81:11 85:3,5
88:15 89:11
90:4 92:11
**formally (2)**
52:20 61:7
**former (2)**
46:10 83:12
**forms (1)**
17:5
**forth (1)**
101:12
**forty (1)**
96:5
**forward (7)**
19:13 29:13
33:5 36:10

40:11 43:10
88:23
**fostering (1)**
33:24
**found (6)**
23:24 24:3
61:19 63:25
79:22 80:9
**four (3)**
67:4,5 72:8
**fourth (1)**
67:7
**Frank (26)**
80:17,18 81:3
81:9,19 82:2
82:10 83:4,12
83:21 84:8,11
84:15 85:11
87:7,15,24
88:6,12,13
89:5 90:21
91:2 92:8,14
95:8
**frankly (2)**
81:16 85:19
**free (2)**
8:11 86:9
**freeze (1)**
30:18
**friend (1)**
14:9
**front (6)**
10:18 22:18
28:10 40:25
66:24 78:8
**froze (6)**
11:24 24:15
30:17 50:11
59:4 70:5
**frozen (1)**
37:13
**full (2)**
9:8 17:15
**fully (6)**

30:7 31:9,25
32:10,15
43:19
**FURR (1)**
2:15
**Furrs@phel...**
2:16
**further (5)**
4:10,13 5:22
98:6 101:16
**furtherance ...**
79:13,23 80:10
**future (1)**
27:19
**FW (1)**
84:8

———————
**G**
**Galligan (10)**
22:17,25 23:3
24:8 26:24
27:20 30:9
31:3 32:3
99:17
**game (1)**
74:11
**games (1)**
77:23
**general (16)**
43:7 46:6,21
46:22 47:4,9
48:6 49:4
63:15 64:22
77:8 82:20,22
85:7 93:19,23
**generally (2)**
17:25 18:18
**Georgia (1)**
72:4
**getting (2)**
36:12,12
**give (7)**
23:21 49:16,24
59:5 67:3

69:17 90:15
**given (3)**
17:10 69:13
101:14
**giving (1)**
69:16
**Gize (1)**
36:18
**GLINCHEY...**
2:18
**go (33)**
9:4 19:14 28:5
33:19 34:4,6
42:6 46:17
48:10 49:21
50:19 52:4,6
52:8,9 53:5,8
55:17 60:23
66:9,13 67:3
67:4 68:2
73:5 74:8
80:15 85:25
88:19 89:14
91:23 96:3,7
**God (1)**
13:19
**godfather (3)**
14:6,8,10
**goes (4)**
62:21 72:16
73:5 78:9
**going (48)**
7:21 8:10,16
11:21 12:4
15:22 16:4
17:11 18:20
22:10 25:5
28:19 30:20
36:10,11
38:15,24,25
39:8,21 40:10
40:11,16
41:12 42:16
42:19 43:3,9

43:9,13 46:16
49:14,21,24
50:2 51:9
52:6 60:5,23
66:5 69:16
71:15 72:7
75:11,21
77:23 85:25
89:13
**good (7)**
7:14 30:15
33:3 76:12
78:9,12,14
**great (4)**
21:20 53:12
72:21 74:11
**greater (4)**
28:2 29:11
30:4 35:2
**ground (2)**
17:16 22:8
**GROUP (1)**
3:1
**guess (3)**
72:4 80:19
82:12
**guide (1)**
23:11
**guidelines (1)**
15:19
**gun (1)**
77:15
**guys (1)**
80:2

———————
**H**
**hand (2)**
32:9 101:21
**handled (5)**
19:23 21:23
22:4 45:19
46:2
**handling (2)**
24:11 93:18

**hands (1)**
17:15
**Hank (1)**
3:9
**haphazard (1)**
44:5
**happen (2)**
40:15 94:24
**happened (5)**
24:23 39:2,9
45:7 81:8
**happening (7)**
15:20 27:19
40:2,4 64:18
66:2 88:17
**happens (3)**
59:9 62:23
73:5
**happy (1)**
36:6
**harassed (2)**
87:8,16
**harassing (1)**
36:20
**harassment (...**
39:24 41:9,25
42:12,14,19
44:21 54:7
55:6 59:16
86:10 88:14
89:8
**hard (2)**
38:13 84:7
**head (4)**
42:13 68:11
77:15 95:20
**health (2)**
51:2,16
**healthy (1)**
33:24
**hear (6)**
11:25 23:8
24:16 35:22
59:6,7

**heard (3)**
56:6 79:18
95:12
**held (1)**
1:15
**helps (1)**
18:21
**hereinbefore...**
101:12
**hereto (1)**
4:8
**hereunto (1)**
101:20
**Hey (1)**
29:20
**higher (4)**
9:18 10:7,10
99:13
**highest (1)**
89:6
**hire (1)**
12:7
**hired (12)**
12:14,22 13:10
13:17,18
16:23 24:24
57:4 58:3
74:20 88:12
95:25
**hiring (11)**
10:6 11:3
12:24 15:24
16:5 24:17
25:19 57:7
69:3 81:3
95:21
**hirings (1)**
81:18
**history (2)**
9:13,14
**hit (1)**
17:16
**Hold (3)**
23:21 33:18

68:7
**hollered (1)**
56:5
**hollering (1)**
55:23
**honest (1)**
75:12
**hostile (4)**
51:23 61:24
64:7 86:16
**HR (1)**
68:11
**human (8)**
52:16 61:3
64:22 68:16
68:18,23
82:19,21
**hundred (3)**
72:19 73:23
74:21
**Husch (77)**
20:16 21:12,13
21:19,24 22:2
22:12 23:4
24:14,17 25:3
25:20 28:7
30:8 31:10,14
31:16,21 32:2
32:17 33:6,10
35:8,15,19,24
37:11,16 42:5
42:8,9 43:4
43:17,18,21
44:4,10,12
45:9,14 46:13
46:18 47:5,14
47:22 48:2,12
48:17 49:7,21
50:3,14 53:20
54:15 55:4,11
55:21 56:11
57:19,23
61:16,18
63:14 64:6,12

76:23 77:3,5
77:20 78:4,22
79:5 81:7,15
86:19 96:23
97:7

_____
**I**
**idea (3)**
16:4 22:7
84:18
**identificatio...**
10:12,17
**identity (1)**
5:15
**immediate (1)**
23:9
**implemented...**
43:3
**important (4)**
23:10 29:11
34:5 40:13
**impossible (1)**
85:6
**inaccurate (2)**
40:18,19
**inappropriat...**
55:6 84:12
86:23 95:8
**inch (1)**
32:22
**incident (1)**
55:5
**incidents (3)**
37:22 53:11
60:16
**include (1)**
97:20
**including (3)**
52:23 55:7
61:10
**incorrect (2)**
53:21 65:15
**increase (1)**
57:10

**independent ...**
64:13 97:6
**INDEX (1)**
99:2
**indicated (1)**
61:12
**indication (6)**
20:4 52:15,19
52:19 60:25
61:6
**individual (1)**
19:8
**individuals (4)**
23:5 36:20
95:13 96:6
**industry (6)**
34:10,11,13,15
76:2,3
**influence (1)**
15:16
**information ...**
26:2 38:17,20
53:19 54:13
55:9 61:18,24
65:25
**input (2)**
25:19 34:19
**inside (4)**
27:25 34:25
35:20 36:2
**institution (2)**
17:17 29:11
**intercollegia...**
14:25
**interest (1)**
64:17
**interested (2)**
9:14 101:18
**interfere (1)**
55:2
**interim (4)**
9:23 22:16
27:14 99:16
**internal (3)**

27:24 93:6,9
**internally (3)**
18:16 27:3
94:20
**internet (2)**
9:5 82:13
**interpreting ...**
31:21
**interrupt (3)**
8:10,12 42:2
**interview (2)**
55:4 78:11
**interviews (1)**
55:21
**invest (1)**
30:10
**investigate (...**
48:4,5,19,20
61:13 63:16
63:18 88:3,9
93:25 94:4
97:12
**investigated ...**
40:8 47:10
48:14 52:20
53:14,17
54:10 58:15
61:7 63:22
**investigating...**
40:9 61:14
**investigation...**
21:4,23 22:4,9
23:12,16
24:12 41:11
44:6,8 45:19
45:25 46:19
46:20,23 49:2
50:23 51:14
52:22 55:2
56:15,17 58:2
58:7,11 60:8
60:15 61:5,9
82:15,23 83:2
83:23 84:2

87:12 88:17
93:14 97:6
**investigation...**
92:24 93:2,7
93:10
**involved (3)**
17:16 65:8,13
**ironic (1)**
44:19
**issue (6)**
16:13 17:6
61:20 79:24
80:8 84:3
**issued (3)**
23:15 67:23
79:10
**issues (12)**
8:19,20 17:19
24:19,21,23
25:5 39:10
42:24 43:8
50:16 80:2
**item (1)**
10:9
**items (1)**
10:14

_____
**J**
**Jacobs (1)**
3:8
**James (1)**
11:15
**Jenny (4)**
46:8,10,17
47:8
**jeopardy (2)**
75:15,21
**Jesse (6)**
83:7,11 84:10
84:21 87:7
95:13
**Jesse's (1)**
87:8
**JOAN (4)**

1:16 7:3
101:7,25
**job (5)**
74:11 75:14,21
86:7,13
**Joe (2)**
11:17 12:7
**Joyce (1)**
68:14
**Juban's (1)**
11:11
**judge (3)**
79:10,21 80:9
**judgment (2)**
38:14 87:5
**jumps (1)**
71:4
**Jurat (1)**
97:20
**justice (1)**
23:8

**K**

**KAREN (1)**
3:5
**Karen@tem...**
3:6
**Keifa (2)**
87:19,23
**Kelly (10)**
75:4,19 80:22
81:18 89:20
90:5,8 91:25
95:23 96:4
**Kennedy (1)**
72:14
**kind (5)**
9:19 37:9
41:14 42:17
59:16
**kinds (1)**
42:17
**King (5)**
11:10 12:21

13:9 19:22
20:14
**kissing (1)**
83:13
**knew (2)**
19:4 43:5
**know (63)**
8:2,23 13:14
13:15 15:12
17:15 18:14
18:21 19:4,9
22:10,11 26:7
27:15 30:7
31:9,25 33:14
33:15,17 34:8
34:15 38:18
39:9,20 45:10
46:5,8,22
49:4 50:20
51:10 52:11
53:6 56:3,4
58:10 65:22
67:25 68:14
68:15,15,17
68:20,21
71:20,23
73:16 77:2
79:19,20 80:3
80:14 82:25
84:18 85:14
85:14,15,17
87:20 90:8
92:4,13
**knowing (1)**
38:14
**knowledge (3)**
26:14 95:9,16
**known (1)**
80:18

**L**

**lack (5)**
36:15 43:8,22
50:24 51:15

**Lake (1)**
7:12
**Lane (1)**
2:4
**Lansing (1)**
3:4
**Larry (7)**
2:7,10 7:14,15
30:16 50:11
88:20
**law (2)**
5:19 25:9
**lawsuit (1)**
97:15
**lawyer (8)**
8:10,22 26:23
49:20,22 60:9
63:20 77:10
**lawyers (2)**
30:15 79:18
**lazy (1)**
49:23
**Leach (1)**
11:15
**lead (3)**
38:6 53:20
55:10
**leader (1)**
34:10
**leadership (4)**
26:11 37:18
38:6,7
**leads (1)**
45:7
**legal (3)**
3:1 52:16 61:2
**LegalView/Z...**
5:10
**Les (8)**
21:4,23 36:17
36:17 37:17
42:7 81:8,9
**let's (13)**
33:6 42:6 52:5

66:9 71:4
72:22 73:21
75:10 76:16
84:19 85:7
90:12 91:23
**letter (12)**
16:18 28:6
67:24 68:3,8
69:2 91:6,8
91:14 99:15
99:20,22
**level (1)**
42:18
**Lewis (63)**
2:4,8 3:16 7:16
41:21 43:22
43:24 44:9,16
44:20 45:19
46:2 47:15,23
50:9,23 51:14
51:21 52:10
53:10 54:6,19
55:5,24 56:19
57:16,20,24
59:14 60:10
61:23 62:3
64:10,14 65:3
66:5,14,21,24
68:3 69:14
71:8 72:20
78:20,23
79:11 82:9
84:14 87:24
88:5 89:19
90:6,10 91:8
91:14,25 92:5
92:8,14 94:8
94:12 95:4
96:8
**Lewis' (15)**
47:10,19,20
48:21 52:17
52:20 60:8
61:3,7 62:7

73:17 79:10
83:8 89:15
96:13
**Lexitas (1)**
5:11
**liaison (1)**
9:20
**liberty (1)**
72:13
**life (1)**
34:22
**light (6)**
58:18,24 64:4
78:4,5 85:15
**limited (1)**
26:13
**line (12)**
40:18 69:22,25
70:7,10 71:5
85:22 86:4,6
92:25 93:4
102:7
**listen (5)**
18:23 37:8
40:24 58:19
66:6
**listening (1)**
23:9
**litigation (3)**
5:20 6:9 20:25
**little (1)**
72:13
**LLC (1)**
3:8
**LLP (1)**
2:12
**locations (1)**
5:8
**lodged (1)**
44:20
**long (6)**
8:17 17:3
44:16 50:9
80:14,18

longer (2)
66:12 97:14
look (6)
17:24 35:20
36:2,5 60:15
63:18
looked (3)
17:22 63:22
73:22
looking (3)
7:15 51:10
81:6
lost (1)
72:9
lot (16)
8:18 32:22
33:4 72:16
73:3,4 74:5,6
74:19 76:10
76:13 77:2
78:18 80:15
86:20 95:22
Louisiana (11)
1:2,8 2:9,13,14
2:19 7:13,22
7:23,23 9:5
low (2)
76:11,11
LSU (49)
9:11,20 10:4,6
11:3 12:12,14
12:22,25 13:5
13:7,17 16:14
16:22,24
17:13 18:11
24:20 25:6,14
25:14 26:12
28:2 30:4
35:9,9,21
39:21 41:8,12
41:23 42:16
46:11 51:2,17
72:18 73:18
74:10 75:5

82:6 83:12
86:5 88:11,24
89:6,24 91:9
92:2 93:7

_____

**M**

Magdalen (1)
3:14
Maiden (1)
2:4
main (1)
17:24
major (1)
16:13
making (3)
8:22 27:17
71:9
male (1)
86:14
Mall (1)
3:3
management...
61:3 68:17,19
68:23
managerial (1)
48:15
mandatory (1)
53:15
manner (1)
5:17
March (2)
1:11 101:21
Marcus (2)
68:17,21
marked (3)
5:23 10:11,16
market (1)
75:5
marriage (1)
101:18
Mary (1)
11:15
Mason (2)
8:3,3

matter (3)
25:3 34:4
101:19
matters (2)
6:9 23:4
MC (1)
2:18
McDiarmid (...
3:15
mean (6)
29:8,20 72:18
80:3 85:14
95:5
means (2)
79:19,20
meant (1)
88:21
MECHANI...
1:9
media (1)
82:13
meet (9)
62:8,10,16,19
63:4,6 67:12
67:15 94:12
meeting (10)
5:10 12:8 13:3
19:23 61:22
62:2 63:10
91:2 94:7,8
MELTON (2)
3:8,11
member (1)
34:8
members (6)
11:16,16 12:13
12:19 13:5
51:22
memo (2)
26:6,11
memorialize...
29:21
memory (1)
46:9

mental (5)
47:15 50:25,25
51:16,16
mentioned (1)
46:20
message (5)
22:16 84:7,10
84:21 99:16
Michigan (1)
3:4
MIDDLE (1)
1:2
Miles (10)
21:4,23 22:3
36:17,17
37:17 42:7
51:21 55:5
79:14
million (3)
73:23 74:21
80:2
mind (2)
22:11 60:21
minute (5)
28:13 49:16
85:15 90:13
90:15
minutes (1)
28:15
Miriam (11)
19:8,15 46:16
47:23 48:21
48:22 57:18
60:13 76:22
78:6 79:13
mis-stateme...
32:23
mischaracter...
88:25
model (1)
34:22
Molly (1)
3:15
Monday (1)

79:9
morning (5)
7:14 11:5 26:6
26:10 90:23
move (7)
15:23 29:13
65:18 66:3
73:10 80:5
85:8
moving (2)
19:13 88:23
multiple (2)
88:13 89:7
Myles (1)
81:8
Myles' (1)
81:10

_____

**N**

N (1)
2:1
Nall (3)
68:2,8,10
name (7)
7:9,14,15 9:8
30:23 31:3
38:22
national (8)
71:18,23 72:8
72:16,19
73:12 74:10
75:14
nationally (1)
73:13
NCAA (6)
15:7,13 71:18
72:8 73:12
75:20
NCC (1)
72:10
necessarily (1)
77:7
necessary (3)
8:5 27:13

102:5
**need (7)**
5:12 8:23
10:20 64:16
66:4 82:4,5
**needed (1)**
33:21
**needs (2)**
84:11,13
**negatives (2)**
17:18,21
**never (3)**
54:9 56:4
60:21
**new (10)**
1:17 2:5,5,19
7:5 69:14,16
88:23 101:3,8
**Nicole (5)**
83:7,11 84:10
84:21 87:8
**nine (2)**
9:22,25
**non-complia...**
17:6
**north (1)**
7:23
**Notary (6)**
1:17 4:15 7:4
98:21 101:8
102:25
**noted (3)**
52:10 53:10
98:9
**notes (1)**
90:14
**Notice (1)**
1:15
**notwithstand...**
6:6
**November (1)**
67:13
**number (7)**
14:20 18:2,3

58:2 66:23,24
99:11
**numerous (1)**
16:10

___

**O**

**O (3)**
7:2,2,2
**o'clock (1)**
1:12
**o0o (3)**
6:10 99:24
100:8
**oath (2)**
5:12 88:6
**object (2)**
11:18 37:9
**objected (2)**
38:11 41:17
**objection (60)**
8:23,24 12:9
12:15 13:12
15:11 16:2,25
20:8 21:15
22:5 25:10
31:18 32:5,18
35:11 37:3,23
38:9 39:5,14
40:5 41:15
42:22 45:15
45:20 46:3,24
56:13 58:4
59:11,20 63:8
64:19 65:5
66:7 72:2,11
72:25 73:14
74:3,14,22
75:16,23 76:7
78:16,25
79:16,25
80:11 81:11
85:2,13 88:15
89:10 90:3,24
91:21 92:10

**objections (3)**
4:11 8:22
85:16
**obligation (1)**
6:6
**obligations (1)**
26:18
**obviously (7)**
18:18 21:7
25:5 38:21
40:7 65:8
77:3
**OCCHIOG...**
1:16 7:4 101:7
101:25
**occurred (1)**
27:17
**office (21)**
19:2,6 26:16
46:7,21,23
47:9 48:7,14
49:4 52:16,16
53:14 61:2,2
64:22 68:18
82:10,18,20
82:22
**officer (4)**
5:11 19:14
64:21 94:19
**officially (1)**
14:8
**officials (3)**
18:8 52:23
61:9
**Oh (1)**
17:24
**okay (20)**
8:15 9:15,18
17:8 24:7
28:4 33:8,19
46:12,18
49:15,16,22
49:24 53:25
56:23 69:10

76:21 84:9,22
**old (1)**
8:2
**once (2)**
43:4 89:23
**ones (1)**
17:24
**ongoing (3)**
18:13 42:18
54:25
**oOo (2)**
4:20 99:8
**open (1)**
77:10
**operating (3)**
18:19 64:21
94:18
**operation (1)**
44:17
**operations (6)**
15:16 50:9
55:22 69:24
70:8 71:7
**opine (1)**
38:18
**opinion (9)**
17:7 22:12
24:14 31:20
38:16 45:18
78:24 79:6
81:4
**opinionated ...**
22:14
**opinions (1)**
32:24
**order (1)**
75:6
**ordered (1)**
81:22
**organization...**
39:11,12
**Orleans (1)**
2:19
**outcome (1)**

101:19
**outside (1)**
23:11
**overlap (1)**
15:12
**owe (1)**
27:11
**Owens (5)**
1:4 3:2 40:21
41:6,22

___

**P**

**P (2)**
2:1,1
**p.m (1)**
98:9
**page (19)**
49:13 50:3,19
51:9 52:4,6,8
53:5 55:18,18
60:5,6,23
67:4 97:19
99:4,11 100:4
102:7
**paid (2)**
51:17 89:6
**paper (2)**
21:6 88:21
**paragraph (...**
23:18,23,23
27:7 50:4,5
50:13,20 51:9
51:11 52:8,9
52:11,12 53:3
53:8 55:3
60:10,24,25
67:7,7 69:20
70:6
**paragraphs (1)**
26:5
**Pardon (1)**
49:11
**part (5)**
9:19 29:11

33:20 39:17
45:23
**participants ...**
18:3
**participated ...**
98:2
**participating...**
5:9
**particular (2)**
29:7 96:10
**parties (5)**
4:7 5:4,18 6:4
101:17
**partner (2)**
68:18,23
**party (4)**
6:8,8 13:15
97:14
**pass (1)**
87:5
**pay (3)**
75:5,5 93:21
**pays (1)**
51:2
**peers (3)**
69:24 70:9
71:9
**penis (1)**
82:11
**people (8)**
12:24 57:23
58:10 59:16
61:13 76:10
78:13,14
**percent (2)**
19:25 72:19
**period (2)**
17:11 18:10
**Perry (2)**
8:2,3
**person (5)**
44:13 50:6
58:2 82:3
88:12

**personal (4)**
14:3,14 64:17
95:16
**personally (4)**
48:6 58:7
65:13 83:24
**PHELPS (1)**
2:12
**phonetic (1)**
36:19
**pinpoint (1)**
49:13
**place (4)**
5:13 23:17
41:14 42:25
**plaintiff (1)**
7:16
**plaintiffs (5)**
1:15 40:21
41:7,22 42:10
**players (4)**
36:24 41:7,23
42:11
**please (2)**
7:24 9:9
**plethora (1)**
78:8
**PLLC (1)**
2:18
**plus (1)**
96:5
**PM (12)**
44:6,8,15
45:18,25
46:20 52:18
52:24 60:7,14
61:4,11
**point (3)**
72:23 93:10
94:24
**position (3)**
9:11 57:11
73:18
**positive (1)**

21:17
**positives (1)**
17:18
**possession (1)**
6:1
**possibly (1)**
91:19
**post (1)**
19:5
**potential (2)**
52:21 61:8
**Poydras (1)**
2:19
**practice (1)**
46:15
**precipitated ...**
24:17
**presence (1)**
90:22
**present (7)**
3:14 5:4 9:11
22:9 24:21
67:8,11
**presented (1)**
5:25
**presenting (1)**
5:23
**president (8)**
22:17 25:15,23
27:14 30:9
32:3 72:14
99:17
**pretty (2)**
30:15 36:25
**prevent (1)**
27:18
**previous (3)**
12:19,21 38:4
**prima (1)**
79:12
**printed (1)**
11:5
**prior (1)**
6:1

**problems (2)**
24:20 39:13
**procedure (1)**
93:18
**proceeding (1)**
102:4
**process (2)**
80:14 81:15
**profanities (1)**
54:6
**professional ...**
14:3,14
**program (2)**
15:2 75:10
**promise (2)**
9:6 65:22
**promoted (1)**
57:3
**proper (11)**
18:3 40:8
62:18 63:10
64:23 84:15
84:23 85:9,12
88:17 93:17
**Prospect (1)**
2:8
**protocol (2)**
64:23 93:22
**proven (1)**
32:24
**provided (2)**
79:12 84:10
**public (7)**
1:17 4:15 7:5
92:7 98:21
101:8 102:25
**publicity (1)**
35:16
**pull (2)**
28:11 66:25
**pulled (1)**
82:10
**purportedly ...**
53:12

**purpose (2)**
5:20 15:14
**purposes (2)**
84:19,20
**pursuant (2)**
1:15 5:5
**put (5)**
8:24 10:20
23:22 55:25
77:15

___

**Q**

**quarterback ...**
72:22
**question (37)**
4:11 6:4 8:8,13
11:19,21,22
13:4 15:22
21:9 25:16
32:13 35:18
37:14,25 40:2
42:14 44:7
48:11 54:12
60:2,21 65:10
66:17,20
67:23 70:21
71:14,15
73:20 80:6,13
84:20,20 85:6
85:7 92:12
**questioned (1)**
74:25
**questioning (3)**
6:3 75:2 93:4
**questions (16)**
8:6,9 23:13
31:9 40:17
54:11 73:9
90:20 92:19
92:24,25 94:9
95:14 96:22
96:24 98:7
**quickly (1)**
9:16

**quote (1)**
72:14

---

**R**

**R (2)**
2:1 7:2
**race (1)**
93:22
**raise (1)**
93:16
**raises (1)**
91:19
**ran (1)**
94:19
**re-ask (2)**
40:2 51:8
**re-hire (1)**
80:20
**re-read (2)**
69:8,9
**read (50)**
10:21,23 11:4
11:6 21:5,18
21:19,21,22
22:2,22 23:3
24:4,5,6 26:3
26:9 31:8
38:23 41:3
42:7 43:16,18
43:21 44:2,4
44:8,12,22,24
45:5 47:14,18
47:18,20
48:12 49:7,9
50:13 52:14
54:20 62:7,11
63:14 64:12
64:25 69:4,20
79:5 84:7
**reading (11)**
22:12 23:19
26:10 33:2
47:25 48:16
56:8 67:17

70:4 78:20
97:3
**ready (2)**
9:3,4
**real (1)**
25:17
**really (2)**
18:16 40:11
**realm (1)**
18:6
**reason (5)**
51:3,18 64:6
78:13 102:7
**reasons (3)**
77:2,21 91:20
**recall (22)**
13:19,20,25
16:11 21:2,5
21:7 33:12
36:9 41:4
58:16 60:4
64:3 66:19
77:13 82:14
91:4 93:4
94:8 95:14
96:24 97:4
**recalled (1)**
97:2
**recalling (1)**
87:21
**receive (1)**
16:9
**received (4)**
50:25 51:16
74:16 93:13
**recess (5)**
28:16 49:17
76:17,18
90:17
**recognize (1)**
33:21
**recollection (...**
33:2
**recommenda...**

45:4 71:3,10
73:7 95:6
**recommenda...**
30:8 31:10
32:2,10,15,16
33:4 43:19
**recommende...**
33:7
**record (15)**
8:25,25 9:2,8
24:13 28:14
28:19 40:18
50:2 69:21
71:25 72:10
78:9 81:14
101:14
**recorded (1)**
5:16
**recording (1)**
5:17
**records (1)**
32:23
**recounts (1)**
11:2
**recruit (1)**
75:6
**recruited (1)**
13:5
**recruiting (6)**
44:19 69:24
70:8,19 71:7
96:7
**rectify (1)**
40:14
**referred (2)**
10:9,14
**referring (1)**
49:12
**refined (1)**
37:14
**refresh (1)**
46:9
**refused (3)**
62:10,16 67:12

**regarding (4)**
6:3 52:20
95:17,21
**regime (1)**
81:8
**reinforcing (1)**
26:12
**reject (1)**
32:16
**related (5)**
43:9 47:5
53:11 54:2
101:16
**relations (1)**
44:19
**relationship ...**
14:2,4,14
**release (9)**
21:12,13 35:8
35:14,19,24
42:8 76:22
77:20
**released (2)**
20:19 28:8
**relevant (2)**
8:20 60:22
**remaining (1)**
13:22
**remains (2)**
89:5,6
**remember (8)**
26:20,21 29:15
47:25 48:16
56:8 67:17
90:25
**remote (1)**
5:8
**remotely (2)**
1:15 5:14
**remove (2)**
52:17 61:4
**Rempe (22)**
18:15 20:4
43:4 46:6

47:3 48:6
58:14 62:19
63:11,12,13
63:21 64:21
65:9 70:17
73:7 77:12
81:21 94:13
94:18,21 95:2
**Rempe's (1)**
94:15
**renewed (1)**
33:23
**Repeat (1)**
35:22
**repeatedly (2)**
55:24 62:8
**report (80)**
19:10 20:17,22
20:24 21:13
21:14,20,24
22:3,12 23:16
25:20 26:14
28:7 31:14,17
31:22 32:11
32:17 33:7
35:9,15,20,25
36:16 37:12
37:16 42:6,8
42:9 43:5,17
43:18,21 44:5
44:10,12,15
45:9 46:13,18
47:5,15,22
48:2,17,23
49:8,22 50:4
50:8,14 52:24
54:15,20
55:11 57:19
60:11,12
61:11,19
63:14 64:7,12
76:23 77:4,6
77:20 78:5,22
79:6,14 81:7

81:16 86:19
87:4,4,5
96:23 97:7
**reported (10)**
18:17 19:5,6
20:7 48:22
53:16 54:3,8
55:5 82:12
**reporter (5)**
1:16 5:7,14 7:4
101:7
**reporting (5)**
5:11 18:7,10
18:10 26:19
**reports (4)**
44:20 48:15
53:15 57:20
**represent (1)**
7:16
**request (4)**
52:17 61:4
63:21,23
**REQUESTS ...**
100:2
**required (5)**
25:7 26:14
42:21 60:11
75:5
**requirement...**
18:10
**reserved (1)**
4:12
**resistance (1)**
53:12
**resolved (2)**
52:17 61:3
**resource (3)**
68:16,19,23
**resources (6)**
30:10 52:17
61:3 64:22
82:19,21
**respect (3)**
93:17 94:16

95:3
**respective (1)**
4:7
**responsibilit...**
14:24 27:16
45:23 59:18
63:6 93:25
94:4,16
**responsible (6)**
29:25 43:13
59:9,14 62:20
62:23
**restate (4)**
7:21,25 35:17
44:6
**Restaurant (1)**
11:11
**retaliated (1)**
63:3
**retaliating (1)**
64:11
**retaliation (6)**
47:11,23 52:22
61:8 62:9
67:15
**retaliatory (1)**
91:20
**reveal (1)**
95:8
**review (3)**
42:15 45:25
90:13
**reviewed (2)**
45:7 102:3
**rewarded (2)**
72:23 73:25
**Richardson (2)**
87:14 95:13
**right (16)**
11:3 21:8
23:10 31:11
40:12 41:20
58:23 64:21
67:23 72:22

75:3,11 82:3
82:19 87:21
90:16
**rightfully (2)**
58:19 64:5
**righting (1)**
27:16
**role (3)**
9:22 65:2
94:15
**roles (1)**
26:14
**room (2)**
11:14,15
**Rouge (2)**
2:14 7:12
**Rudy (1)**
3:15
**rule (6)**
14:16,18,21
15:5,25 79:23
**rules (2)**
15:7,19
**ruling (1)**
79:10
**running (1)**
17:16
**runs (1)**
18:15

_____
**S**

**S (2)**
2:1 7:2
**SACS (2)**
15:13,14
**safe (3)**
14:13 29:13
35:7
**salaries (1)**
76:11
**salary (7)**
57:10 69:17,25
70:3,9,11
71:11

**satisfied (1)**
81:17
**saw (1)**
36:7
**saying (20)**
25:4 32:9,11
38:24 39:4
42:10 43:13
55:15 63:2,6
64:10 65:2
69:2,15 70:14
70:15,23
82:21,24 89:2
**says (28)**
11:9,10 23:3
26:10 27:2,7
27:22 28:21
29:8,10 30:14
31:9 33:19
34:3,7,17
35:4 50:5
51:13 52:9
53:10 55:3,21
60:25 67:8,11
71:5 102:3
**school (1)**
72:7
**Schools (2)**
14:17,22
**Scott (15)**
1:14 2:18 7:10
9:10 28:6
43:12 63:4
67:9,12 69:3
98:14 99:5
101:10 102:1
102:2
**scream (3)**
8:4 54:6,19
**screamed (1)**
56:5
**screaming (1)**
55:23
**sealing (1)**

4:8
**SEC (4)**
69:25 70:9
75:13,20
**second (11)**
11:23 23:22
33:18 49:25
52:6,14 53:9
59:5 60:10
67:3 89:6
**section (1)**
5:5
**secured (1)**
23:11
**see (13)**
8:7 20:4,11,12
20:12 23:19
23:25 26:7
29:2 66:17
80:16 81:25
84:8
**Seeger (7)**
48:13 52:23
53:13 54:4
55:4 61:10
62:9
**seek (1)**
34:22
**seen (3)**
54:5,18 55:9
**Seger (12)**
19:8,15 46:16
47:24 48:22
48:23 53:13
57:18 60:13
76:22 78:6
79:13
**senate (1)**
40:25
**senior (1)**
38:7
**sent (2)**
84:11,21
**sentence (3)**

52:14 53:9
54:2
**separate (1)**
5:8
**serious (8)**
25:5 27:22
36:15,19,22
37:2 79:24
80:8
**seriously (1)**
24:10
**seriousness (2)**
37:16 86:7
**service (2)**
5:11 78:9
**set (2)**
101:12,20
**seven (1)**
19:25
**sex (1)**
93:22
**sexual (18)**
26:15 27:11
39:24,24 41:9
41:9,25,25
42:12,12,14
42:18 44:20
86:10 88:14
88:14 89:7,8
**sexually (3)**
36:20 87:7,16
**shared (2)**
26:6,11
**Sharon (62)**
2:4,8 3:16 7:16
41:21 43:22
43:24 44:9,16
45:19 46:2
47:10,15,18
47:20,22
48:21 50:9,23
51:14 56:2,7
56:19 57:16
57:20,24

59:14 60:8,10
61:23 62:3,7
64:10,13 65:3
66:5,14,21,24
68:3 69:14
71:8 72:20
73:17 78:20
79:10,11 82:9
83:8 84:14
87:24 88:5
89:14,19 90:6
90:10 91:8,14
91:25 92:5,8
92:14
**Sharon's (3)**
69:22 70:6
71:5
**SHEET (1)**
102:1
**Shore (1)**
7:12
**shortcoming...**
30:10
**show (4)**
22:15 27:6
79:12 84:5
**shows (1)**
40:18
**Shreveport (2)**
2:9 9:4
**sic (1)**
87:20
**sign (5)**
57:7 77:25
80:23 89:21
89:25
**Signature (1)**
102:21
**signed (7)**
31:4 38:22
57:13 91:5,6
91:7,13
**significant (3)**
35:9 43:23

57:10
**signing (2)**
4:8 26:21
**silent (1)**
24:6
**siloed (1)**
20:7
**siloing (1)**
19:25
**similar (1)**
27:18
**simple (2)**
25:17,18
**simply (1)**
97:11
**singled (1)**
96:10
**sir (6)**
7:20 14:15
22:8 28:3
68:13 89:16
**sister (1)**
87:8
**sit (1)**
66:4
**sitting (1)**
9:4
**situation (4)**
39:17 42:17
65:3,14
**situations (1)**
47:6
**six (5)**
19:25 26:5
41:7,23 42:10
**sixteen (1)**
10:2
**smart (3)**
85:19,20,21
**SOBEL (1)**
3:8
**Sol (2)**
87:19,23
**solely (1)**

76:9
**sorry (5)**
35:22 52:4,5,7
53:23
**sort (1)**
98:3
**Southern (2)**
14:17,21
**space (1)**
85:17
**speak (7)**
7:23 13:16,21
20:21 38:19
59:22 83:4
**speaking (2)**
29:22,23
**specific (5)**
33:9 55:7 60:2
60:12 61:19
**specifically (...**
18:21 32:25
36:9 43:7
61:5 65:9
69:20 70:13
73:6 81:12
91:10
**specificity (1)**
49:22
**specifics (1)**
77:13
**spell (1)**
14:19
**spoken (1)**
59:24
**sports (2)**
18:3,4
**square (2)**
89:4,9
**ss (1)**
101:4
**staff (7)**
26:17 33:22
34:8 51:22
65:8 81:10

95:24
**STAFFORD...**
2:18
**stand (1)**
34:9
**standpoint (2)**
16:5 17:25
**Stanley (1)**
3:8
**start (4)**
27:8 28:19
53:8 72:22
**started (3)**
9:18 16:22
58:22
**starting (3)**
36:17,17 42:6
**starts (2)**
26:6 69:2
**state (20)**
1:8,17 2:13 7:5
9:8 16:23
19:22 20:24
22:11 40:25
47:2 51:25
74:17 79:22
88:19 91:8
92:2 96:16
101:3,8
**stated (26)**
13:9 15:20
19:22 36:11
44:13 46:14
46:18 47:3
48:13 57:22
59:17 60:9
66:25 70:16
75:4 76:14
78:11,18
84:11,21 87:7
87:15,23 88:6
88:18,21
**statement (53)**
13:11 17:20

20:14 22:20
22:22 23:14
23:15 24:4,9
26:3,25 27:21
28:25 29:7,7
29:10,18 30:6
30:13,22,24
31:2,3,4,5,8
31:13,23,24
32:4 33:20
34:2,5,6,18
35:3 38:24
44:22,25 45:8
45:14 48:13
50:17 51:4,5
51:19 52:2
55:11 66:10
67:5 70:15
75:7 88:23
**statements (...**
22:25 38:22,23
49:10 58:25
78:21 89:4,9
92:7 97:3,10
**states (5)**
1:2 14:22
19:10 50:22
66:24
**steal (2)**
86:4,6
**stenotype (3)**
1:16 7:4 101:7
**step (1)**
25:8
**Stephanie (22)**
18:15 20:4
43:4 46:6
47:3 48:6
49:3 58:13,14
62:19 63:11
63:12,13,21
64:20 65:9
70:17 73:7
77:12 94:12

94:15,18
**stepped (1)**
81:16
**steps (3)**
23:7 30:9 32:3
**Stewart (4)**
46:8,10,17
47:8
**stick (1)**
79:3
**STIPULAT...**
4:6,10,13 5:3
5:22
**STIPULATI...**
4:4
**stop (7)**
8:11,11,24
11:3 31:11
84:12 85:17
**straight (2)**
9:2 42:4
**Street (3)**
2:8,14,19
**strengthenin...**
30:11
**strictly (1)**
25:22
**strive (1)**
34:9
**strong (1)**
17:7
**stronger (1)**
33:21
**structure (1)**
30:11
**student (4)**
18:6 33:22
34:7 36:23
**students (2)**
36:21 42:13
**studying (1)**
31:21
**stuff (1)**
56:4

**subjected (9)**
36:23 43:25
44:9 59:15,17
61:25,25 65:4
86:15
**subjecting (2)**
39:23 42:11
**subjective (1)**
85:4
**subscribed (4)**
4:14,16 98:16
102:22
**subsequently...**
45:6
**success (4)**
72:15,24 76:5
76:11
**sue (1)**
67:24
**sufficient (2)**
79:12,22
**SUFFOLK (1)**
101:5
**suggest (1)**
72:18
**suggested (2)**
31:10 32:2
**suggesting (1)**
72:20
**suggestions (1)**
43:20
**supervisor (1)**
25:14
**supervisors (...**
1:8 2:13 12:13
12:19,25 13:6
15:8,15 25:14
25:23
**supply (1)**
6:7
**support (7)**
30:8 31:10,25
32:10 43:19
50:24 51:15

**supposed (3)**
8:12,12 85:23
**sure (16)**
8:25 16:10
19:4 26:9
27:17 39:17
40:12,14 41:4
56:20 64:2,17
77:2 81:4
86:8 91:4
**surrounding ...**
35:8,15 60:16
**survivors (1)**
34:19
**SUSAN (1)**
2:15
**suspend (1)**
77:17
**suspended (4)**
76:22,25 77:14
77:19
**sworn (8)**
4:14,16 5:14
7:3 98:16
101:12 102:2
102:22

— **T** —

**T (2)**
7:2,2
**take (29)**
8:19 9:16 10:6
17:12 22:24
23:6,22 24:10
25:8 27:15
28:13 31:23
31:24 35:25
41:14 42:15
42:20,25 49:8
50:3 57:25
60:5 64:16
66:11 69:9
71:16 72:13
76:16 90:12

**taken (6)**
1:14 7:18
23:17 30:9
32:3 102:4
**talent (2)**
68:18,22
**talk (9)**
8:7 10:5 37:10
41:21 54:17
54:22 71:4
77:9 80:17
**talked (8)**
19:20 54:13
55:9 58:18
63:23 77:9
78:5 88:22
**talking (9)**
22:13 26:23
34:12 37:20
43:11 52:18
60:14 61:4
63:19
**team (2)**
39:22 65:8
**telephone (1)**
56:6
**tell (22)**
16:6,19 21:11
22:10 32:25
33:17 43:2,6
45:11,13 48:8
63:24 66:5
68:22 69:6,7
73:6 74:9
77:11 85:5
87:3 90:5
**telling (3)**
66:12 80:4
87:17
**TEMPERA...**
3:1
**tenure (1)**
44:21
**term (3)**

37:9 43:7,22
**terminate (1)**
89:18
**terminated (3)**
78:7 90:10
91:18
**terminating ...**
90:6
**termination ...**
89:15 91:6,7
91:14,23
96:14,17,20
**terms (4)**
18:9 29:7
31:15 71:9
**testified (4)**
7:6 47:8 83:9
94:11
**testify (1)**
8:21
**testifying (1)**
65:11
**testimony (4)**
40:24 64:25
101:14 102:5
**Texas (4)**
9:25 10:3
16:12 17:15
**text (4)**
84:7,10,21
99:21
**texting (1)**
85:10
**Thank (5)**
74:12 82:8
92:17,20 98:8
**theme (1)**
43:7
**thick (1)**
7:23
**thing (6)**
26:10 40:12,13
63:19,20
64:22

**things (9)**
7:21 18:4 22:7
27:12 36:13
43:3 56:2
59:25 85:19
**think (24)**
8:19 13:19
15:24 26:5
29:3,19 30:14
31:14,16
37:13 44:24
45:2 56:3
65:7 67:4
70:16 73:22
73:22 74:8
78:11,23
81:12 89:5
90:14
**third (5)**
50:4,5 52:12
60:24 67:6
**thirty (1)**
96:5
**thought (4)**
21:5 22:11
31:13 75:3
**thoughts (1)**
23:2
**thousand (1)**
72:15
**three (6)**
71:18 72:5,8
73:12 90:13
90:15
**time (21)**
4:12 17:11
23:7 25:15
40:7 43:2,17
44:17 50:9
57:4 60:19
69:9,17 70:3
70:12 74:8,9
80:5 85:17
92:18 98:9

**timeframe (2)**
42:3,6
**timeline (1)**
58:20
**times (1)**
16:10
**timing (1)**
41:19
**title (54)**
16:8,9,13,23
17:5,6,12,14
17:18,22,23
18:2,6,8,21
18:24 19:2,6
19:11,13,14
19:23 20:2,5
20:5 24:11
26:15 43:8
46:10,15,17
47:5 48:14,24
52:15,24
53:11,14,16
54:3,3,9
56:24 61:2,11
69:13,14,16
86:18,20
91:19,19
93:17,20
**today (5)**
9:5 45:12,13
64:25 65:12
**told (5)**
21:6 47:10
58:9 67:14
87:24
**top (2)**
13:22 84:8
**torrid (1)**
40:16
**training (8)**
16:7,9 33:23
36:12 86:18
86:20 87:3
93:13

**transcript (2)**
6:7 102:3
**Tray (2)**
36:18 60:17
**treatment (5)**
51:2,17 55:7
61:24 78:23
**trial (3)**
4:12 101:11,13
**tried (1)**
62:8
**true (2)**
55:12 101:13
**TRUSZKO...**
3:5
**truth (1)**
8:7
**try (3)**
26:4 40:3
42:20
**trying (7)**
24:8,22 32:13
48:10 65:20
65:21,24
**twenty (1)**
73:18
**two (12)**
11:16 28:13,14
32:22 38:22
38:23 42:13
58:2 67:4,5
72:4 89:9

_____
U
_____
**U (1)**
16:12
**ultimate (3)**
14:23 15:9
77:16
**ultimately (10)**
29:24 30:22
31:4 59:9,14
59:17 62:20
62:22 77:25

89:24
**un (1)**
40:15
**unauthorize...**
5:19
**uncle/godfat...**
14:9
**uncover (1)**
98:3
**underlying (1)**
95:17
**understand (...**
7:24,25 18:14
25:4 32:14
39:10,13,25
42:20 48:10
56:3 65:20,24
74:7 76:4,15
85:20
**understands ...**
26:18
**undertake (6)**
41:11 45:24
48:25 56:15
56:16 82:15
**UNITED (1)**
1:2
**universal (1)**
34:5
**university (20)**
1:8 2:13 9:21
9:24 14:23
15:9 16:11
23:6 25:8,15
25:24 26:11
29:13 30:11
44:14 50:6
52:19 53:17
54:9 61:6
**unwavering ...**
28:21
**usually (1)**
76:12

| | | | | |
|---|---|---|---|---|
| **V** | walked (1) | we've (1) | 5:8,12,13,24 | 41:1 42:1 |
| validity (2) | 82:10 | 58:18 | 5:25 6:3 | 43:1,12 44:1 |
| 48:21 82:16 | want (29) | Wendy (2) | 11:24 12:3 | 45:1 46:1 |
| VAN-LARE ... | 8:13,19 10:5 | 68:8,10 | 24:2 92:20 | 47:1 48:1 |
| 2:3,6 | 17:24 22:15 | went (2) | 99:4 101:11 | 49:1 50:1 |
| various (1) | 22:24 23:13 | 9:25 37:17 | 101:15,20 | 51:1 52:1 |
| 51:22 | 24:5 27:15 | weren't (1) | 102:21 | 53:1 54:1 |
| verbatim (1) | 28:5,12 30:7 | 58:20 | witness' (1) | 55:1 56:1 |
| 49:10 | 31:9,25 35:4 | Werner (1) | 5:15 | 57:1 58:1,8 |
| Verge (30) | 49:8 50:19 | 11:15 | witnessed (1) | 59:1 60:1,3 |
| 13:16,21 14:2 | 52:4,8,9 53:5 | West (1) | 56:18 | 61:1 62:1 |
| 14:6 47:24 | 55:17 63:4 | 7:12 | witnesses (8) | 63:1,5 64:1,4 |
| 48:22,23 56:2 | 71:16 79:4 | WFAB (1) | 45:12 54:5,18 | 65:1 66:1,11 |
| 56:5,18,23,24 | 80:6,17 84:5 | 78:12 | 54:21 56:10 | 67:1,9,12,15 |
| 57:17,21,23 | 89:14 | WHEREOF ... | 56:17 61:18 | 67:15 68:1 |
| 59:2,22,24 | wanted (1) | 101:20 | 64:13 | 69:1,3 70:1 |
| 60:13 64:10 | 39:20 | Whitfield (1) | witnessing (1) | 71:1,23 72:1 |
| 67:13 74:25 | Washington ... | 68:14 | 55:23 | 73:1 74:1 |
| 75:3 77:19 | 9:22,24 16:11 | Williams (1) | women (6) | 75:1 76:1,21 |
| 78:6,22,24 | wasn't (6) | 11:15 | 36:22 41:10 | 77:1 78:1 |
| 79:7 81:2 | 31:15 58:6 | Wilson (26) | 42:11,19 | 79:1 80:1 |
| 90:9 | 64:5 75:2,3 | 80:17,18 81:3 | 88:13 89:7 | 81:1 82:1 |
| victims (1) | 96:10 | 81:9,20 82:2 | won (4) | 83:1 84:1 |
| 27:11 | watch (2) | 82:10 83:4,12 | 71:23 72:8,18 | 85:1 86:1,5 |
| video (4) | 56:16 64:18 | 83:21 84:8,11 | 74:10 | 87:1 88:1 |
| 5:6,9,16 6:5 | way (16) | 84:15 85:12 | Woodward (... | 89:1 90:1 |
| vigilant (1) | 13:4,15 17:7 | 87:7,15,25 | 1:14 2:18 7:1 | 91:1 92:1,23 |
| 43:9 | 21:7 36:18 | 88:7,12,14 | 7:10 8:1 9:1 | 93:1 94:1 |
| violation (2) | 38:2 42:7 | 89:5 90:21 | 9:10 10:1 | 95:1 96:1 |
| 5:19 91:20 | 45:10 65:10 | 91:3 92:9,14 | 11:1 12:1 | 97:1 98:1,14 |
| violations (2) | 65:11 71:16 | 95:8 | 13:1 14:1 | 99:1,5,18 |
| 60:11,13 | 74:11,24 75:2 | win (2) | 15:1 16:1 | 100:1 101:1 |
| violence (7) | 96:11 101:18 | 75:10 76:10 | 17:1 18:1 | 101:10 102:1 |
| 27:12 36:23 | we'll (6) | winning (2) | 19:1 20:1 | 102:2 |
| 39:24 41:9,25 | 41:21 48:11 | 73:25 74:17 | 21:1 22:1,17 | word (1) |
| 42:12,18 | 49:6 65:18 | wish (2) | 23:1 24:1 | 36:16 |
| Virginia (1) | 73:10 80:15 | 70:2,11 | 25:1 26:1 | words (1) |
| 3:10 | we're (13) | wishes (4) | 27:1 28:1,6 | 89:12 |
| | 18:4 26:10 | 83:13 84:17,25 | 29:1 30:1 | work (12) |
| **W** | 38:24,25 | 85:11 | 31:1 32:1,8 | 9:13,14,17 |
| W (2) | 40:12 43:9,13 | withdraw (4) | 33:1,15 34:1 | 18:17 27:7,8 |
| 7:2,2 | 49:20,23 | 25:16,17 60:21 | 35:1 36:1 | 27:10 29:12 |
| waived (1) | 63:19 81:17 | 73:19 | 37:1 38:1,21 | 34:21 81:14 |
| 4:9 | 89:13 90:14 | witness (15) | 39:1 40:1 | 86:15,16 |

worked (2)
16:6 81:9
workers (1)
36:23
working (6)
9:17 52:21
59:14 61:8
64:8 79:21
works (1)
86:9
worms (1)
77:10
wouldn't (3)
13:14 45:10
63:18
writing (2)
26:20 29:15
written (4)
5:18 29:4,21
67:4
wrong (2)
32:24 65:7
wrongdoing ...
23:5
wrongs (1)
27:16
wrote (1)
30:15

**X**

**Y**

Yarborough ...
3:9
yeah (2)
58:16 70:16
year (1)
77:23
years (3)
55:25 73:18
80:19
yell (2)
54:5,18
York (6)
1:18 2:5,5 7:5

101:3,9
Yorktown (1)
3:9

**Z**

**0**

03/16/2023 (1)
102:4

**1**

1 (5)
10:6,7,11
36:11 99:13
10 (7)
99:14,15,18,19
99:20,21,22
10038 (1)
2:5
105 (1)
3:9
11:10 (1)
1:12
125 (1)
2:4
14th (1)
68:7
16 (1)
1:11
166 (2)
55:17,18
16th (4)
12:13,19,21
13:10

**2**

2 (4)
28:5,20 36:11
99:15
2-7 (1)
10:16
2:06 (1)
98:9
20 (2)
98:18 102:23

2000 (2)
9:18,20
2005 (2)
9:20,21
2008 (1)
9:22
2009 (1)
9:21
2011 (1)
16:18
2013 (2)
47:16 82:11
2019 (7)
10:3 12:13,21
13:10 58:22
58:23 64:6
2020 (4)
58:21 67:13,13
68:7
2021 (2)
78:12 80:21
2023 (2)
1:11 101:21
21st (1)
101:21

**3**

3 (3)
22:16 52:9
99:16
3113(d) (1)
5:5
3810 (1)
7:12

**4**

4 (4)
66:9,23,24
99:19
400 (1)
2:14
47 (1)
50:3
48912 (1)
3:4

**5**

5 (2)
68:2 99:20
5.2B (3)
14:16,21 15:25
503 (1)
3:3
51 (2)
50:19 51:9

**6**

6 (3)
84:5,6 99:21
601 (1)
2:19
65 (2)
53:5 55:19
66 (3)
52:8 60:6,23

**7**

7 (4)
91:19 93:20
99:5,22
70130 (1)
2:19
70802 (1)
2:14
70808 (1)
7:13
71104 (1)
2:9
71301 (1)
3:10
73 (12)
44:6,8,15
45:18,25
46:20 52:18
52:25 60:7,14
61:4,11

**8**

835 (1)
2:8

**9**

9 (48)
16:8,9,13,23
17:5,6,12,14
17:18,22,23
18:2,6,8,21
18:24 19:2,6
19:11,13,14
19:23 20:2,5
20:5 24:11
26:15 43:8
46:10,15,17
47:5 48:14,24
52:15,24
53:11,14,16
54:3,3,9 61:2
61:11 86:18
86:20 91:19
93:17
92 (1)
99:6