UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**SHARON LEWIS,**  **CIVIL ACTION**
    Plaintiff

**VERSUS**  **NO. 21-198-SM-RLB**

**LOUISIANA STATE UNIVERSITY, ET AL.,**
    Defendants

# ORDER

Considering Plaintiff's foregoing Motion to Enforce Court's Order (R. Doc. 340) and Compel Louisiana State University Board of Supervisors to Produce Concealment Requests No. 1, No. 2, and No. 5 and Rule 37 Sanctions[1] and subsequent Motion to Enforce Court's Discovery Order Directing Louisiana State University Board of Supervisors to Produce Privilege Logs for Concealment Requests No. 1, No. 2, and No. 5 and Rule 37 Sanctions and Expedited Consideration;[2]

**IT IS ORDERED** that the Plaintiff's request for expedited consideration is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant Board of Supervisors of Louisiana State University and Agricultural and Mechanical College will file its opposition by **Friday, July 7, 2023, at noon.**

New Orleans, Louisiana, this 5th day of July, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 359.
[2] R. Doc. 361.

1