UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

SHARON LEWIS,                                           CIVIL ACTION
    Plaintiff

VERSUS                                                  NO. 21-198-SM-RLB

LOUISIANA STATE UNIVERSITY, ET AL.,
    Defendants

## ORDER

Considering Plaintiff's Motion to Serve Subpoena for Deposition of Leslie Miles on Peter Ginsburg, Esq., Attorney for Leslie Miles on Behalf of Leslie Miles[1] and the memorandum in opposition filed by Mr. Miles;[2]

**IT IS ORDERED** that Plaintiff is required to file a reply in support of her motion on or before **Wednesday, July 12, 2023.**

**New Orleans, Louisiana, this 5th day of July, 2023.**

                                        **SUSIE MORGAN**
                          **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 354.
[2] R. Doc. 358.