UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**SHARON LEWIS,**                                                                                **CIVIL ACTION**
    Plaintiff

**VERSUS**                                                                                          **NO. 21-198-SM-RLB**

**LOUISIANA STATE UNIVERSITY, ET AL.,**
    Defendants

## ORDER

Pursuant to the Court's May 17, 2023 Order and Reasons,[1] as modified by the Court's May 18, 2023 Minute Entry and Amended Scheduling Order,[2] the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College presented, for the Court's *in camera* review, unredacted copies of documents responsive to Concealment Requests Nos. 3 and 4 and a corresponding privilege log.

The Court finds that the documents provided for *in camera* review have been appropriately redacted and the redactions do not contain any information responsive to Concealment Requests Nos. 3 and 4.[3]

**New Orleans, Louisiana, this 5th day of July, 2023.**

                                                                             _____
                                                                              **SUSIE MORGAN**
                                                     **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 340.
[2] R. Doc. 342.
[3] R. Doc. 340 at pp. 24–25.