5/25/20, 12:33 PM

Thank you. Managing today is a bit of a shit show. Roo was eating Jolie's lunch and had torn up a pair of flip flops.

No problem.... OMG!! Roo is really acting up today

I was trying to break it down simple for them....The PM 73 process will be separate and different from the student conduct process

Am I interpreting correctly that our Tigerland cases will now not fall under Title IX

You are correct. Corrin would now be SAA.

That really sucks!!

I can't see any way to bring it in.

Me neither especially with the jurisdiction

If we had an equity office that would be a different issue with ability to hear sexual misconduct generally. With us only as TIX we are limited.

So true but no one seems to want to recognize that

I feel like Winston shoots down my ideas unless a man endorses them.

I didn't want to say that but I've noticed that too....it's very concerning to me

I'm glad you picked up on it. It feels very weird. I'm not sure if it is toward other women or just me.

You and I were saying the same thing.

Yes...I was trying to figure that out

I'm still trying to figure him out

He seems rather dismissive.

Yes....I'm just not sure sometimes where his interest lies....

I agree.

I sense a little good ole boy network