UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**SHARON LEWIS,**                                                                 **CIVIL ACTION**
      **Plaintiff**

**VERSUS**                                                                          **NO. 21-198-SM-RLB**

**BOARD OF SUPERVISORS OF LOUISIANA**
**STATE UNIVERSITY AND AGRICULTURAL**
**AND MECHANICAL COLLEGE,**
      **Defendant**

## ORDER

Defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (the "Board") filed a motion[1] asking the Court to reconsider its November 2, 2023 interlocutory order or, in the alternative, require Plaintiff to confer with the Board in an effort to pare down the custodians and corresponding data from Plaintiff's personal cellphone requiring review.[2] The Board also requested expedited consideration.[3] Accordingly;

The request for expedited consideration is **GRANTED.**

**IT IS ORDERED** that **on or before November 15, 2023**, the parties meet and confer regarding ways in which to narrow or limit the custodians and corresponding data from Plaintiff's personal cellphone requiring review.

**IT IS FURTHER ORDERED** that a video status conference is set for **Thursday, November 16, 2023, at 11:00 a.m.** The parties will be prepared to discuss the Board's motion to reconsider,[4] the Plaintiff's motion to compel the deposition of Collis B. Temple,

---

[1] R. Doc. 445.
[2] *See id.*
[3] *Id.* at p. 1.
[4] *Id.*

1

Jr.,[5] and the Board's motion to continue trial, pretrial conference, and outstanding pretrial deadlines.[6]

Instructions to join the conference will be emailed to the parties in advance.

**New Orleans, Louisiana, this 13th day of November, 2023.**

*Susie Morgan*
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

---

[5] R. Doc. 448.
[6] R. Doc. 443.