MINUTE ENTRY
MORGAN, J.
November 16, 2023

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**SHARON LEWIS,**                                      **CIVIL ACTION**
    **Plaintiff**

**VERSUS**                                            **NO.  21-198-SM-RLB**

**BOARD OF SUPERVISORS OF LOUISIANA**
**STATE UNIVERSITY AND AGRICULTURAL**
**AND MECHANICAL COLLEGE,**
    **Defendant**

### MINUTE ENTRY AND AMENDED SCHEDULING ORDER

A video status conference was held on November 16, 2023, at 11:00 a.m., in the chambers of Judge Susie Morgan.

Present:    Larry English and Albert Van-Lare, counsel for Plaintiff, Sharon Lewis;

              Susie Furr, Michael Victorian, Dennis Blunt, Jessica Huffman, and Gregory Stevens, counsel for Defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College.

The parties discussed the preparation of the pretrial order and the submittal of depositions in lieu of live testimony at trial.

The parties discussed the Board's Motion to Continue Trial, Pretrial Conference and Outstanding Pretrial Deadlines, and to Extend November 16,

2023, Deadlines.[1] The Court reminded the parties that this action is two-and-one-half-years old and the trial was previously continued from May 2023 to December 2023.[2]

**IT IS ORDERED** that the motion is **GRANTED IN PART** insofar as the deadline to submit the proposed pretrial order has been continued to **November 21, 2023**; the deadline to submit to the Court, for in camera review, exhibits to be used solely for impeachment has been continued to **November 21, 2023**; the pretrial conference has been continued to **November 22, 2023**, at 10:00 a.m.; and the deadline for parties to submit joint and respective lists of potential jurors to be struck is continued to **November 22, 2023**.

**IT IS FURTHER ORDERED** that the Board's motion is **DENIED** in all other respects.

The parties discussed issues related to the recovery of text messages from Plaintiff's personal cell phone. **IT IS ORDERED** that the Board will submit any response in opposition to Plaintiff's Motion to Quash[3] **on or before November 19, 2023.** By agreement of the parties, Plaintiff will produce to the Board all text messages between Plaintiff and Verge Ausberry during the months of November 2020 and December 2020. Counsel for the Board will inform Plaintiff's counsel of the format in which the Board wishes to receive those text messages.

Plaintiff's counsel agreed to send the Board's counsel a copy of the Donnette Dunbar Privilege Letter submitted to the Court that describes Plaintiff's

---

[1] R. Doc. 443.
[2] R. Doc. 342.
[3] R. Doc. 458.

position on attorney-client privilege issues related to the publicist employed by Plaintiff's counsel.

The Court held an ex parte discussion with the Board's counsel concerning the privilege log related to the production of documents in response to Concealment Requests 1, 2, and 5.

**IT IS FURTHER ORDERED** that the parties will comply with the following Amended Scheduling Order.

| | |
|---|---|
| Meet and confer to identify particularized search terms to be used to locate emails and text messages responsive to Concealment Request Nos. 1, 3-5<br><br>*See* **R. Doc. 340 at p. 26** | By no later than **May 23, 2023** |
| Board's production of data recovered from Plaintiff's "LSU cell phone" | By no later than **May 26, 2023**, the Board must make its production to Plaintiff in an accessible format |
| Meet and confer about the production of information from Plaintiff's personal cell phone | By no later than **May 26, 2023** |
| Leslie Miles letter to the Court confirming whether his counsel may accept service of Plaintiff's deposition subpoena | By no later than **May 26, 2023** |
| Issuance of Plaintiff's Rule 30(b)(6) notice to the Board | Completed by no later than **May 26, 2023** |
| Schedule the Board's depositions of Dr. Simon, Mr. Garland, and Dr. Higgins, i.e., Plaintiff's experts | By no later than **May 26, 2023**, with depositions to occur in **June 2023** |
| Board's secondary review of documents produced to Plaintiff with a confidential designation and, if necessary, re-production of the same | Completed by no later than **June 8, 2023** |

| | |
|---|---|
| Proposed jury questionnaires | Filed in the record and submitted as a Microsoft Word document to the Court by no later than **June 9, 2023** |
| Status Conference | **June 14, 2023, at 10:00 a.m.** via Zoom |
| Board's production to Plaintiff of documents responsive to Concealment Request Nos. 1-5, along with a privilege log | Completed by **June 27, 2023** |
| Submission of documents responsive to Concealment Request Nos. 1-5 withheld as privileged and/or attorney work product for the Court's in-camera review | By no later than **June 27, 2023** |
| Witness lists<br><br>Each witness must be identified by name and address. The listing of a witness as a representative of an entity is not sufficient<br><br>***See* pretrial notice at pp. 7-8** | Filed and served upon opponents by **September 29, 2023** |
| Exhibit lists<br><br>Each exhibit must be listed with specificity and be Bates numbered. Broad, general categories of exhibits are not sufficient<br><br>***See* pretrial notice at pp. 4-6** | Filed and served upon opponents by **September 29, 2023** |
| Depositions and discovery<br><br>**Failure to comply with this order may result in sanctions pursuant to Rule 37** | Completed by **October 4, 2023** |
| Non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony<br><br>***See* pretrial notice at pp. 6-7 regarding the format of depositions** | Filed and served no later than **October 11, 2023** |

| | |
|---|---|
| Defendant's opposition to Plaintiff's Motion to Compel Deposition of William F. Tate, IV (R. Doc. 405.) | Filed by **October 11, 2023** |
| Plaintiff's reply in support of Motion to Compel Deposition of William F. Tate, IV (R. Doc. 405.) | Filed by **October 13, 2023** |
| Deadline for defense counsel to email Plaintiff's counsel describing methods used to collect documents responsive to Concealment Requests 1, 2, and 5. | **October 13, 2023** |
| Defendant's production of documents responsive to Concealment Requests 1, 2, and 5. | Provided to Plaintiff by **October 16, 2023** |
| Defendant's response to interrogatories and requests for production served by Plaintiff on September 29, 2023 concerning the decision to terminate, and the termination of, Plaintiff | Provided to Plaintiff via email and Court via e-file by **Monday, October 16, 2023** |
| Defendant to produce to Plaintiff a privilege log and redacted documents responsive to Concealment Requests 1, 2, and 5 | On or before **October 18, 2023, at 2:00 p.m.** |
| Defendant to send to Court's efile address a privilege log and unredacted version of documents provided to Plaintiff in response to Concealment Requests 1, 2, and 5 | On or before **October 18, 2023, at 2:00 p.m.** |
| Responses/oppositions to non-evidentiary pretrial motions and motions in limine regarding the admissibility of expert testimony | Filed and served no later than **October 18, 2023** |
| Defendant, in connection with the production of documents responsive to Concealment Requests 1, 2, and 5, provides to the Court a revised privilege log, including Bates numbers, and an unredacted set of the documents provided to Plaintiff | Submitted via efile **on or before October 30, 2023.** |

| | |
|---|---|
| Settlement Conference | **November 6, 2023**, at **9:30 a.m.** |
| Deposition of William F. Tate, IV | During the **week of November 6, 2023** |
| Plaintiff's production of information from Plaintiff's personal cell phone, limited to that data produced to Plaintiff by the parties' joint expert on October 23, 2023, and subject to redactions for highly personal or irrelevant communications and attorney-client communications | On or before **November 8, 2023** |
| Plaintiff provides to Court the personal cell phone data withheld from defense counsel and privilege log | On or before **November 8, 2023** |
| Deadline for parties to meet and confer regarding potential jurors to be struck (details provided in R. Doc. 422) | **November 15, 2023** |
| Defendant's review of personal cell phone data, filing of any related motions to compel, discovery related to information disclosed via personal cell phone data, resolution of any other issues related to Plaintiff's personal cell phone | All complete by **November 16, 2023** |
| Deadline for either party to file any motion to address issues of spoliation as to Plaintiff's LSU cell phone or personal cell phone | **November 16, 2023** |
| Pretrial order | Filed by **November 21, 2023** |
| Any exhibits to be used solely for impeachment must be presented to the Court for in camera review by this deadline<br><br>**See Section IX, subpart 10.b of the pretrial notice at p. 5** | Filed by **November 21, 2023** |

| | |
|---|---|
| Pretrial conference<br><br>**Attended by lead attorney**<br>(*See* **MDLA Local Rule 11(B))** | **November 22, 2023 at 10:00 a.m.** |
| Motions in limine (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed no later than **November 22, 2023** at **5:00 p.m.** |
| Deadline for parties to submit joint and respective lists of potential jurors to be struck (details provided in R. Doc. 422) | **November 22, 2023** |
| Final list of witnesses to be called at trial | Filed no later than **November 27, 2023** at **5:00 p.m.** |
| Responses to motions in limine | Filed by **December 1, 2023** at **5:00 p.m.** |
| Joint statement of the case<br><br>*See* **pretrial notice at p. 8** | Filed by **December 4, 2023** at **5:00 p.m.** |
| Joint jury instruction (or if agreement cannot be reached, counsel shall provide alternate versions with respect to any instruction in dispute, with its reasons for putting forth an alternative instruction and the law in support thereof<br><br>*See* **pretrial notice at pp. 8-9** | Filed, emailed, and delivered to the Court by **December 4, 2023** at **5:00 p.m.** |
| Joint proposed jury verdict form (or if agreement cannot be reached, separate proposed jury verdict forms and a joint memorandum explaining the disagreements between the parties as to the verdict form)<br><br>*See* **pretrial notice at p. 9** | Filed and emailed to the Court by **December 4, 2023** at **5:00 p.m.** |
| Proposed special voir dire questions<br><br>*See* **pretrial notice at p. 9** | Filed by **December 4, 2023** at **5:00 p.m.** |

| | |
|---|---|
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial<br><br>***See*** **pretrial notice at pp. 5-6** | Delivered to the Court by **December 4, 2023** at **5:00 p.m.** |
| Objections to exhibits and supporting memoranda<br><br>**NOTE:** Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s)<br><br>***See*** **pretrial notice at pp. 4-5** | Filed by **December 4, 2023** at **5:00 p.m.** |
| Objections to deposition testimony and supporting memoranda<br><br>***See*** **pretrial notice at pp. 6-7 with particular attention to instructions regarding the format of depositions** | Filed and delivered to the Court by **December 4, 2023** at **5:00 p.m**. |
| Responses to objections to exhibits<br><br>***See*** **pretrial notice at p. 5** | Filed by **December 6, 2023** at **5:00 p.m**. |
| Responses to objections to deposition testimony<br><br>***See*** **pretrial notice at p. 7** | Filed by **December 6, 2023** at **5:00 p.m.** |
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations<br><br>***See*** **pretrial notice at p. 8** | The factual elements of such questions shall be submitted to the expert witness by **December 6, 2023** at **5:00 p.m.** |

| | |
|---|---|
| Copies of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening statements or closing arguments<br><br>**See pretrial notice at pp. 6-7** | Provided to opposing counsel by **December 6, 2023 at 5:00 p.m.** |
| Deadline for parties to upload their exhibits to the Judicial Evidence Recording System (*see* p. 2, *supra*) | **December 6, 2023, at 5:00 p.m.** |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements or closing arguments<br><br>**See pretrial notice at p. 7** | Filed by **December 7, 2023** at **5:00 p.m**. |
| Jury trial<br><br>Whenever a case is settled or otherwise disposed of, counsel must immediately inform the clerk's office, judge to whom the case is allotted, and all persons subpoenaed as witnesses.  If a case is settled as to fewer than all parties or all claims, counsel must also identify the remaining parties and unsettled claims.<br><br>**See MDLA Local Rule 16(C)** | **December 11, 2023 at 9:00 a.m.** (estimated to last **10** days)<br><br>**(Report to chambers at 8:30 a.m.)** |

**New Orleans, Louisiana, this 17th day of November, 2023.**

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (1:10)