UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

SHARON LEWIS,  
    Plaintiff

CIVIL ACTION

VERSUS

NO. 21-198-SM-RLB

BOARD OF SUPERVISORS OF LOUISIANA
STATE UNIVERSITY AND AGRICULTURAL
AND MECHANICAL COLLEGE,
    Defendant

## ORDER

On May 17, 2023, the Court ordered Defendant to produce documents related to the Defendant's alleged concealment of documents as follows:

- <u>Concealment Request No. 1:</u> Request for emails between LSU General Counsel offices, Taylor Porter, and the LSU BOS and administrators discussing opposing the release of the Student Complaint Memo and Directive Letter to Kenny Jacob in 2021

- <u>Concealment Request No. 2:</u> Request for unredacted Taylor Porter billing records in the matter of Jacoby v. Galligan, case no. 703746

- <u>Concealment Request No. 5:</u> Request for emails and text messages between Vicki Crochet and Robert Barton discussing "settlement agreement with LSU BOS and administrators in 2013 and 2021[1]

On July 10, 2023, Defendant petitioned for a writ of mandamus from the United States Court of Appeals for the Fifth Circuit reversing the Court's order concerning the concealment requests,[2] and the Fifth Circuit imposed a limited stay of discovery pending resolution of the petition.[3] On October 10, 2023, the petition was denied.[4]

---

[1] R. Doc. 340 at pp. 24–25.
[2] R. Doc. 369.
[3] R. Doc. 370.
[4] R. Doc. 418.

At the October 11, 2023, status conference, the Court ordered Defendant to produce to Plaintiff a privilege log and redacted documents responsive to Concealment Requests 1, 2, and 5 and, at the same time, send a privilege log and the unredacted documents to the Court.[5] Defendant provided the privilege log and the unredacted documents to the Court via email on October 19, 2023.

The Court has reviewed the unredacted documents and the privilege log and finds that the redactions are appropriate and no additional documents or portions of documents are required to be produced to Plaintiff in response to Concealment Requests 1, 2, and 5.

**New Orleans, Louisiana, this 21st day of November, 2023.**

*[Signature: Susie Morgan]*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[5] R. Doc. 423.