UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**SHARON LEWIS,**                                                 **CIVIL ACTION**
    Plaintiff

**VERSUS**                                                     **NO.  21-198-SM-RLB**

**LOUISIANA STATE UNIVERSITY, ET AL.,**
    Defendants

## **ORDER**

**IT IS ORDERED** that the video conference set for **today, November 27, 2023,** at **5:00 p.m.**, is hereby **CANCELED**.

New Orleans, Louisiana, this 27th day of November, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**