MINUTE ENTRY
MORGAN, J.
November 22, 2023

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**SHARON LEWIS,**                                                      **CIVIL ACTION**
    **Plaintiff**

**VERSUS**                                                                  **NO. 21-198-SM-RLB**

**BOARD OF SUPERVISORS OF LOUISIANA**
**STATE UNIVERSITY AND AGRICULTURAL**
**AND MECHANICAL COLLEGE,**
    **Defendant**

## MINUTE ENTRY

A pretrial conference was held on November 22, 2023, at 10:00 a.m., in the chambers of Judge Susie Morgan.

Present:    Larry English and Albert Van-Lare, counsel for Plaintiff, Sharon Lewis; and Susie Furr (via telephone), Dennis Blunt, Gregory Stevens, Molly McDiarmid, and Michael Victorian, counsel for Defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College.

The parties discussed the status of the case and the upcoming jury trial in this matter.

**IT IS ORDERED** that a video status conference is set for Monday, November 27, 2023, at 5:00 p.m. Instructions to join the conference will be emailed to counsel.

The trial is scheduled to begin on **December 11, 2023**. The parties are to report to Judge Morgan's temporary chambers in Baton Rouge at 8:30 a.m. on the first day of trial. Further details on the location of Judge Morgan's temporary chambers will be

provided when available. The trial is expected to last **nine** days. The Court will not hold trial Friday, December 15, 2023.

The Court reminded the parties to reference the pretrial notice form and Amended Scheduling Order[1] in preparing for trial.

Each side will be given **twenty (20) minutes** for opening statements.

The Court imposed time limits on trial, **allowing Plaintiff 1550 minutes** and **allowing Defendant 1500 minutes**. A party's time presenting its case-in-chief and cross-examining witnesses shall be charged to that party. Allocation of time spent reading deposition testimony or showing videotaped testimony shall be as agreed by the parties, or as determined by the Court in the event the parties are unable to come to an agreement.

No later than **November 27, 2023, at 5:00 p.m.** the parties shall exchange final will-call witness lists, and file the lists on the record. The parties shall be allowed to call only the witnesses on the will-call witness list. The party who lists a witness shall make the witness available to all other parties, regardless of whether the listing party actually calls the witness. Any witness not listed shall not be permitted to testify, except for rebuttal witnesses. No witness may be called unless counsel has previously identified the witness in accordance with all of the Court's previous orders regarding identification of witnesses.

The Court explained that it expects (1) a single joint jury instruction document containing agreed-to instructions and the parties' respective positions regarding disputed instructions, if any; (2) a single joint verdict form containing agreed-to elements and the parties' respective positions regarding disputed elements, if any; and

---

[1] R. Doc. 468.

(3) two copies of the set of bench books containing an index and all exhibits—first unobjected-to exhibits and then objected-to exhibits, numbered sequentially, to be delivered to chambers in New Orleans by **December 4, 2023, at 5:00 p.m.**

Voir dire and jury selection were discussed. The Court will conduct voir dire questions with opportunities for the parties to submit follow-up questions for the Court to ask. The Court informed the parties that a **nine-member jury** will be selected and that **all nine members** of the jury will deliberate. There will be no alternate jurors. Unless the parties stipulate otherwise, the jury must return a unanimous verdict. In no event may the parties stipulate that fewer than six jurors may return a verdict. Each side will be given a total of three peremptory challenges during jury selection.

If a party has objections to the opposition's deposition excerpts, the objections and supporting memoranda are to be filed into the record no later than **December 4, 2023, at 5:00 p.m**. Any objections to exhibits shall be made by no later than **December 4, 2023, at 5:00 p.m.**

The parties are encouraged to contact the Court for guidance if any instruction in the pretrial notice form is unclear. The parties are encouraged to contact **Javier Gutierrez** at 225-389-3554 or Javier_Gutierrez@lamd.uscourts.gov to make appropriate arrangements with respect to courtroom technology in Baton Rouge. The deadline for parties to upload their exhibits to the Judicial Evidence Recording System is **December 6, 2023, at 5:00 p.m.**

Counsel for Plaintiff agreed to provide defense counsel the order of witnesses to be called on the first day of trial no later than **Saturday, December 9, 2023.** Defense counsel will provide the same information to Plaintiff's counsel no later than the day prior to the defense beginning its case-in-chief.

3

Counsel will stand when they address the Court, make objections, or examine witnesses. When making an objection, counsel shall briefly state the basis for the objection, such as "hearsay," "no foundation," or "relevance." There shall be no speaking objections. If the Court requires further argument, the Court will invite it.

**New Orleans, Louisiana, this 22nd day of November, 2023.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (1:50)