| | |
|---|---|
| SHARON LEWIS | Civil Action No: 21-198-SM-RLB |
| Plaintiff | |
| V. | JUDGE SUSIE MORGAN |
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, | MAGISTRATE JUDGE RICHARD L. BOURGEOIS |
| Defendant | |

### PLAINTIFF OJBECTIONS TO BOARD OF SUPERVISORS PROPOSED TRIAL EXHIBITS

Plaintiff objects to the Board trial exhibits attached in Exhibit 1 in global. The Board does not identify whether these messages are from Plaintiff's state issued phone or from her private cell phone. Furthermore, Plaintiff adopts each and every argument made in R. Doc. 478-1 and R. Doc. 479-1 as to the relevancy of messages listed in in Exhibit 1 as if stated herein. Furthermore, the exhibits are outside of the District Court Order M.D. La. 21-198 Order on #445, 453, 458 issued on December 2, 2023. Therefore, Plaintiff objects to the phone messages listed in Exhibit 1 for the reasons stated herein.

Respectfully submitted:

*/s/ Larry English*
Larry English, LSB No. 22772
LARRY ENGLISH, ATTORNEY AT LAW
423 W. 127 Street, 7th Floor
New York, New York 10027
917-531-3909
Englishlaw2008@gmail.com

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing was served on all counsel of record using the Court's CM/ECF system on December 4 2023.

*/s/ Larry English*
