| | | | | |
|---|---|---|---|---|
| 155 | Texts with Forrest Buckner regarding staff pay cuts | Objected | Defendant | |
| | 12-6-18 text messages between Lewis and Maria Finley | Objected | Defendant | |
| 157 | Lewis 9/10/19 text messages with Keava Soil-Cormier and Olivia Ohlsen | Objected | Defendant | |
| 158 | Lewis 12/7/21 text messages with Sara Dickson | Objected | Defendant | |
| 159 | Lewis 9/27/20 text messages with Verge Ausberry, David Taylor, and Julie Cribbs | Objected | Defendant | |
| 160 | Lewis 9/27/20 text messages with Verge Ausberry, Julie Cribbs, Ross Viltz, and David Taylor | Objected | Defendant | |
| 161 | Lewis text messages with Verge Ausberry, Alonzo Carter, Corey Raymond, Eddie Kennison III, Jeff Martin, Keava Soil-Cormier, Keith Sanchez, Kevin Faulk, Mickey Joseph, Tamara Davis from 6/25/20 through 3/23/21 | Objected | Defendant | |
| 162 | Lewis 8/20/18 text messages with Anthony Williams, Ben Bergeson, Dennis Shaver, Greg Bowser, Lori Bergstresser, Quinlan Duhon, Rick Greene, Ricky Chatman, Robert Easton, and Sara Dickson | Objected | Defendant | |
| 163 | Lewis text messages with Frank Wilson from date range 2/11/19 through 3/2/20 | Objected | Defendant | |
| 164 | Lewis 11/27/16 text messages with Frank Wilson | Objected | Defendant | |
| 165 | Lewis text messages with Frank Wilson from 11/13/15 through 1/13/16 | Objected | Defendant | |
| 166 | Lewis text messages with Kathy Miles from date range 12/25/16 through 10/15/20 | Objected | Defendant | |
| 167 | Lewis 10/4/20 text messages with Forrest Buckner, Keava Soil-Cormier, and Olivia Ohlsen | Objected | Defendant | |
| 168 | Lewis 5/14/20-6/10/20 text messages with Miriam Segar | Objected | Defendant | |
| 169 | Lewis 7/18/16 text messages with Teresa Neighbors and attached photograph | Objected | Defendant | |
| 170 | Lewis text messages with Verge Ausberry from date range 12/2015-2/2020 | Objected | Defendant | |
| 171 | Lewis text messages with Verge Ausberry beginning on 9/3/2020 | Objected | Defendant | |
| 172 | Lewis text messages with Kristen Cain on 5/8/20, 8/19/20, and 11/2/20 | Objected | Defendant | |

| | | | | |
|---|---|---|---|---|
| 173 | Lewis text messages with Stephanie Rempe on 8/20/20, 8/29/20, and 9/28/20 | Objected | Defendant | |
| 174 | Lewis text messages with Greg Stringfellow | Objected | Defendant | |
| 175 | Lewis text messages with Tomeka Murray on 9/26/16 | Objected | Defendant | |
| 176 | Lewis text messages with Kristen Cain on 10/12/19 | Objected | Defendant | |
| 177 | Lewis text messages with Kristen Cain on 6/23/16 | Objected | Defendant | |
| 178 | Lewis text messages with Jeremy Hawkins on 3/22/18 | Objected | Defendant | |