MINUTE ENTRY
MORGAN, J.
December 7, 2023

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHARON LEWIS,<br>    Plaintiff | CIVIL ACTION |
| VERSUS | NO. 21-198-SM-RLB |
| BOARD OF SUPERVISORS OF LOUISIANA<br>STATE UNIVERSITY AND AGRICULTURAL<br>AND MECHANICAL COLLEGE,<br>    Defendant | |

## MINUTE ENTRY

A video status conference was held on December 7, 2023, at 11:00 a.m., in the chambers of Judge Susie Morgan.

Present:    Larry English, counsel for Plaintiff, Sharon Lewis; and Susie Furr, Dennis Blunt, Jessica Huffman, and Michael Victorian, counsel for Defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College.

The parties discussed Plaintiff's Opposed Motion to Allow Remote Video Conferencing Testimony of Calise Richardson.[1] The Board objects to the late notice concerning Plaintiff's counsel's intention to have Ms. Richardson testify via videoconference rather than through her deposition. Plaintiff was notified on December 4, 2023, that Ms. Richardson is willing and available to testify by video conference. Ms. Richardson resides in North Carolina and is engaged in post-graduate work and is nearing

---

[1] R. Doc. 521.

1

the end of this semester.[2] The Court finds good cause and compelling circumstances for allowing Ms. Richardson to testify via video conference.[3] The Court **GRANTS** the motion and will allow Ms. Richardson to testify via videoconference on Wednesday, December 13, 2023, subject to any ruling granting the Board's motion in limine, if any is filed. The Board may designate additional exhibits to be used during Ms. Richardson's testimony **by 5:00 p.m. on Friday, December 8, 2023.**

The parties discussed the Plaintiff's texts messages listed as trial exhibits. The Court found that the large number of text messages listed as exhibits by the Board is cumulative. Accordingly;

**IT IS ORDERED** that the Board revise the parties' exhibit list to list the text messages between Plaintiff and Verge Ausberry as separate, contemporaneous text message exchanges, each exchange to be individually numbered as an exhibit and placed in Volume 6 of the trial exhibits, starting with Exhibit #179.

**IT IS FURTHER ORDERED** that **by 5:00 p.m. on Friday, December 8, 2023,** the Board will provide to the Court two sets of Volume 6 of the trial exhibits containing the separate text message exchanges, individually designated as exhibits, and any additional exhibits proposed by the Board to be used during the video testimony of Calise Richardson.

**IT IS FURTHER ORDERED** that the Board may select a total of 25 text message exchanges it wishes to use as exhibits at trial (from the text messages on Plaintiff's LSU cell phone and on her personal cell phone). The Board must notify the Court of its

---

[2] *See id.* at pp. 1–2.
[3] *See In re Vioxx Products Liability Litigation*, 439 F.Supp.2d 640 (E.D. La. 2006); *Allen v. Takeda Pharm. N. Am., Inc. (In re Actos (Pioglitazone) Prods. Liab. Litig.)*, No. 12-cv-00064, MDL No. 6:11-md-2299 (W.D. La. Jan. 8, 2014).

selections via letter to the Court's efile address **by 6:00 p.m. on Saturday, December 9, 2023.**[4] Plaiiff may file objections to these text messages being used as exhibits by **12:00 p.m. on Sunday, December 10, 2023.**

**IT IS FURTHER ORDERED** that the Board may file a motion in limine concerning the testimony of Calise Richardson **by 6:00 p.m. on Saturday, December 9, 2023.** Any response from Plaintiff must be filed by **12:00 p.m. on Sunday, December 10, 2023.**

Although not discussed at the video status conference, the Court notes that paragraph 27 of the Parties' Joint Jury Instructions, entitled "Stipulations of Fact" includes 73 stipulations.[5] Many, if not most, are not relevant to the issues to be decided by the jury. It will not be helpful to the jury to include 73 stipulations of fact in the Court's instructions. If the parties wish to propose a smaller number of stipulations, relevant to the issues to be decided, they may jointly submit that list to the Court **by 6:00 p.m. on Saturday, December 9, 2023.**

New Orleans, Louisiana, this 7th day of December, 2023.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:32)

---

[4] The Court will rule on Plaintiff's pending motions in limine with respect to cell phone data (R. Docs. 478 and 479) after reviewing the Board's submission.
[5] *See* R. Doc. 515 at pp. 11–20.