UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**SHARON LEWIS,**                                          **CIVIL ACTION**
    **Plaintiff**

**VERSUS**                                                    **NO. 21-198-SM-RLB**

**BOARD OF SUPERVISORS OF LOUISIANA
STATE UNIVERSITY AND AGRICULTURAL
AND MECHANICAL COLLEGE,**
    **Defendant**

## ORDER

The Court held a video status conference in this matter on Thursday, December 7, 2023, and issued a minute entry.[1] The Court wishes to clarify an order in the minute entry. Accordingly;

**IT IS ORDERED** the Board may select a total of 25 text message exchanges between Plaintiff and Verge Ausberry it wishes to use as exhibits at trial (from the text messages on Plaintiff's LSU cell phone and on her personal cell phone). The Board must notify the Court of its selections via letter to the Court's efile address **by 6:00 p.m. on Saturday, December 9, 2023.**[2] Plaintiff may file objections to these text messages being used as exhibits by **12:00 p.m. on Sunday, December 10, 2023.**

New Orleans, Louisiana, this 8th day of December, 2023.

                                                                     _____
                                                                        **SUSIE MORGAN
                                                              UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 526.
[2] The Court will rule on Plaintiff's pending motions in limine with respect to cell phone data (R. Docs. 478 and 479) after reviewing the Board's submission.