UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**SHARON LEWIS,**     **CIVIL ACTION**
   Plaintiff

**VERSUS**     **NO. 21-198-SM-RLB**

**BOARD OF SUPERVISORS OF LOUISIANA
STATE UNIVERSITY AND AGRICULTURAL
AND MECHANICAL COLLEGE,**
   Defendant

## ORDER

The objections to the deposition designations for the deposition of Joe Alleva[1] are **SUSTAINED** with respect to the following portions (which shall be removed from the deposition designations):

- Page 11, lines 22–25;
- Page 12, lines 1–19;
- Page 13, lines 1–6;
- Page 33, lines 15–24;
- Page 54, lines 3–25;
- Page 57, lines 1–20;
- Page 58, lines 11–22;
- Page 60, lines 5–9;
- Page 61, lines 8–17;
- Page 90, lines 3–25;

---

[1] R. Doc. 316–2.

- Page 91, lines 4–24;
- Page 95, lines 1–24;
- Page 97, lines 2–25;
- Page 98, lines 1–24;
- Page 100, lines 1–6;
- Page 102, lines 2–25;
- Page 103, lines 1–25;
- Page 104, lines 1–25;
- Page 105, lines 1–25;
- Page 106, lines 1–25;
- Page 107, lines 1–25;
- Page 108, lines 1–25;
- Page 109, lines 3–25;
- Page 110, lines 1–25;
- Page 111, lines 13–25;
- Page 112, lines 1–25;
- Page 113, lines 1–25;
- Page 114, lines 1–25;
- Page 115, lines 1–14;
- Page 117, lines 1–25;
- Page 118, lines 1–6;
- Page 120, lines 12–14;
- Page 122, lines 13–25;

- Page 123, lines 1–25;
- Page 124, lines 1–3;
- Page 126, line 25;
- Page 127, lines 1–12;
- Page 128, lines 23–25;
- Page 129, line 1;
- Page 130, lines 8–13;
- Page 132, lines 15–23;
- Page 133, lines 4–10;
- Page 134, lines 1–3;
- Page 135, lines 7–25;
- Page 136, lines 1–25;
- Page 137, lines 1–5;
- Page 139, lines 5–8 and 25;
- Page 140, lines 1–14;
- Page 141, line 25;
- Page 145, line 25;
- Page 146, lines 1–2;
- Page 147, lines 8–23;
- Page 149, lines 11–25;
- Page 150, lines 1, 14–25;
- Page 151, lines 1–2;
- Page 152, lines 9–18;

- Page 153, lines 13–18;
- Page 155, lines 10–25;
- Page 156, line 1;
- Page 157, lines 15–25;
- Page 158, lines 1–2, 17–25;
- Page 159, lines 1–12;
- Page 161, lines 5–19;
- Page 165, lines 20–25;
- Page 168, lines 22–25;
- Page 169, lines 1–4;
- Page 170, lines 1–25; and
- Page 171, lines 1–5.

**New Orleans, Louisiana, this 9th day of December, 2023.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**