MINUTE ENTRY
MORGAN, J.
DECEMBER 11, 2023

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHARON LEWIS | CIVIL ACTION |
| VERSUS | NO. 21-198-SM-RLB |
| LOUISIANA STATE UNIVERSITY, ET AL. | |

### JUDGE SUSIE MORGAN, PRESIDING

**MONDAY, DECEMBER 11, 2023 (9:30 a.m. – 4:53 p.m.)**

| | |
|---|---|
| COURTROOM DEPUTY: | Brad Newell/Javier Gutierrez |
| COURT REPORTER: | Natalie Breaux |
| APPEARANCES: | Larry English and Albert Van-Lare for the Plaintiff |
| | Susan Furr, Gregory T. Stevens, S. Dennis Blunt, Michael B. Victorian, and Molly C. McDiarmid for the Defendants |

**JURY TRIAL**

Present and ready.

The jury panel was called and sworn at which time the Court conducted the voir dire examination.

Following the voir dire examination, the parties exercised their three peremptory challenges. Prospective jurors 3, 5, 7, 10, 11, 14, 15, 19, and 21 were selected and sworn to truly try case.

Preliminary instructions given to the jury.

Court recessed at 12:45 p.m. and resumed at 1:43 p.m.

Jury returned to the courtroom.

The Court imposed a time clock for the presentation of evidence by the parties. The Plaintiffs were given 1550 minutes. The Defendants were given 1500 minutes.

Opening statements made by counsel.

Sequestration order given by the Court.

Witnesses called by the plaintiff and placed under oath:
Nikole Jessie
Jennie Stewart

Jury recessed at 4:53 p.m. until December 12, 2023 at 8:00 a.m.

Out of the presence of the Jury the parties discussed Jury Instructions

Court adjourned at 5:17 p.m.

In connection with testimony of Nikole Jessie, the following exhibits were offered and admitted into evidence: Plaintiff's Exhibit 133.

In connection with testimony of Jennie Stewart, the following exhibits were offered and admitted into evidence: Plaintiff's Exhibit 19, Plaintiff's Exhibit 119.

JS-10: 06:38