SHARON LEWIS,
    Plaintiff

VERSUS

BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY
AND AGRICULTURAL AND
MECHANICAL COLLEGE,
    Defendant

CIVIL ACTION
NO. 3:21-cv-00198-SM-RLB

JUDGE SUSIE MORGAN

MAGISTRATE JUDGE
RICHARD L. BOURGEOIS

## JURY VERDICT FORM

**QUESTION NO. 1.** Do you find that Plaintiff has proven by a preponderance of the evidence that she did not receive a pay increase with her promotion in August 2020 for engaging in activity protected by Title IX (reporting complaints of student sex-based harassment)?

Yes_____    No ✓

**QUESTION NO. 2.** Do you find that Plaintiff has proven by a preponderance of the evidence that she was terminated in 2022 for engaging in activity protected by Title IX (reporting complaints of student sex-based harassment)?

Yes_____    No ✓

**QUESTION NO. 3** Do you find that Plaintiff has proven by a preponderance of the evidence that she did not receive a pay increase with her promotion in August 2020 for engaging in activity protected by Title VII (filing an EEOC complaint or complaining of gender discrimination of employees)?

Yes_____    No ✓

**VERDICT FORM CONTINUES ON NEXT PAGE.**

**QUESTION NO. 4.** Do you find that Plaintiff has proven by a preponderance of the evidence that she was terminated in 2022 for engaging in activity protected by Title VII (filing an EEOC complaint or complaining of gender discrimination of employees)?

Yes_____ No\_\_✓\_\_

**QUESTION NO. 5.** Do you find that Plaintiff has proven by a preponderance of the evidence that she was subjected to a hostile work environment (severe or pervasive conduct) based on her gender?

Yes_____ No\_\_✓\_\_

**QUESTION NO. 6.** If you answered yes to any of the above, how much, if anything, would you award to Plaintiff in economic damages?

Back pay $_____

Front pay $_____

**QUESTION NO. 7.** If you answered yes to questions 3, 4 or 5, how much, if anything, would you award to Plaintiff in emotional distress damages?

$_____

**Please sign and date this form and return to the courtroom.**

\_\_12 - 20 - 23_____       \_\_\_*Kristoph Taylor*_____
Date                                           Jury Foreperson

**END OF VERDICT FORM.**