UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**SHARON LEWIS,**                                                **CIVIL ACTION**
    Plaintiff

**VERSUS**                                                        **NO. 21-198-SM-RLB**

**BOARD OF SUPERVISORS OF LOUISIANA
STATE UNIVERSITY AND AGRICULTURAL
AND MECHANICAL COLLEGE,**
    Defendant

## ORDER

Before the Court is Plaintiff's motion to compel the testimony of Vickie Crochet.[1]

For the reasons give on the record in open court on December 18, 2023;

**IT IS ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, this 3rd day of January, 2024.

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 537.