UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**SHARON LEWIS,**                                             **CIVIL ACTION**
      Plaintiff

**VERSUS**                                                 **NO. 21-198-SM-RLB**

**BOARD OF SUPERVISORS OF LOUISIANA
STATE UNIVERSITY AND AGRICULTURAL
AND MECHANICAL COLLEGE,**
      **Defendant**

## JUDGMENT

Considering this Court's Order and Reasons dated December 1, 2023;[1]

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, and against Plaintiff, Sharon Lewis, on Plaintiff's claim under Title VII, 42 U.S.C. § 2000e *et seq.*, of a race-based hostile work environment.

Considering the verdict rendered by the jury on December 20, 2023;[2]

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, and against Plaintiff, Sharon Lewis, on Plaintiff's claim of retaliation under Title IX, 20 U.S.C. § 1681 *et seq.* and her claims of retaliation and a gender-based hostile work environment under Title VII, 42 U.S.C. § 2000e *et seq.*

**New Orleans, Louisiana, this 4th day of January, 2024.**

                                            _____
                                               **SUSIE MORGAN
                                    UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 501.
[2] R. Doc. 547.