| | |
|---|---|
| SHARON LEWIS | Civil Action No: 21-198-SM-RLB |
| Plaintiff | |
| V. | JUDGE SUSIE MORGAN |
| BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, | MAGISTRATE JUDGE RICHARD L. BOURGEOIS |
| Defendant | |

## RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, A NEW TRIAL

**NOW INTO COURT**, through undersigned counsel, come Plaintiff , Sharon Lewis, and files her Renewed Motion for a Judgment as a Matter of Law or, in the Alternative, for a New Trial, as to Plaintiff's claims submitted to the jury in accordance with Fed. R. Civ. P. 50(b) and 59(b).

Moving Plaintiff is entitled to a judgment as a matter of law, as the jury lacked a legally sufficient evidentiary basis for find for the Defendant and dismiss Plaintiff's Title IX and Title VII claims. In the alternative, this Court should order a new trial in this matter, as the verdict is against the weight of the evidence, and Scott Woodward made impermissible communications with the jurors and Michael Victorian in his opening and closing statements called Plaintiff lawsuit a 'hustle" and by inference Plaintiff and her lawyers hustlers with the intent to inflame the racial bias of the jurors which was a plain error.

For all the reasons outlined in Plaintiff accompanying Memorandum, Plaintiff respectfully requests that this Court grant her Renewed Judgment as a Matter of Law, or in the alternative, a New Trial.

Respectfully submitted this 17th day of January 2024.

1

Respectfully submitted:

*/s/ Larry English*
Larry English, LSB No. 22772
LARRY ENGLISH, ATTORNEY AT LAW
423 W. 127 Street, 7th Floor
New York, New York 10027
917-531-3909
Englishlaw2008@gmail.com

/s/Albert Van-Lare
Albert Van-Lare
125 Maiden Lane, Suite 510
New York, NY 10038
(212) 608 – 1400
vanlareesq@aol.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all counsel of record using the Court's CM/ECF system on January 17, 2024.

*/s/ Larry English*