**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**SHARON LEWIS,**                                                    **CIVIL ACTION**
    **Plaintiff**


**VERSUS**                                                            **NO. 21-198-SM-RLB**


**BOARD OF SUPERVISORS OF LOUISIANA**
**STATE UNIVERSITY AND AGRICULTURAL**
**AND MECHANICAL COLLEGE,**
        **Defendant**


## JUDGMENT

Considering Plaintiff's Motion for Leave to File a Corrected Copy of Record Document 555-1;

**IT IS ORDERED** that the motion is **GRANTED.** The corrected filing shall be entered into the record.

**New Orleans, Louisiana, this 19th day of January, 2024.**


_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**